# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SC HEALTHCARE HOLDING, LLC, *et al.*, | Case No. 24-10443 (TMH) |
| Debtors. [1] | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that JMB Capital Partners Lending LLC ("JMB Capital") as DIP Lender, hereby appears, by and through undersigned counsel, pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  JMB Capital, by and through counsel, hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the following:

| | |
|---|---|
| Robert M. Hirsh, Esq. | Eric J. Monzo, Esq. |
| Francisco Vazquez, Esq. | Brya M. Keilson, Esq. |
| Emily Hong, Esq. | Christopher M. Donnelly, Esq. |
| NORTON ROSE FULBRIGHT US LLP | MORRIS JAMES LLP |
| 1301 Avenue of the Americas | 500 Delaware Avenue, Suite 1500 |
| New York, NY  10019-6022 | Wilmington, DE 19801 |
| Telephone: (212) 318-3000 | Telephone: (302) 888-6800 |
| Facsimile: (212) 408-5100 | Facsimile: (302) 571-1750 |
| robert.hirsh@nortonrosefulbright.com | emonzo@morrisjames.com |
| francisco.vazquez@nortonrosefulbright.com | bkeilson@morrisjames.com |
| emily.hong@nortonrosefulbright.com | cdonnelly@morrisjames.com |

---

[1] The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584. The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC 830 West Trailcreek Dr., Peoria, IL 61614. Due to the large number of debtors in these Chapter 11 Cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent at www.kccllc.net/Petersen.

16612928/1

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise filed or made in these cases and proceedings.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which JMB Capital is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: March 21, 2024                **MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Christopher M. Donnelly (DE Bar No. 7149)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
          bkeilson@morrisjames.com
          cdonnelly@morrisjames.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Robert M. Hirsh, Esq. (*pro hac vice* forthcoming)
Francisco Vazquez, Esq. (*pro hac vice* forthcoming)
Emily Hong, Esq.
1301 Avenue of the Americas
New York, NY  10019-6022
Telephone: (212) 318-3000
Facsimile: (212) 408-5100
E-mail: robert.hirsh@nortonrosefulbright.com
　　　　francisco.vazquez@nortonrosefulbright.com
　　　　emily.hong@nortonrosefulbright.com

*Counsel to JMB Capital Partners Lending LLC*

16612928/1