IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SC Healthcare Holding, LLC, *et al.,* [1]<br><br>                                 Debtors. | Chapter 11<br><br>Case No. 24-10443 (TMH)<br><br>(Jointly Administered)<br><br>**Re: D.I. 60**<br>**Hearing Date: April 23, 2024 at 11:00 a.m.** |

**UNITED STATES TRUSTEE'S LIMITED OBJECTION AND RESERVATION
OF RIGHTS IN RESPONSE TO THE EMERGENCY MOTION OF
X-CALIBER FUNDING LLC FOR AN ORDER (I) DISMISSING THE SUBJECT
CHAPTER 11 CASES, (II) FOR ABSTENTION, OR (III) APPOINTMENT OF
RECEIVER AS THE CHAPTER 11 TRUSTEE**

In support of his limited objection and reservation of rights in response ("Response") to the *Emergency Motion of X-Caliber Funding LLC for an Order (I) Dismissing the Subject Chapter 11 Cases, (II) for Abstention, or (III) Appointment of Receiver as the Chapter 11 Trustee* [D.I. 60] (the "Motion"), Andrew R. Vara, the United States Trustee for Regions 3 and 9 ("U.S. Trustee"), by and through his undersigned counsel, states:

**JURISDICTION AND STANDING**

1. This Court has jurisdiction to hear the Motion and this Response.

2. Pursuant to 28 U.S.C. § 586, the U.S. Trustee is charged with the administrative oversight of cases commenced pursuant to chapter 11 of title 11 of the United States Code (the

---

[1] The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584. The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC 830 West Trailcreek Dr., Peoria, IL 61614. Due to the large number of debtors in these Chapter 11 Cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent at www.kccllc.net/Petersen, or by contacting the undersigned proposed counsel for the Debtors.

"Bankruptcy Code"). This duty is part of the U.S. Trustee's overarching responsibility to enforce the bankruptcy laws as written by Congress and interpreted by the courts. *See United States Trustee v. Columbia Gas Sys., Inc. (In re Columbia Gas Sys., Inc.),* 33 F.3d 294, 295-96 (3d Cir. 1994) (noting that U.S. Trustee has "public interest standing" under 11 U.S.C. § 307, which goes beyond mere pecuniary interest); *Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.)*, 898 F.2d 498, 500 (6th Cir. 1990) (describing the U.S. Trustee as a "watchdog").

3. Pursuant to 11 U.S.C. § 307, the U.S. Trustee has standing to be heard with regard to the Motion.

## BACKGROUND

4. On March 20, 2024 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

5. On April 9, 2024, the U.S. Trustee appointed an official committee of unsecured creditors.

6. The Debtors are debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7. The Motion concerns sixteen Debtors identified as the "Subject Debtors". Prior to the Petition Date, on January 25, 2024, the United States District Court for the Northern District of Illinois (the "District Court") appointed Michael F. Flanagan, a senior care expert, as receiver ("Receiver") over all of Subject Debtors' operations and assets following Subject Debtors' default under its loan obligations to X-Caliber Funding LLC, in its capacity as servicer for U.S. Bank, N.A., as trustee of XCAL 2019-IL-1 MORTGAGE TRUST ("Lender").

8. On March 21, 2024, the Lender filed its Motion asking the Court to dismiss the bankruptcy cases of the Subject Debtors or, in the alternative, to appoint the Receiver as the chapter

2

11 trustee for the Subject Debtors.

## ARGUMENT

9. At this time the U.S. Trustee takes no position on the Lender's Motion with respect its request for dismissal of the Subject Debtors' bankruptcy cases. The U.S. Trustee reserves his rights under the Bankruptcy Code with respect to the direction of the above-captioned bankruptcy cases, including those of the Subject Debtors.

10. The U.S. Trustee objects to the Lender's request that the Receiver be appointed as the chapter 11 trustee for the Subject Debtors. If the Court makes the determination that a chapter 11 trustee should be appointed, "the United States trustee, after consultation with parties in interest, shall appoint, subject to the Court's approval, one disinterested person other than the United States trustee to serve as trustee…" 11 U.S.C. § 1104(d). An order approving the appointment of a trustee shall be made on application of the United States Trustee. Fed. Rule of Bankr. Proc. 2007.1 (c).

11. Accordingly, if the Court determines that a chapter 11 trustee should be appointed for the Subject Debtors or any other Debtors, the appointment shall be made by the U.S. Trustee, subject to the Court's approval. The U.S. Trustee has the initial responsibility of proposing a "disinterested" candidate.

WHEREFORE, the U.S. Trustee requests that this Court deny the request that the Receiver be appointed as the chapter 11 trustee for the Subject Debtors and/or grant such other relief as this Court deems appropriate, fair and just.

| | |
|---|---|
| Dated: April 18, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE FOR**<br>**REGIONS 3 & 9**<br><br>By: */s/ Linda Richenderfer*<br>    Linda Richenderfer (DE #4138)<br>    Trial Attorney<br>    United States Department of Justice<br>    Office of the United States Trustee<br>    J. Caleb Boggs Federal Building<br>    844 King Street, Suite 2207, Lockbox 35<br>    Wilmington, Delaware 19801<br>    Phone: (302) 573-6492<br>    Fax:    (302) 573-6497<br>    Email: linda.richendedfer@usdoj.gov |

**CERTIFICATE OF SERVICE**

I, Linda Richenderfer, hereby attest that on April 18, 2024, I caused to be served a copy of this *United States Trustee's Limited Objection and Reservation of Rights in Response to the Emergency Motion of X-Caliber Funding LLC for an Order (I) Dismissing the Subject Chapter 11 Cases, (II) for Abstention, or (III) Appointment of Receiver as the Chapter 11 Trustee* by electronic service on the registered parties via the Court's CM/ECF system as well as a courtesy copy via electronic mail on certain parties in interest.

By: */s/ Linda Richenderfer*
     Linda Richenderfer