# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** | Chapter 11 |
| **SC HEALTHCARE HOLDING, LLC** *et al.*, | Case No. 24-10443 (TMH) |
| Debtors.[1] | Jointly Administered |
| | **Ref. Docket Nos. 59 & 60** |

**SCHEDULING ORDER REGARDING (A) EMERGENCY MOTION FOR AN ORDER (I) DISMISSING THE SUBJECT CHAPTER 11 CASES, (II) FOR ABSTENTION, OR (III) APPOINTMENT OF RECEIVER AS THE CHAPTER 11 TRUSTEE AND (B) THE EMERGENCY MOTION TO EXCUSE RECEIVER'S COMPLIANCE WITH 11 U.S.C. § 543(a) & (b)**

Upon the (a) *Emergency Motion for an Order (I) Dismissing the Subject Chapter 11 Cases, (II) for Abstention, or (III) Appointment of Receiver as the Chapter 11 Trustee* [Docket No. 60] and (b) the *Emergency Motion to Excuse Receiver's Compliance with 11 U.S.C. § 543(a) & (b)* [Docket No. 59] (together, the "X-Caliber Motions"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Motion in this district is permissible pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the status conference held on April 22, 2024 and the hearing on April 23, 2024 held before this Court; and after due deliberation and sufficient cause appearing therefor,

---

[1] The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584. The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC 830 West Trailcreek Dr., Peoria, IL 61614. Due to the large number of debtors in these Chapter 11 Cases, whose cases are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information is available on a website of the Debtors' claims and noticing agent at www.kccllc.net/Petersen.

**IT IS HEREBY ORDERED THAT:**

1. The following schedule related to the X-Caliber Motions is approved as set forth herein:

2. **April 24, 2024** – deadline for the parties to identify any discovery issues with respect to X-Caliber's responses to discovery issued with respect to the X-Caliber Motions.

3. **April 25, 2024, by 12:00 p.m. (prevailing Eastern time)** – deadline for production of documents by Michael Flanagan, in advance of his deposition on April 29, 2024, which production will be made on a rolling basis by Mr. Flanagan using his reasonable best efforts to produce documents prior to **April 25, 2024** by **12:00 p.m. (prevailing Eastern time)**, and shall be completed no later than **12:00 p.m. (prevailing Eastern time)** on **April 26, 2024**.

4. **April 29, 2024, at 10:00 a.m. (prevailing Eastern time)** – deposition of Michael Flanagan via zoom.

5. **April 29, 2024** – parties shall identify any additional witnesses and file any additional declarations related thereto.

6. **May 1, 2024, at 10:00 a.m. (prevailing Eastern time)** – deposition of Ed Smith via zoom.

7. **April 30, 2024, through May 3, 2024** – deposition via zoom of any of the additional witnesses/declarants disclosed by April 29, 2024, on dates and times as agreed upon by the parties.

8. The evidentiary hearing on the X-Caliber Motions shall begin on **May 13, 2024, at 9:30 a.m. (prevailing Eastern time)** and continue as necessary on **May 14, 2024**, beginning at **9:30 a.m. (prevailing Eastern time)**.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

*Thomas M. Horan*

**Dated: April 24th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

31579836.1

3