IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** | Chapter 11 |
| **SC HEALTHCARE HOLDING, LLC** *et al.*, | Case No. 24-10443 (TMH) |
| Debtors.[1] | Jointly Administered |
| | Sale Hearing: July 10, 2024 at 10:00 a.m. (ET) |

**AMENDED NOTICE OF SUCCESSFUL BIDDERS AND BACK-UP BIDDER**

**PLEASE TAKE NOTICE** that this *Amended Notice of Successful Bidders and Back-Up Bidder* serves to amend the *Notice of Successful Bidder* [Docket No. 608] serves to correct the allocations of HP Developers, LLC as the Successful Bidder for Courtyard Estates of Canton, Courtyard Estates of Sullivan, and Legacy Estates of Monmouth, and to provide notice of the Back-Up Bidder that was selected for those same facilities.

**PLEASE TAKE FURTHER NOTICE** that, on May 21, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Approving (A) Bidding Procedures and (B) Assumption and Assignment Procedures and (III) Granting Related Relief* [Docket No. 341] (the "Bid Procedures Order"),[2] approving certain dates, deadlines, and procedures for the potential sale of all or substantially all of the Debtors' assets (the "Bidding Procedures").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 12 of the Bid Procedures Order, on July 2, 2024, the Debtors commenced an Auction for the Assets. The Auction concluded at approximately 9:05 a.m. (prevailing Eastern Time) on July 3, 2024. The proceedings were conducted in accordance with the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 15 of the Bid Procedures Order, the Debtors, in consultation with the Consultation Parties, selected four Successful Bidders after the conclusion of the Auction: (i) HP Developers, LLC was selected as the Successful Bidder for three facilities, Courtyard Estates of Canton, Courtyard Estates of Sullivan, and Legacy Estates of Monmouth with a purchase price of $14,500,000, of which, an

---

[1] The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584. The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC 830 West Trailcreek Dr., Peoria, IL 61614. Due to the large number of debtors in these Chapter 11 Cases, whose cases are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information is available on a website of the Debtors' claims and noticing agent at www.kccllc.net/Petersen.

[2] All capitalized terms used but not otherwise defined herein shall be given the meanings ascribed to them in the Bid Procedures Order or the Bidding Procedures, as applicable.

allocation of $6,625,000 was made for Courtyard Estates of Canton, $6,625,000 was made for Courtyard Estates of Sullivan, and $1,250,000 was made for Legacy Estates of Monmouth; (ii) Bank of Farmington was selected as the Successful Bidder for Courtyard Estates of Farmington with a credit bid in the amount of $2,845,277.77, plus a cash payment of $309,806; (iii) Hickory Point Bank & Trust was selected as the Successful Bidder for Courtyard Estates of Girard with a credit bid in the amount of $1,820,968 and a cash payment of $209,346; and (iv) Petersen Acquisitions, LLC, as the Stalking Horse Bidder, was selected as the Successful Bidder for the remainder of the Debtors' skilled nursing facilities with a bid in the amount of $116,160,000. The Petersen Acquisitions, LLC allocations are attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that Vantage Senior Care, LLC was selected as the Back-Up Bidder for Courtyard Estates of Canton, Courtyard Estates of Sullivan, and Legacy Estates of Monmouth with a purchase price of $14,750,000, of which, an allocation of $5,000,000 was made for Courtyard Estates of Canton, $5,000,000 was made for Courtyard Estates of Sullivan, and $4,750,000 was made for Legacy Estates of Monmouth.

**PLEASE TAKE FURTHER NOTICE** that on **July 10, 2024, at 10:00 a.m. (prevailing Eastern Time)**, a hearing (the "Sale Hearing") will be held before the Honorable Thomas M. Horan, United States Bankruptcy Judge, to consider the entry of the Sale Order authorizing the Debtors and the Successful Bidders to consummate the transactions. Pursuant to the Bidding Procedures Order, and as reflected in the subsequent notices of revised dates [Docket Nos. 519, 545, 555, 562], objections to the Sale Transactions, including to conduct at the Auction and matters unique to Successful Bids and Successful Bidders, if any, must be filed by **July 3, 2024, at 5:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing (or any portion thereof) may be adjourned by the Debtors, in consultation with the Consultation Parties, from time to time without further notice other than by announcement in open court or through the filing of a notice or other document on the Court's docket.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures, Bid Procedures Order, and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of the solicitation agent, Kurtzman Carson Consultants, LLC, at https://veritaglobal.net/petersen. You may also obtain pleadings filed in these chapter 11 cases by visiting the Court's website via PACER at http://deb.uscourts.gov.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: July 3, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Shella Borovinskaya*<br>Andrew L. Magaziner (No. 5426)<br>Shella Borovinskaya (No. 6758)<br>Carol E. Cox (No. 6936)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 571-6600<br>Facsimile:   (302) 571-1253<br>Email:         amagaziner@ycst.com<br>                   sborovinskaya@ycst.com<br>                   ccox@ycst.com<br><br>and<br><br>**WINSTON & STRAWN LLP**<br>Daniel J. McGuire (admitted *pro hac vice*)<br>Gregory M. Gartland (admitted *pro hac vice*)<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Telephone:   (312) 558-5600<br>Facsimile:   (312) 558-5700<br>Email:         dmcguire@winston.com<br>Email:         ggartland@winston.com<br><br>and<br><br>Carrie V. Hardman (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, New York 10166<br>Telephone:   (212) 294-6700<br>Facsimile:   (212) 294-4700<br>Email:         chardman@winston.com<br><br>*Counsel for the Debtors and Debtors in Possession* |

## Exhibit A

**Petersen Acquisitions, LLC Allocations**

| Facility | Beds | Loan Group | Allocation |
|---|---|---|---|
| **Grand Total** | **5,788** | | **114,000,000** |
| **Total Sector** | **3,108** | | **63,241,477** |
| Rochelle Gardens Care Center | 74 | No Loan (X-Caliber boot) | 1,419,663 |
| Rochelle Rehab & Health Care Center | 50 | No Loan (X-Caliber boot) | 250,000 |
| Nokomis Rehab & Health Care Center | 92 | No Loan (X-Caliber boot) | 460,000 |
| Flora Gardens Care Center | 107 | No Loan (X-Caliber boot) | 1,605,000 |
| Whispering Oaks Care Center | 16 | No Loan (X-Caliber boot) | 80,000 |
| Willow Rose Rehab & Health Care | 98 | No Loan (X-Caliber boot) | 490,000 |
| Polo Rehab & Health Care | 81 | X-Caliber | 348,150 |
| Courtyard Estates of Kewanee | 35 | X-Caliber | 1,225,000 |
| Courtyard Estates of Knoxville | 32 | X-Caliber | 1,120,000 |
| Courtyard Estates of Monmouth | 51 | X-Caliber | 3,825,000 |
| Marigold Rehab & Health Care Center | 172 | X-Caliber | 3,225,410 |
| El Paso Health Care Center | 123 | X-Caliber | 3,690,000 |
| Flanagan Rehab & Health Care Center | 75 | X-Caliber | 826,209 |
| Charleston Rehab & Health Care Center | 139 | X-Caliber | 3,197,000 |
| Cumberland Rehab & Health Care Center | 54 | X-Caliber | 1,190,091 |
| **Total X-Caliber** | **1,199** | | **22,951,523** |
| Palm Terrace of Mattoon | 178 | Lument | 2,314,000 |
| Flora Rehab & Health Care Center | 99 | Lument | 495,000 |
| Mt. Vernon Health Care Center | 106 | Lument | 530,000 |
| White Oak Rehab & Health Care Center | 65 | Lument | 1,495,000 |
| Toulon Rehab & Health Care Center | 136 | Lument | 6,528,000 |
| **Total Lument** | **584** | | **11,362,000** |
| South Elgin Rehab & Health Care Center | 90 | Grandbridge | 4,500,000 |
| Countryview Care Center of Macomb | 62 | Grandbridge | 310,000 |
| Jonesboro Rehab & Health Care Center | 77 | Grandbridge | 1,925,000 |
| **Total Grandbridge** | **229** | | **6,735,000** |
| Courtyard Estates of Galva | 32 | Community State Bank | 160,000 |
| Courtyard Estates of Green Valley | 40 | Community State Bank | 200,000 |
| **Total Community State Bank** | **72** | | **360,000** |
| Cornerstone Rehab & Health Care Center | 98 | Unencumbered | 1,495,455 |
| Riverview Estates | 18 | Unencumbered | - |
| Rock River Gardens | 70 | Unencumbered | 854,545 |
| **Total Unencumbered** | **186** | | **2,350,000** |
| Courtyard Estates of Farmington | 32 | Bank of Farmington | 1,600,000 |
| Courtyard Estates of Herscher | 42 | Bank of Rantoul | 1,575,000 |
| Roseville Rehab & Health Care | 99 | Berkadia | 1,485,000 |
| Courtyard Estates of Girard | 48 | Hickory Point Bank | 240,000 |
| Betty's Garden Memory Care of Kewanee | 24 | No Loan (GMF 1st lien) | 600,000 |
| Prarie Rose | 105 | Wells Fargo | 1,500,000 |
| Newman Rehab & Health Care Center | 60 | No Loan (Leased) | - |