## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SC HEALTHCARE HOLDING, LLC, *et al.*,[1] | Case No. 24-10443 (TMH) |
| Debtors. | (Jointly Administered) |

## PATIENT CARE OMBUDSMAN'S THIRD REPORT

In accordance with section 333(b)(2) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Suzanne Koenig, in her capacity as the patient care ombudsman (the "Ombudsman") appointed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of SC Healthcare Holding, LLC, *et al.* (collectively, the "Debtors") submits this third report (the "Third Report") for the time period from August 14, 2024 through October 11, 2024 (the "Report Period").

## GENERAL BACKGROUND

1.      On March 20, 2024, (the "Petition Date"), the Debtors each commenced the above-captioned Chapter 11 Cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.      The Debtors, with the exception of some inactive entities, are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a)

---

[1] The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584. The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC 830 West Trailcreek Dr., Peoria, IL 61614. Due to the large number of debtors in these Chapter 11 Cases, whose cases are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information is available on a website of the Debtors' claims and noticing agent at www.kccllc.net/Petersen.

7833811

and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Chapter 11 Cases.

3.      On April 10, 2024, the U.S. Trustee filed the *Concurred in Application Regarding Order Pursuant to 11 U.S.C. § 333 and Fed. R. Bankr. P. 2007.2 Directing the Appointment of a Patient Care Ombudsman* [Dkt. No. 136] (the "Ombudsman Application).

4.      On April 10, 2024, the Court entered the *Order Pursuant to Pursuant to 11 U.S.C. § 333 and Fed. R. Bankr. P. 2007.2 Directing the Appointment of a Patient Care Ombudsman* [Dkt. No. 137] (the "Ombudsman Order").

5.      On April 16, 2024, the U.S. Trustee filed the *Notice of Appointment of Patient Care Ombudsman Under 11 U.S.C. § 333* [Dkt. No. 160] (the "Ombudsman Appointment"), appointing Suzanne Koenig as the Ombudsman.

## A.      The Facilities

6.      As of the Petition Date, the Debtors operated approximately eighty-three (83) facilities (the "Facilities" and each individually, a "Facility"), which have been subject to the Ombudsman's observations in compliance with section 333 of the Bankruptcy Code.[2]

7.      The Chapter 11 Cases of the following Debtors (collectively, the "Receivership Debtors") have been suspended subject to the terms of the *Order Approving Stipulation to Resolve (I) X-Caliber's (A) Motion to Dismiss, (B) 543 Motion, and (C) DIP Objection, and (II) The Debtors' MT4 Motion to Dismiss* [Dkt. No. 340]: El Paso HCC, LLC; Flanagan HCC, LLC; Kewanee AL, LLC; Knoxville AL, LLC; Legacy Estates AL, LLC; Marigold HCC, LLC; Monmouth AL, LLC; Polo, LLC; El Paso HCO, LLC; Flanagan HCO, LLC; CYE Kewanee HCO,

---

[2] The Ombudsman is monitoring all of the Debtors' operational facilities. Due to the significant number of Facilities, the Ombudsman is visiting facilities on a rolling basis, in addition to monitoring all Facilities. The attachment to this Third Report includes detailed descriptions on twenty-eight (28) facilities which were visited during the Report Period. The Ombudsman will include detailed information on the remaining facilities on a rolling basis in subsequent reports.

7833811

LLC; CYE Knoxville HCO, LLC; Legacy HCO, LLC; Marigold HCO, LLC; CYE Monmouth HCO, LLC; and Polo HCO, LLC. Michael F. Flanagan was appointed as receiver of the Receivership Debtors (the "Receiver"). The Receiver has appointed Walnut Creek Management Company, L.L.C. ("Walnut Creek") as the manager operating the Receivership Debtors' eight (8) facilities:  Courtyard Estates of Kewanee; Courtyard Estates of Knoxville; Courtyard Estates of Monmouth; El Paso Health Care Center; Flanagan Rehabilitation & Health Care Center; Legacy Estates of Monmouth; Marigold Rehabilitation & Health Care Center; and Polo Rehabilitation & Health Care Center. The Ombudsman is not visiting the Receivership Debtors' facilities because their bankruptcies have been suspended.

8.      Pursuant to the Bid Procedure Order[3], on July 3, 2024, the Debtors selected successful bids for the Facilities following an auction held on July 2, 2024 and July 3, 2024. *See Notice of Successful Bidder* (Dkt Nos. 608; 614).

9.      Petersen Acquisitions, LLC, the acquisition entity formed by Cascade Capital Group, LLC (the "Stalking Horse Bidder"), was selected as the Successful Bidder for seventy (70) of the Debtors' Facilities. (the "Stalking Horse Facilities"). *See* Exhibit A of *Notice of Stalking Horse Bidder and Proposed Bid Protections* (Dkt. No. 564). The other successful bids for the Debtors' remaining Facilities are as follows:

- HP Developers LLC was selected as the successful bidder for Courtyard Estates of Canton, Courtyard Estates of Sullivan, and Legacy Estates of Monmouth;

- Bank of Farmington was selected as the successful Bidder for Courtyard Estates Farmington;

- Hickory Point Bank & Trust was selected as the successful bidder for Courtyard Estates of Girard.

---

[3] *See* Order (I) Approving (A) Bidding Procedures and (B) Assumption and Assignment Procedures and (III) Granting Related Relief [Docket No. 341] (the "Bid Procedures Order").

7833811

The operational status of the Stalking Horse Facilities is indicated in the chart below:

| Facility | Address | Original Operator | New Operator | Statue | Expected Date of Operations Transfer |
|---|---|---|---|---|---|
| Arcola Health Care | 422 East 4th South Street, Arcola, IL 61910 | Arcola HCO, LLC | Extendicare | Active | November 1, 2024 |
| Aledo Rehab & Healthcare Center | 304 S.W. 12th Street, Aledo, IL 61231 | Aledo HCO, LLC Aledo RE, LLC | Arcadia | Active | November 1, 2024 |
| Aspen Rehab & Health Care | 1403 9th Avenue, Silvis, IL 61282 | ASPEN HCO, LLC, Aspen RE, LLC | Arcadia | Active | November 1, 2024 |
| Courtyard Estates of Piper City | 601 South Maple St., PO Box 68, Piper City, IL 60959 | Piper City HCO, LLC Piper RE, LLC | Arcadia | Active | November 1, 2024 |
| Havana Health Care Center | 609 North Harpham Street, Havana, IL 62644 | Havana HCO, LLC Havana RE, LLC | Arcadia | Active | November 1, 2024 |
| Kewanee Care Home | 144 Junior Avenue, Kewanee, IL 61443 | Kewanee HCO, LLC Kewanee, LLC | Arcadia | Active | November 1, 2024 |
| Riverview Estates | 200 North Schrader, Havana, IL 62644 | Petersen Health Care, Inc. | Arcadia | Active | November 1, 2024 |
| Royal Oaks Care Center | 605 East Church Street, Kewanee, IL 61443 | Royal HCO, LLC Royal RE, LLC | Arcadia | Active | November 1, 2024 |
| Toulon Rehab & Health Care Center | 700 E. Main Street, PO Box 249 Tuolon, IL 61483 | Petersen Management Company, LLC, Petersen 27, LLC | Arcadia | Active | November 1, 2024 |

7833811

| Facility | Address | Original Operator | New Operator | Statue | Expected Date of Operations Transfer |
|---|---|---|---|---|---|
| Watseka Rehab & Health Care Center | 715 East Raymond Road, Watseka, IL 60970 | Watseka HCO, LLC<br><br>Watseka RE, LLC | Arcadia | Active | November 1, 2024 |
| Piper City Rehab & Living Center | 600 South Maple St, PO Box 68, Piper City IL 60959 | Piper City HCO, LLC<br><br>Piper RE, LLC | Arcadia | Active | November 1, 2024 |
| Bement Health Care Center | 601 North Morgan, Bement, IL 61813 | Bement HCO, LLC<br><br>Bement RE, LLC | Extendicare | Active | November 1, 2024 |
| Farmer City Rehab & Health Care | 404 Brookview Drive, Farmer City, IL 61842 | Petersen Health Care - Farmer City, LLC<br><br>Petersen Farmer City, LLC | Extendicare | Active | November 1, 2024 |
| Illini Heritage Rehab & Health Care | 1315 Curt Dr., Champaign, IL 61821 | Petersen Health Care - Illini, LLC | Extendicare | Active | November 1, 2024 |
| Tuscola Health Care Center | 1203 Egyptian Trail, Tuscola, IL 61953 | Tuscola HCO, LLC<br><br>Tuscola RE, LLC | Extendicare | Active | November 1, 2024 |
| Decatur Rehabilitation & Health Care Center | 136 S. Dipper Lane, Decatur, IL 62522 | Decatur HCO, LLC<br><br>Decatur RE, LLC | Extendicare | Active | November 1, 2024 |
| Cornerstone Rehab & Healthcare Center | 5533 N. Galena Rd., Peoria Heights, IL 61616 | Midwest Health Operations, LLC<br><br>Midwest Health Properties, LLC | Goldwater | Active | November 1, 2024 |
| Roseville Rehab & Health Care | 145 S. Chamberlain St., Roseville, IL 61473 | Petersen Health Care - Roseville, LLC | Goldwater | Active | November 1, 2024 |

| Facility | Address | Original Operator | New Operator | Statue | Expected Date of Operations Transfer |
|---|---|---|---|---|---|
| | | Petersen Roseville, LLC | | | |
| Eastview Terrace | 100 Eastview Place, Sullivan, IL 61951 | Eastview HCO, LLC<br><br>Eastview RE, LLC | Lincoln HC | Active | November 1, 2024 |
| Effingham Rehab & Health Care Center | 1610 N. Lakewood Drive, Effingham, IL 62401 | Effingham HCO, LLC<br><br>Effingham RE, LLC | Lincoln HC | Active | November 1, 2024 |
| Palm Terrace of Mattoon | 1000 Palm Avenue, Mattoon, IL 61938 | Petersen Management Company, LLC<br><br>Petersen 23, LLC | Lincoln HC | Active | November 1, 2024 |
| Prairie Rose Health Care Center | 900 South Chestnut Street, Pana, IL 62557 | SJL Health Systems, Inc. | Lincoln HC | Active | November 1, 2024 |
| Sullivan Rehab & Health Care Center | 11 Hawthorne Lane, Sullivan, IL 61951 | Sullivan HCO, LLC<br><br>Sullivan RE, LLC | Lincoln HC | Active | November 1, 2024 |
| Nokomis Rehab & Health Care Center | 505 Stevens Street, Nokomis, IL 62075 | Petersen Health Network, LLC<br><br>Petersen Health Care X, LLC | Lincoln HC | Active | November 1, 2024 |
| Vandalia Rehab & Health Care Center | 1500 W. St. Louis Ave., Vandalia, IL 62471 | Vandalia HCO, LLC<br><br>Vandalia RE, LLC | Lincoln HC | Active | November 1, 2024 |

7833811

| Facility | Address | Original Operator | New Operator | Statue | Expected Date of Operations Transfer |
|---|---|---|---|---|---|
| Ironwood Estates of Sandwich | 902 E. Arnold, Sandwich, IL 60548 | Petersen Health Business, LLC<br><br>Petersen Health Care XI, LLC | Lineage HC | Active | November 1, 2024 |
| North Aurora Care Center | 310 Banbury Road, North Aurora, IL 60542 | North Aurora HCO, LLC<br><br>North Aurora, LLC | Lineage HC | Active | November 1, 2024 |
| Sandwich Rehab & Health Care Center | 902 E. Arnold, Sandwich, IL 60548 | Petersen Health Business, LLC<br><br>Petersen Health Care XI, LLC | Lineage HC | Active | November 1, 2024 |
| South Elgin Rehab & Health Care Center | 746 W. Spring Street, South Elgin, IL 60177 | Petersen Health Properties, LLC<br><br>South Elgin, LLC | Lineage HC | Active | November 1, 2024 |
| Collinsville Rehab & Health Care Center | 614 North Summit, Collinsville, IL 62234 | Collinsville HCO, LLC<br><br>Collinsville RE, LLC | Evercare Healthcare | Active | November 1, 2024 |
| Lebanon Care Center | 1201 North Alton, Lebanon, IL 62254 | Lebanon HCO, LLC<br><br>Lebanon RE, LLC | Evercare Healthcare | Active | November 1, 2024 |
| Swansea Rehab & Health Care Center | 1405 North Second Street, Swansea, IL 62226 | Swansea HCO, LLC<br><br>Swansea RE, LLC | Evercare Healthcare | Active | November 1, 2024 |
| Willow Rose Rehab & Health Care | 410 Fletcher, Jerseyville, IL 62052 | Petersen Health Network, LLC<br><br>Petersen Health Care X, LLC | Evercare Healthcare | Active | November 1, 2024 |

7833811

| Facility | Address | Original Operator | New Operator | Statue | Expected Date of Operations Transfer |
|----------|---------|-------------------|--------------|--------|--------------------------------------|
| Robings Manor Rehab & Health Care | 502 North Main Street, Brighton, IL 62012 | Robings HCO, LLC<br><br>Robings LLC | Evercare Healthcare | Active | November 1, 2024 |
| Courtyard Estates of Brighton | 502 North Main Street, Brighton, IL 62012 | Robings HCO, LLC<br><br>Robings, LLC | Evercare Healthcare | Active | November 1, 2024 |
| Casey Health Care Center | 100 N.E. 15th Street, Casey, IL 62420 | Petersen 25, LLC<br><br>Casey HCO, LLC | Stern Consultants | Active | November 1, 2024 |
| Countryview Care Center of Macomb | 400 W. Grant Street, Macomb, IL 61455 | Petersen Health Properties, LLC<br><br>Macomb, LLC | Stern Consultants | Active | November 1, 2024 |
| Twin Lakes Rehab & Health Center | 310 S. Eads Avenue, Paris, IL 61944 | Twin HCO, LLC<br><br>Twin RE, LLC | Stern Consultants | Active | November 1, 2024 |
| Flora Gardens Care Center | 701 Shadwell Avenue, Flora, IL 62839 | Petersen Health Network, LLC<br><br>Petersen Health Care X, LLC | Axiom | Active | November 1, 2024 |
| Flora Rehab & Health Care Center | 232 Given Street, Flora, IL 62839 | Petersen Management Company, LLC<br><br>Petersen 26, LLC | Axiom | Active | November 1, 2024 |
| Mt. Vernon Health Care Center | #5 Doctors Park Road, Mount Vernon, IL 62864 | Petersen Management Company, LLC<br><br>Petersen 29, LLC | Axiom | Active | November 1, 2024 |
| Rosiclare Rehab & Health Care Center | 1807 Fairview Road, PO Box 220, Rosiclare, IL 62982 | Rosiclare HCO, LLC<br><br>Rosiclare RE, LLC | Axiom | Active | November 1, 2024 |

7833811

| Facility | Address | Original Operator | New Operator | Statue | Expected Date of Operations Transfer |
|----------|---------|-------------------|--------------|--------|--------------------------------------|
| Shawnee Rose Care Center | 1000 W. Sloan, Harrisburg, IL 62946 | Midwest Health Operations, LLC<br><br>Petersen Health Care VIII, LLC | Axiom | Active | November 1, 2024 |
| Westside Rehab & Health Care Center | 601 North Columbia St., West Frankfort, IL 62896 | Westside HCO, LLC<br><br>Westside RE, LLC | Axiom | Active | November 1, 2024 |
| White Oak Rehab & health Care Center | 1700 White Street, Mount Vernon, IL 62864 | Petersen Management Company, LLC<br><br>Petersen 30, LLC | Axiom | Active | November 1, 2024 |
| Jonesboro Rehab & Healthcare Center | 995 State Route 127 South, Jonesboro, IL 62952 | Petersen Health Properties, LLC<br><br>Jonesboro, LLC | Axiom | Active | November 1, 2024 |
| McLeansboro Rehab & Health Care Center | 405 W. Carpenter, McLeansboro, IL 62859 | McLeansboro HCO, LLC<br><br>McLeansboro RE, LLC | Axiom | Active | November 1, 2024 |
| Arrowood Estates of Rock Falls | 430 Martin Road, Rock Falls, IL 61071 | Petersen Health & Wellness, LLC<br><br>Petersen Health Care XIII, LLC | Highlight HC | Closed | N/A |
| Pleasant View Rehab & Health Care Center | 500 North Jackson Street, Morrison, IL 61270 | Pleasant View HCO, LLC<br><br>Pleasant View RE, LLC | Highlight HC | Active | November 1, 2024 |
| Rochelle Gardens Care Center | 1021 Caron Road, Rochelle, IL 61068 | Petersen Health Network, LLC | Highlight HC | Active | November 1, 2024 |

7833811

| Facility | Address | Original Operator | New Operator | Statue | Expected Date of Operations Transfer |
|---|---|---|---|---|---|
| | | Petersen Health Care X, LLC | | | |
| Rochelle Rehab & Health Care Center | 900 North 3rd Street, Rochelle, IL 61068 | Petersen Health Network, LLC<br><br>Petersen Health Care X, LLC | Highlight HC | Active | November 1, 2024 |
| Rock Falls Rehab & Health Care Center | 430 Martin Road, Rock Falls, IL 61071 | Petersen Health & Wellness, LLC<br><br>Petersen Health Care XIII, LLC | Highlight HC | Active | November 1, 2024 |
| Rock River Gardens | 3601 Sixteenth Avenue, Sterling, Illinois 61081 | Midwest Health Operations, LLC<br><br>Midwest Health Properties, LLC | Highlight HC | Active | November 1, 2024 |
| Shangri La Rehab & Living enter | 930 NE Duncan Road, Blue Springs, MO 64014 | Shangri La HCO, LLC<br><br>Shangri La RE, LLC | OPCO Skilled Management | Active | November 1, 2024 |
| Courtyard Estates of Walcott | 510 North Main Street, Walcott IA 52773 | CYE Walcott HCO, LLC<br><br>Walcott AL RE, LLC | SH Consultants | Active | November 1, 2024 |
| Betty's Garden Memory Care of Kewanee | 141 Acorn Street South, Kewanee IL 61443 | Betty's Garden HCO, LLC<br><br>Betty's Garden RE, LLC | Arcadia | Active | November 1, 2024 |
| Courtyard Estates of Bushnell | 1201 N. Cole Street, Bushnell, IL 61422 | CYE Bushnell HCO, LLC | Arcadia | Active | November 1, 2024 |

10

| Facility | Address | Original Operator | New Operator | Statue | Expected Date of Operations Transfer |
|---|---|---|---|---|---|
| | | Bushnell AL RE, LLC | | | |
| Courtyard Estates of Galva | 1000 Courtyard Estates, Galva, IL 61434 | Petersen Health Systems, Inc. | Arcadia | Active | November 1, 2024 |
| Courtyard Estates of Green Valley | 16516 Townline Road Green Valley, IL 61534 | Petersen Health Systems, Inc. | Arcadia | Active | November 1, 2024 |
| Courtyard Estates of Herscher | 100 Harvest View Lane, Herscher, IL 60941 | Petersen Health Systems, Inc. | Arcadia | Active | November 1, 2024 |
| Courtyard Village of Kewanee | 860 Sunset Drive, Kewanee, IL 61443 | Village Kewanee HCO, LLC<br><br>CYV Kewanee AL RE, LLC | Arcadia | Active | November 1, 2024 |
| Shelbyville Rehab & Health Care Center | 2116 W. South 3rd, Shelbyville, IL 62565 | Shelbyville HCO, LLC<br><br>Shelbyville RE, LLC | Lincoln HC | Active | November 1, 2024 |
| Enfield Rehab & Health Care Center | 1610 N. Lakewood Drive, Effingham, IL 62401 | Effingham HCO, LLC<br><br>Effingham RE, LLC | N/A | Closed | N/A |
| Newman Rehab & health Care Center | 418 S. Memorial Park Dr., P.O. Box 335, Newman, IL 61942 | Petersen Health & Wellness, LLC | N/A | Active | N/A |
| Prairie City Rehab & | 825 East Main Street, Box 97, Prairie City, IL 61470 | Prairie City LLC | N/A | Closed | N/A |

7833811

| Facility | Address | Original Operator | New Operator | Statue | Expected Date of Operations Transfer |
|---|---|---|---|---|---|
| health Care Center | | Prairie City RE, LLC | | | |
| Whispering Oaks Care Center | 201 Spring Street, Rosiclare, IL 62982 | Petersen Health Network, LLC<br><br>Petersen Health Care X, LLC | N/A | Closed | N/A |
| Countryview Terrace | 52 Old Route 45, Louisville, IL 62858 | Petersen Health Quality, LLC<br><br>Petersen Health Care, Inc. | N/A | Closed | N/A |
| Courtyard Estates of Bradford | 100 Courtyard Boulevard Bradford, IL 61421 | Bradford AL RE, LLC<br><br>CYE Bradford HCO, LLC | N/A | Active | N/A |
| Simple Blessings | 203 East Monroe Street, Casey, IL 62420 | Petersen Health Care II, Inc. | N/A | Active | N/A |
| Tarkio Rehab & health Center | 300 Cedar Street, Tarkio MO 64491 | Tarkio HCO, LLC<br><br>Tarkio RE, LLC | N/A | Closed | N/A |

10.     Upon discussions with Greg Wilson ("Mr. Wilson"), the Senior Vice President of Operations of the Petersen Companies and Petersen Health Care, it is the Ombudsman's understanding that interim operating agreements will be put in place to facilitate the Stalking Horse Facilities' transfers to new ownership on the expected date of November 1, 2024. While the Stalking Horse Bidder is to take over day-to-day operations starting on November 1, 2024, the Debtors will continue to hold and retain the facility licenses related to the Stalking Horse Facilities

during this time and until the Facility sales are closed. It is also the Ombudsman's understanding that the Debtors and Stalking Horse Bidder anticipate that the Stalking Horse Facilities will be operated under new licenses by the end of Q1 2025 pursuant to a change in ownership process.

11.    The remaining Facilities were sold as follows:

- HP Developers, LLC was selected as the Successful Bidder for two facilities: Courtyard Estates of Canton and Courtyard Estates of Sullivan. Both facilities were purchased by Gardant Management Solutions on August 1, 2024.

- Bank of Farmington was selected as the Successful Bidder for CYE Farmington. The Facility is currently operated by Tutera Senior Living with Michael F. Flanagan as receiver over the Facility following the stipulated order approving the sale of the Facility, dated . *See* Dkt. No. 723.

- Hickory Point Bank & Trust was selected as the Successful Bidder for CYE Girard. The Facility is currently operated by Gardant Management Solutions with Michael F. Flanagan as receiver over the Facility following the stipulated order approving the sale of the Facility, dated July 29, 2024. *See* Dkt. No. 724.

## SUMMARY OF OMBUDSMAN'S MONITORING AND OBSERVATIONS

The Ombudsman and her representatives continue to monitor all Facilities and conduct in-person visits of the Facilities on a rolling basis. The following summarizes the Ombudsman's observations during the Report Period, which are addressed with additional specificity in the individual facility reports included herein. Information regarding the facilities covered in this Report is based upon the visits by the Ombudsman and her representatives. Described and referenced below are the observations and interviews conducted during those visits, which have

13

been supplemented by interviews and electronic mail communications conducted remotely with staff of the respective Facilities.

A.    **Executive Summary**

Throughout the Report Period, the Ombudsman and her representatives have continued their open dialogue with the Debtors and have been in communications primarily with Mr. Wilson as the Ombudsman's point of contact. Mr. Wilson has been responsive to all questions and concerns that the Ombudsman and her representatives have raised, including but not limited to, matters relating to facility transfers of ownership and day-to-day operations following the Auction; confirming that the Debtors and any new ownership adhere to state and federal guidelines related to facility closures, such as the proper transfer of residents to new facilities; and proper patient care during the transitional period under way during this Report Period.

The visited Facilities included in this Third Report are as follows:

| Exhibit | Debtor | Facility Name | Address |
|---|---|---|---|
| A | Aspen HCO, LLC | Aspen Rehab & Healthcare | 1403 9th Ave, Silvas, IL 61282 |
| B | Aledo HCO, LLC | Aledo Rehab & Healthcare | 304 S West 12th St, Aledo, IL 61231 |
| C | CYE Walcott HCO | Courtyard Estate of Walcott | 510 N Main St, Walcott, IA 52773 |
| D | Petersen Health & Wellness, LLC | Arrowood Estates of Rock Falls[4] | 430 Martin Road, Rock Falls, IL 61071 |
| E | Petersen Health & Wellness, LLC | Rock Falls Rehab | 430 Martin Road, Rock Falls, IL 61071 |
| F | Petersen Health Systems, Inc. | Courtyard Estates of Galva | 100 Courtyard Estates Galva, IL 61434 |
| G | Petersen Health Systems, Inc. | Courtyard Estates of Herscher | 100 Harvest View Lane, Hercher, IL 60941 |
| H | Betty's Garden HCO, LLC | Betty's Garden Memory Care of Kewanee | 141 Acorn St South, Kewanee, IL 61443 |
| I | Village Kewanee HCO, LLC | Courtyard Village of Kewanee | 860 Sunset Drive, Kewanee, IL  61443 |

---

[4] This Facility was visited prior to its closure.

7833811

| Exhibit | Debtor | Facility Name | Address |
|---|---|---|---|
| J | Petersen Management Company, LLC | Toulon Rehabilitation & Health Care Center | 700 E Main Street, Toulon, IL 61483 |
| K | CYE Bradford HCO, LLC | Courtyard Estates of Bradford | 100 Courtyard Blvd, Bradford, IL 61421 |
| L | Macomb, LLC | Country View Care Center | 400 West Grant Street, Macomb, IL 61455 |
| M | Havana HCO, LLC | Havana Healthcare | 609 N Harpham St, Havana, IL 62644 |
| N | Petersen Health Care, Inc | River View Estates | 200 N Schrader Havana, IL 62644 |
| O | Petersen Health Care, Inc | Courtyard Estates of Green Valley | 16516 Towntine Road, Green Valley, IL 61534 |
| P | Takio HCO, LLC | Tarkio Rehabilitation & Health Care[5] | 300 Cedar Street, Tarkio, MO 64491 |
| Q | Piper HCO, LLC | Courtyard Estates of Piper City | 580 S. Maple Street, Piper City, IL 60959 |
| R | Piper HCO, LLC | Piper City Rehab and Living Center | 600 S. Maple Street, Piper City IL 60959 |
| S | Petersen Health Business, LLC and Petersen Health Care XI, LLC | Sandwich Rehabilitation and Healthcare Center | 902 E. Arnold St., Sandwich, IL 60548 |
| T | Jonesboro, LLC | Jonesboro Rehab and Healthcare Center | 995 State Route 127 South, Jonesboro, IL 62952 |
| U | Bushnell AL RE, LLC & CYE Bushnell HOC, LLC | Courtyard Estates of Bushnell | 1201 N. Cole Street, Bushnell, IL 61422 |
| V | Lebanon HCO, LLC | Lebanon Care Center | 1201 North Alton, Lebanon, IL 62254 |
| W | Shawnee Rose, LLC | Shawnee Rose Care Center | 1000 W. Sloan, Harrisburg, IL 62946 |
| X | Petersen Health Care, LLC | Collinsville Rehab and Healthcare Center | 614 North Summit, Collinsville, IL 62234 |
| Y | Petersen Health Network, LLC | Rochelle Gardens Care Center | 1021 Caron Road, Rochelle, IL 61068 |
| Z | Swansea HCO, LLC | Swansea Rehabilitation & Health Care Center | 1405 North Second Street, Swansea, IL 62226 |
| AA | Rosiclare HCO, LLC | Rosiclare Rehab and Health Care Center | 1807 Fairview Road, PO Box 220, Rosiclare, IL 62982 |

---

[5] This facility was visited prior to its closure.

| Exhibit | Debtor | Facility Name | Address |
|---|---|---|---|
| BB | Petersen Management Company, LLC | Mt. Vernon Health Care Center | #5 Doctors Park Road, Mount Vernon, IL 62864 |

As described in further detail below, an individual review for each Facility visited during this Report Period is attached hereto as reflected in the above chart.

The Ombudsman and her representatives have begun phase two visits on a number of Facilities during this Report Period, meaning that the Ombudsman or her representatives have visited these Facilities twice since the Ombudsman Appointment.

### B. Methodology

Due to the number of Facilities operated by the Debtors, the Ombudsman developed a standardized methodology to ensure consistency in reporting among the Ombudsman and her representatives visiting each location. Prior to the first visit, the Ombudsman developed materials to ensure consistency with respect to her and her representatives' work under the statutory requirements of section 333 of the Bankruptcy Code, appropriate procedures for interviewing the professional staff, residents, and family members, and reiteration of privacy requirements mandated under the Health Insurance Portability and Accountability Act ("HIPAA") as they apply to the Facilities. The Ombudsman also created question guidelines and checklists to encompass the full scope of potential resident care concerns.

Each site visit included the Ombudsman and one of her representatives, or alternatively, at least two (2) of the Ombudsman's representatives, including at least one (1) licensed registered nurse and at least two (2) senior living professionals[6] with significant knowledge and experience regarding SNFs, assisted living and memory care operations as well as regulatory requirements.

---

[6] That is, either the Ombudsman and an Ombudsman representative, or two Ombudsman representatives attended each visit.

7833811

When possible, the Ombudsman personally made visits to the Facilities throughout the site visit schedule. The visits to each Facility ranged from approximately four (4) to eight (8) hours in length depending upon the size and complexity of the Facility. During each visit, the Ombudsman and her representatives met with the executive director, licensed nursing home administrator or administrator in training of the Facility and department heads, conducted a walk-through tour of each Facility and its grounds, and interviewed key professional staff, as well as residents and family members, where possible. The Ombudsman and her representatives also requested and reviewed Facility records as part of their assessment process.

C.    **Overall Impressions**

In the recent Facility visits by the Ombudsman and her representatives, several of the observations made in prior reporting periods with respect to Facilities are consistent with observations made during this Report Period in addition to certain new observations. Those observations are described further below:

- The Debtors' administrative staff includes a number of employees who are new or have only been in their present roles for a short time. This includes administrators in the skilled and intermediate care facilities who are not licensed, act as administrator-in-training, or do not hold temporary licenses granted by the State of Illinois, pending their eligibility to sit as a licensed nursing home administrator. Some of the Debtors' Facilities are without Directors of Nursing as well. The Debtors' employees are generally demonstrating a strong commitment to caring for the residents in their communities; however, they are facing challenges and issues to be addressed as detailed further herein. The financial distress and media coverage surrounding these facilities can also be worrisome for staff and residents alike, and

the administrators are continuing to work toward leading their teams forward to serve the interest of the residents in their charge.

- Several facilities have been previously cited for abuse by surveyors. Although the Ombudsman and her representatives did not find any evidence of continued noncompliance, it is essential that facilities remain vigilant for recurrence of issues that resulted in abuse citations, and that staff continues to receive appropriate in-service education to prevent recurrence.

- The Ombudsman did not find any concerns related to procurement of adequate supplies such as food, medical supplies and equipment, and other necessary items. The Facilities have endeavored to cooperate with each other to share supplies and equipment as needed to prevent shortages.

- Physical plant issues remain problematic at several facilities, which they have no ability to resolve without provision of funds. Some of the physical plant issues are more serious than others. Additionally, observations indicate a possible lack of regular environmental rounding and sanitation routines at some facilities, routines which are within the control of local management who can effect improvements going forward.

- The Ombudsman was notified that there had been an incident regarding the misappropriation of funds occurring at one Facility, Havana Healthcare, which resulted in the firing of the Facility's business office manager. The Illinois Department of Public Health ("IDPH") was investigating the issue, which has since been transferred to the Office of Inspector General and is still considered to be open. The resident trust account has since been replenished of the misappropriated funds

and it did not appear that this incident led to any problems with disbursement of trust funds to residents. Separately, however, the Ombudsman and her representatives found that the Facilities are generally not sharing the quarterly reporting of trust funds required by law with each resident. *See* 77 Ill. Adm. Code 300.3260 (a), citing to the Illinois Nursing Home Care Act Section 2-201(4).

- As related to the Star Ratings Program, the Ombudsman and her representatives recognized that a number of facilities received low ratings for a variety of reasons, including but not limited to, below average health inspections ratings; staffing rating, related to the daily staffing hours for registered nurses ("<u>RN</u>"), licensed practical nurses ("<u>LPN</u>"), certified nurse aides ("<u>CNA</u>"), physical therapists ("<u>PT</u>"), and administrators to Medicare; and certain aspects pertaining to the Star Ratings Program's quality measures score.[7] Notably, one facility, Aspen Rehabilitation and Healthcare Center, received a five-star rating, the highest rating achievable under the Star Ratings Program, due in part to its five-star Quality Measures rating.

- The Ombudsman and her representatives spent a significant amount of time during this Report Period to ensure that the Debtors adhered to state and federal guidelines and procedures related to transferring residents upon a Facility's closure.

- Based upon the Ombudsman and her representatives' in-person visits to the Facilities covered in this Report Period, there are a number of concerns identified

---

[7] Ratings for the quality measures are based on performance on 15 of the quality measures that are currently posted on the Care Compare website at https://www.medicare.gov/care-compare/. These include nine long-stay measures and six short-stay measures. Note that not all the quality measures that are reported on Care Compare are included in the rating calculations. In addition to an overall quality measure rating, separate QM ratings for short-stay measures and long-stay measures are also reported.

7833811

in greater detail in the Facility-specific reviews that require some attention by the Debtors.

**D.**    **Defined Terms in the Third Report**

As to certain defined terms utilized in the specific facility reports below, further descriptions of these terms are provided here for ease of reference:

- Administrator in Training ("AIT"): An AIT is a 12-month, full-time internship completed in a qualifying nursing home under the supervision of a qualified preceptor within the last 10 years. Part-time internships may be considered. All internship hours must be completed within two years.

- Centers for Medicare & Medicaid Services ("CMS"): The CMS is the federal agency that provides health coverage to more than 160 million through Medicare, Medicaid, the Children's Health Insurance Program, and the Health Insurance Marketplace. The CMS works in partnership with the entire health care community to improve quality, equity and outcomes in the health care system.

- Certified Nursing Assistant ("CNA"): CNAs, assist nurses and other medical staff by providing direct personal care for patients. A CNA is an entry-level role that provides vital support to both patients and nurses. From transporting, bathing, and feeding hospital patients, to stocking medical supplies and logging patient information, CNAs are on the ground working to enhance patient outcomes.

- Conditional License ("CL"): The IDPH Director may issue a conditional license to any facility if the Director finds that either a Type "A" or Type "B" violation exists in such facility. The issuance of a conditional license shall revoke any license held by the facility. A conditional license shall be issued for a period specified by the

20

IDPH, but in no event for more than one year. The IDPH shall periodically inspect any facility operating under a conditional license.

- <u>Director of Nursing ("DON")</u>: A DON is responsible for leading and supervising a nursing unit. This position is ultimately responsible, and accountable, for the nursing care received by residents. They often report to the Nursing Home Administrator/Executive Director.

- <u>Electronic Medical Record ("EMR")</u>: The EMR is an enabling technology that allows licensed nurses and all staff members to pursue more powerful quality improvement programs and day-to-day documentation than is possible with paper-based records.

- <u>The Illinois Department of Public Health ("IDPH")</u>: The IDPH licenses these nursing facilities, and the Illinois Department of Healthcare and Family Services ("<u>HFS</u>") certifies facilities for Medicaid participation.

- <u>Licensed Practical Nurse ("LPN")</u>: LPNs will provide basic medical care to ill, injured, or convalescing patients or to persons with disabilities. Responsibilities of LPNs vary by work setting.

- <u>Minimum Data Set ("MDS")</u>: The MDS is part of the federally mandated process for clinical assessment of all residents in Medicare and Medicaid certified nursing homes. This process provides a comprehensive assessment of each resident's functional capabilities and helps nursing home staff identify health problems.

- <u>Missouri Department of Health and Senior Services ("MDHSS")</u>: The MDHSS serves the citizens of Missouri by working to improve the health and quality of life

for Missourians of all ages. It's mission is to promote health and safety through prevention, collaboration, education, innovation and response.

- Quality Assurance / Process Improvement ("QAPI"): QAPI is the coordinated application of two mutually-reinforcing aspects of a quality management system: Quality Assurance (QA) and Performance Improvement (PI). QAPI takes a systematic, comprehensive, and data-driven approach to maintaining and improving safety and quality in nursing homes while involving all nursing home caregivers in practical and creative problem solving.

- Registered Nurse ("RN"): RNs provide and coordinate patient care and educate patients and the public about various health conditions.

## OMBUDSMAN'S MONITORING AND OBSERVATIONS BY FACILITY

The Ombudsman has provided detailed supplemental reports on each of the Facilities visited and assessed. Each report includes observations of resident care with commentary about one or more areas of assessment, including an overview of each Facility, regulatory compliance, activities and life enrichment, resident interviews, clinical services, risk management, medical records, infection control and COVID-19 protocols, dietary services, emergency preparedness, vendor relationships, maintenance, and environmental services. It should be noted that the supplemental reports will make repeated references to two key regulatory agencies for the skilled nursing facility industry: the CMS, which promulgates national regulations and standards of care and is responsible for monitoring compliance of covered facilities, and the IDPH, a state-level agency responsible for licensure and inspection of skilled nursing facilities for compliance with federal, state, and local healthcare regulations.

7833811

## CONCLUSION

The Debtors' employees continue to be cooperative with the Ombudsman and her representatives, and as a result of the Facility visits and information obtained during this Report Period, other than items identified herein, the Ombudsman and her representatives did not observe issues of concern that would cause harm to residents. While the Ombudsman, her representatives, and the Debtors' management have been made aware of certain physical plant issues during this Report Period, the Debtors are approaching these responsibilities in order of priority depending upon the Debtors' financial abilities and resident needs as the Debtors approach the transfers of day-to-day operations and the Facility sale closures. The Ombudsman will submit her next report within sixty (60) days and will inform the Court if there are any critical concerns discovered prior to that time, as necessary.


Dated: October 11, 2024                    **PATIENT CARE OMBUDSMAN**

                                           By: _/s/ Suzanne Koenig_____
                                                 Suzanne Koenig, solely in her capacity as the
                                                 Patient Care Ombudsman of SC Healthcare
                                                 Holding, LLC, *et al*.


23

7833811

**Exhibit A**
Aspen HCO, LLC
Silvas, IL

A.      Overview

Debtor Aspen HCO, LLC d/b/a Aspen Rehabilitation and Healthcare Center ("Aspen" or the "Facility"), is a sixty-three (63) bed SNF licensed by the IDPH. The census at the time of the Ombudsman representative's visit was twenty-nine (29). The visit took place on August 6, 2024.

The administrator reported to the Ombudsman's representative that sixty-four (64) personnel are employed by Aspen, including forty-one (41) clinical, twelve (12) dietary, six (6) housekeeping, one (1) maintenance, one (1) social service assistant, one (1) activity, and two (2) administrative staff members.

B.      Regulatory

The Facility has an overall five-star rating on the CMS Nursing Home Care website. This is derived from a four-star Health Inspection rating, a three-star Staffing rating, and a five-star Quality Measures rating.

On July 7, 2024, the IDPH conducted a complaint survey and according to the Facility is the most recent visit by the IDPH. Based on observation, interview, and record review, the Facility failed to allow a resident the right to exercise the choice to eat meals in bed. Based upon the Ombudsman representative's observation, the deficient practice is no longer occurring.

Based on interview and record review, the Facility failed to notify the physician of a diabetic resident receiving a nutritionally inadequate clear liquid diet tray for most meals or not eating at all during a span of five (5) days, while continuing to receive the ordered oral and injectable diabetic medication. After record review, observation and interview the Ombudsman's representative determined that the deficient practice is no longer occurring.

Based on interview and record review, the Facility failed to provide a resident with a nourishing, well balanced diet. Through observation and record review, the Ombudsman's representative did not find any concerns with the care provided at the Facility.

C.    Physical Plant and Environmental Services

Aspen is a one-story structure with resident hallways and nursing stations and numerous common areas. During the physical plant tour, the following concerns and observations were noted:

- The floors were chipped by the nurses' station creating a possible fall hazard.

- Dining room flooring had a large hole, creating a possible fall hazard.

- Shower rooms showed some cracked tiles; otherwise, it was well appointed.

- Numerous hallway fixtures had burnt out bulbs with decreased illumination as a result.

- The laundry holds two (2) washers and two (2) dryers that are both functioning to meet the needs of the residents. Adequate laundry supplies were noted to be on hand.

- A generator is on site to provide emergency electricity in the event of a power outage.

Currently, six (6) residents smoke and a smoking assessment has been completed for each. Smoking aprons are available to the residents that require them. A fire extinguisher is located near the door that leads to the smoking area. The smoking area is a concrete pad covered with a metal roof and open to the air.

7833811

D.    Resident Observation/Life Enrichment

During the tour of Aspen, residents were observed during dinner. Residents were appropriately groomed and dressed. The entire staff participated in meal distribution. Plates were removed from the serving tray and placed before each resident, and all residents at a table were served together before staff moved to the next table. Alternative meals were available to accommodate resident preferences, and residents requiring modified diets had appropriate food served to them. The communal areas were clean with adequate lighting. Staff interactions with residents were cordial and mutually respectful.

E.    Resident Interview

The Ombudsman's representative interviewed one (1) resident regarding various aspects of resident life. The resident verbalized that the staff provided the care required. The resident indicated that staff was friendly. The resident commented that the food was "mostly good" and served at an appropriate temperature. The resident was asked about transportation availability and the resident trust fund, and they stated that transportation was available and that they could access money that was placed in the trust fund.

F.    Clinical Services

Aspen currently has a new DON who started five (5) days prior to the visit and manages the clinical processes within the Facility. Clinical meetings and risk management meetings are expected to resume as the new DON settles into their role.

Most of the population has a diagnosis of Alzheimer's disease. The Facility uses a behavior tracking system to assist in the management of behaviors. Behavior concerns are discussed in a daily meeting, and a behavioral health provider uses telehealth monthly, with on call availability to assist in the care of the resident population.

7833811

During the Facility tour, the Ombudsman's representative found that medication carts were locked and narcotics appropriately secured. Medication records reviewed by the Ombudsman's representative are current with no indications of medications being missed or not signed off by nurses. The medical supply storage area was noted to be well stocked as were the carts. The caregivers stated that medication and supplies were readily available. They indicated that the equipment was functional.

The Facility uses eight-hour shifts to schedule staffing for resident care. One (1) nurse is scheduled for each shift and currently the Facility is meeting the nursing hours requirement. The community schedules a total of three (3) CNAs for the first and second shifts and two (2) for the overnight shift. The Facility utilizes an agency to fill open nursing shifts.

At the time of the Ombudsman visit, the Facility was experiencing a COVID outbreak. They were on day 13 of the outbreak as of the date of this report. Fifteen (15) residents and zero (0) staff members are fully vaccinated for COVID 19.

G.    Risk Management

Morning meetings are scheduled daily where risk incidents that occurred the previous evening are discussed. A weekly meeting is used to discuss specific risk topics such as wounds, falls, behaviors and weights. Aspen has a QAPI meeting that the medical director and consultant pharmacist attend. At the last meeting, the main topic discussed was infection control and urinary tract infections. The Facility uses bi-weekly "pay day meeting" to discuss education topics. Each meeting has a few of the mandatory education topics discussed and a sign-in sheet is utilized to verify attendance. When required, ad-hoc training is scheduled.

H.    Medical Records

Aspen uses a combination of paper-based and electronic records. Point Click Care, an EMR system is utilized for submitting the MDS data and creating individual care plans. Residents and families are invited to care plan meetings, and this is coordinated by the social service director.

I.    Dietary Services/Kitchen

The Facility has a registered dietician that visits monthly to review diets as well as any significant changes in residents' caloric needs. The kitchen can produce food for modified diets and offers an alternative menu to accommodate resident preferences.

There is a posted cleaning schedule in the kitchen, and the floors, serving space and the counters were clean and neatly maintained with trash properly stored and secured. All equipment is operational and maintained.

Food in refrigerators and freezers was noted to be stored and labeled appropriately. There was sufficient food available for resident care, and it was properly dated and stored. The logs for food temperatures, refrigerator/freezer temperatures, and dishwasher chemical use were all up to date. One (1) refrigerator compressor was not functioning. Service has been called and in the interim, the refrigerator is still functioning and maintaining temperatures as noted on the log sheet. The refrigerator has a temperature gauge outside and inside the unit and a temperature check found it was within regulatory parameters. Should the appliance become unusable, other kitchen refrigerators have sufficient space for food storage in consideration of the current census

J.    Emergency Preparedness

Preventive maintenance and fire safety records were reviewed. Internal safety records reviewed were mostly up to date, including fire drills (August 2024), door alarms, fire doors, generator load testing, and call bells. However, the water temperature log provided was noted as

5

last being updated in February 2024. The preventive maintenance work completed by outside vendors was up to date including the Ansul System (August 2024), sprinkler system (May 2024), fire extinguishers (August 2024) and the fire suppression system (May 2024).

7833811

**Exhibit B**
Aledo HCO, LLC
Aledo, IL

A.    <u>Overview</u>

Debtor Aledo HCO, LLC d/b/a Aledo Rehabilitation and Care Center ("<u>Aledo</u>" or the "<u>Facility</u>"), is an eighty (80) bed SNF licensed by the IDPH. The census at the time of the Ombudsman representative's visit was forty-three (43). The visit took place on August 7, 2024.

The regional director of operations is currently the acting administrator. The administrator reported to the Ombudsman's representative that forty-nine (49) personnel are employed by Aledo including twenty-six (26) clinical, seven (7) dietary, seven (7) housekeeping, one (1) maintenance, one (1) social, two (2) activity, and five (5) administrative staff members. Staff reported that the plan is for the current DON to become the AIT with a newly hired DON to replace the incumbent. Changes in duties will be implemented once a start date for the new DON has been established.

B.    <u>Regulatory</u>

The Facility has an overall one-star rating on the CMS Nursing Home Care website. This is derived from a one-star Health Inspection rating, a one-star Staffing rating, and a two-star Quality Measures rating.

On June 5, 2024, the IDPH conducted its annual inspection and licensure survey and cited the Facility on thirty-three (33) deficiencies, including:

- Based on interview and observation, the Facility failed to ensure the residents' clothing was labeled in a dignified manner. The Ombudsman's representative found labeling to be in place at the time of the visit.

- Based on observation, record review and interview, the Facility failed to ensure grievances or recommendations were considered, addressed and acted upon. The

7833811

Facility reported that the social services director is now the key contact in the process and verifies that the process is implemented per the policy.

- Based on interview, observation and record review, the Facility failed to ensure that the memory care unit had warm water, was clean, and was free of odors. The water temperature issue was corrected. No environmental concerns were noted during the environmental rounding by the Ombudsman's representative.

- Based on interview and record review, the Facility failed to notify the Facility Ombudsman on a monthly basis of a resident transfer to the hospital and failed to provide the resident and resident representative with a written notice of transfer. The social service director was educated regarding the requirement and is now following the regulatory requirement.

- Based on interview and record review, the Facility failed to provide a copy of the bed hold policy for residents discharging to the hospital. The social service director was educated regarding the requirement and is now following the regulatory requirement.

- Based on interview and record review, the Facility failed to monitor a physician's order for self-catheterization and failed to update a resident's care plan to reflect self-catheterization needs. The Facility submitted a plan of correction that was accepted by the IDPH, and the Facility was brought back into substantial compliance.

- Based on observation, interview and record review, the Facility failed to obtain a physician's order for dialysis treatments and update a plan of care for a resident receiving dialysis services and failed to assess a resident's dialysis fistula for

2

hemorrhage post-dialysis for one (1) resident. The Facility submitted a plan of correction that was accepted by the IDPH, and the Facility was brought back into substantial compliance.

- Based on observation, interview and record review, the Facility failed to post the daily direct care staff hours and resident census. The daily direct care hours were posted at the time of the Ombudsman's representative visit.

- Based on observation, interview and record review, the Facility failed to ensure that medications were kept stored in their original packaging with labels until administered. During the medication room and cart audit by the Ombudsman's representative, no issues were noted. There was adequate medication on hand, and it was labeled and stored appropriately.

- Based on observation, interview and record review, the Facility failed to ensure equipment in the Facility kitchen was clean and free of debris, failed to date cooked food items to ensure use before expiration, and failed to monitor and record the required refrigerator, freezer temperatures, food temperatures of served foods and the required dishwasher sanitation levels. The Ombudsman's representative noted during a kitchen tour that food was labeled and dated and required log processes were in place.

- Based on record review, and observation, the Facility failed to place signage in a conspicuous location to clearly identify the category of transmission-based precautions, instructions for personal protective equipment and/or instruction to see the nurse prior to entering the resident's room. No residents were subject to

transmission-based precautions at the time of the Ombudsman's representative visit.

- Based on interview and record review, the Facility failed to implement an antibiotic stewardship program that included assessing and monitoring residents for signs and symptoms of infections; ensure antibiotic usage was appropriate, and use of a nationally recognized surveillance criteria to define infections. The Facility submitted a plan of correction that was accepted by the IDPH, and the Facility was brought back into substantial compliance.

Based on record review and interview, the Facility failed to offer immunizations and vaccinations. The Facility submitted a plan of correction that was accepted by the IDPH, and the Facility was brought back into substantial compliance.

C.    Physical Plant and Environmental Services

The Facility is a one-story brick structure. The Facility is situated on a large lot with sufficient parking and attractive landscaping. The alarmed front door opens in a foyer area. During the physical plant tour, the following observations were noted:

- The Facility appearance was attractive with walls, floors, and ceiling undamaged and clean. The furniture was noted to be operative and without defects.

- Oxygen tanks were found stored on the floor without proper containment. The concern was corrected when brought to the attention of the DON.

- There is an emergency generator on site at the Facility. The unit provides power to emergency outlets, hallway lighting, and the refrigerator and freezer in the kitchen.

Currently, five (5) residents smoke and a smoking assessment has been completed for each by the social services director. Smoking aprons are available to the residents that require them.

4

7833811

D.    Resident Observation/Life Enrichment

During the visit at Aledo, residents were observed during dinner. Residents were appropriately groomed and dressed. The staff participated in meal distribution in an "all hands-on deck" style. All residents seated at a table were served together before staff began serving another table; plates were removed from the serving tray and placed before residents. Lunch was served on time during this visit. The dining areas were clean and adequately lit. The staff interacted with residents in a friendly manner and assisted each resident as they required.

E.    Resident Interview

The Ombudsman's representative interviewed a resident in their room. The resident stated that staff was friendly, and the resident was happy with interactions. They felt the call bell was answered timely and care needs were being met by the staff. The resident verbalized that the food quality was good. This resident does not use transportation. The resident has been able to access their money from the resident trust fund in a timely manner. The resident stated that activities are enjoyed and the events that are attended meet the resident's needs.

F.    Clinical Services

The Aledo DON manages the clinical processes within the Facility. The Facility has hired a new DON and the incumbent will become the AIT. Staff are scheduled using both twelve- and eight-hour shifts for resident care. Two (2) nurses are employed on each twelve-hour shift. As for the CNAs, three (3) eight-hour shifts are used, and a total of two (2) CNAs are utilized for each of the three (3) shifts.

The Facility has a third-party mental health provider that is available via telehealth technology. Services are scheduled weekly and for special situations. The Facility uses a paper-based tracking system where behaviors and interventions are noted by the staff to assist in the

7833811

management of resident care and to assess effectiveness of interventions. Concerns are discussed in a quality improvement meeting conducted daily, weekly, and monthly to assist in care of these residents.

During the visit, medication carts were noted to be locked and narcotics were appropriately secured. Medication records were current with no indications of medications being missed or not signed off by nurses. The medical supply storage area and carts were noted to be well stocked. The staff that were interviewed stated that they had sufficient supplies and equipment available to meet the needs of the residents.

As of the visit date, there were no residents in isolation nor any active COVID infections in the Facility. The last COVID outbreak occurred in June 2023; the affected resident came to the Facility from the hospital. No other residents were affected.

G.    Risk Management

A clinical morning meeting is held daily along with weekly risk meetings that cover topics such as behaviors, falls, wounds, and related concerns. The data at each meeting is summarized with an interdisciplinary team note that is reviewed every weekly and at the monthly QAPI meeting until the issue has been resolved. The Facility's social service director manages the care plan process with the residents and staff and assists with scheduling meetings that follow the directions from the MDS coordinator. Payday training occurs where required training topics are provided to the staff. A sign-in sheet is utilized to document the list of participants. Ad-hoc training is utilized to fulfill special training needs.

7833811

H.    <u>Medical Records</u>

The Facility uses a hybrid system of both paper-based and electronic documentation. The MDS and care plans are part of Point Click Care, an EMR system. The administrator reported that family and residents attend care plan meetings.

I.    <u>Dietary Service/Kitchen</u>

During the tour of the kitchen, the Ombudsman's representative made the following observations:

- A cleaning schedule was available and was being followed.

- The kitchen was clean with the floors, serving space and the counters neatly maintained. The food preparation table and steam table were clean.

- Kitchen equipment is operable and well maintained.

- The kitchen offers an alternative menu to accommodate resident preferences.

- The kitchen can produce food in accordance with modified diets ordered for the residents.

- Food in refrigerators and freezers stored and labeled appropriately.

- There was sufficient food available to meet the nutritional needs of the residents.

- Logging of food temperatures, refrigerator/freezer temperatures, and dishwasher chemical use were all being completed as required.

The Facility has a registered dietician that visits monthly to review diets as well as any significant changes in resident's caloric needs.

J.    <u>Emergency Preparedness</u>

 Preventive maintenance and fire safety records were reviewed by the Ombudsman's representative. Safety records viewed were up to date including water temperatures, Hoyer lifts,

7

emergency lighting, and fire drills. Inspections performed by third parties were up to date including the kitchen ANSUL system (July 2024), sprinkler system (June 2024), fire doors (June 2024) and locks and alarms (May 2024).

A table-top emergency drill was completed with the local emergency management services agency on July 25, 2024. The simulation topic used was a bomb threat with an actual evacuation of the Facility.

**Exhibit C**
CYE Walcott HCO
Walcott, IA

A.     <u>Overview</u>

Debtor CYE Walcott HCO, LLC d/b/a Courtyard Estates of Walcott ("<u>Walcott</u>" or the "<u>Facility</u>") is located at 510 N Main Street, Walcott, IA 52773. It is licensed as a thirty-eight (38) bed independent living, assisted living, and memory care facility. The census on the date of the Ombudsman's visit was twenty-three (23), consisting of seven (7) independent living, ten (10) assisted living, and six (6) memory care residents.

Thirty-five (35) employees are employed by Walcott. There are twenty-one (21) clinical employees, five (5) dietary employees, three (3) sanitation and one (1) maintenance employee, an activity staff member, and four (4) administrative staff members.

B.     <u>Regulatory</u>

During a complaint survey conducted by the State of Iowa (the "<u>State</u>") on October 22, 2022, the Facility received a deficiency for failing to report an elopement. Although the residents never exited the building, they did pass through the memory care doors and enter another section of the Facility. This deficiency was corrected, and the State placed the Facility back in substantial compliance. The Facility educated the staff because of this deficiency; however, it is not conducting elopement drills. An administrator stated that elopement drills would be conducted. During the survey, a resident was present at the Facility who required more care than available. This resident has since been relocated to a more suitable community.

The contact information for the State and Local Long-Term Ombudsman, as well as the Resident Bill of Rights, was prominently displayed in the resident common area. Additionally, survey results were published in accordance with regulatory requirements.

C.    <u>Physical Plant and Environmental Services</u>

During the Ombudsman's tour at Walcott, the grounds were noted to be well-maintained with extensive landscaping. The Facility has ample parking available for residents, staff, and visitors. Inspection of the roof from the ground did not yield any concerns. The brick building is accessed through an entrance secured with an electronic lock. The resident room corridors are arranged in a circular pattern around an enclosed courtyard area. A tour of the interior found that the floors, walls, and ceilings were all well-maintained.

D.    <u>Resident Observation/Life Enrichment</u>

Residents were observed during lunch and dinner services during the initial tour. Residents were appropriately clothed and groomed. The entire staff participated in the distribution of meals. Plates were removed from the serving tray, and all residents at each table were served concurrently before staff moved to the next table. Alternative meals were available to residents who desired them.

The Ombudsman spoke with a resident who indicated that the staff was accommodating, and the food was generally satisfactory. The resident expressed that the food was excessively processed but enjoyed it at other times. The resident observed that the food was served hot and cold in accordance with its intended temperature. The resident was questioned about transportation and activities, and they responded that the services were available as required or when they desired to participate.

Smoking is permitted at the Facility, and there are currently two (2) residents who smoke. The Facility does not employ a smoking assessment to evaluate risk; however, it was recommended that the Facility evaluate smoking safety as a best practice. A fire extinguisher was near the door that leads to the smoking area.

7833811

E.    <u>Clinical Services</u>

The clinical processes at Walcott are overseen by a director of nursing. Medication administrators are employed in lieu of LPNs to distribute medication. The wellness director is available to assist with the medication administration on weekdays and on an on-call basis. Narcotics were securely stored; medication storage was observed to be sealed. Medication records are current, and there were no indications of missed medications or staff failure to sign off on them. Supply inventories were adequate, and the staff reported that equipment was in excellent condition and that supplies were readily available.

Other than medication distribution, local care providers deliver care services to the residents outside of the Facility. Transportation to appointments is provided by the Facility as needed.

F.    <u>Dietary Service/Kitchen</u>

The Ombudsman's tour of the kitchen found it to be clean and well maintained with refuse properly stored and secured. Equipment was fully functional and well maintained despite being antiquated. Food in refrigerators and freezers is observed to be properly stored and labeled. The Facility maintains adequate inventories of food commodities; products were stored and dated appropriately. Logs for food temperature checks, refrigerator and freezer temperatures, and dishwasher chemical usage were maintained properly and were current.

Modified diets and alternative menus are available for residents. The Facility employs a registered dietician who conducts monthly visits to evaluate the caloric requirements of residents and any significant changes in their diets.

7833811

G.    <u>Emergency Preparedness</u>

The community follows a preventative maintenance schedule to assure that all necessary safety measures are implemented in a timely manner. Preventive maintenance and fire safety records were examined. The safety records that were reviewed were current, including emergency exit checks, fire extinguisher inspections and tags, fire procedures, and pull cords. The inspections of the kitchen Ansul system, fire suppression, sprinkler system, and fire extinguishers were current as indicated by the records received.

The Facility does not have a generator. The Facility has a backup plan that involves collaborating with the local emergency management agency.

H.    <u>Vendor Relationships</u>

Interviews with the administrator and director of nursing indicated that vendor relationships are secure. Delivery of medical supplies and food commodities are consistently punctual.

4

**Exhibit D**
Petersen Health & Wellness, LLC
Rock Falls, IL

A.      Overview

Debtor Petersen Health & Wellness, LLC, d/b/a Arrowwood Estates ("Arrowwood" or the "Facility") is located at 430 Martin Rd, Rock Falls, IL 61071. It is a twenty-one (21) apartment independent living facility. The census on the date of the Ombudsman's visit was two (2), both private-pay residents.

Independent living is a housing arrangement that is exclusively intended for older individuals, typically those who are fifty-five (55) years of age or older. The housing options are diverse, ranging from single-family detached residences to apartment-style living. In general, the housing is more accommodating to aging adults as it is frequently more compact, facilitates navigation, and requires no maintenance or yard work. Although residents reside independently, most communities provide services, amenities, and activities. Additional services may be provided, such as daily meals, rudimentary housekeeping and laundry services, beauty and barber salons, and onsite spas.

Many independent living facilities do not provide medical care or nursing personnel, as they are designed to accommodate older adults who require minimal or no assistance with daily activities. Nevertheless, it is possible to employ in-home assistance on an individual basis as needed .

B.      Regulatory

In Illinois, unlike other senior living facilities such as skilled nursing or assisted living, independent living facilities are not subject to licensing requirements by the IDPH.

7833811

C.    <u>Physical Plant and Environmental Services</u>

Arrowwood is adjacent to Rock Falls Rehabilitation and Health Care Center and shares its property. Observations found that the grounds were well-maintained. The Facility is surrounded by many trees and features a masonry façade. The Facility provides ample parking for guests, personnel, and residents. The Facility's front entrance is equipped with an electronic lock and leads to a multipurpose area.

The maintenance director stated that most of the vacant rooms in the Facility are utilized for storage. Although no physical issues of concern were observed during the Facility tour, the maintenance director reported that the inspector for the new ownership was present at the community and indicated that some structural changes would be necessary including installation of a new roof.

D.    <u>Resident Observation/Life Enrichment</u>

The Facility does not provide life enrichment services.

E.    <u>Resident Interviews.</u>

Due to the low census, the Ombudsman did not conduct resident interviews.

F.    <u>Clinical Services</u>

The Facility does not provide clinical services to residents.

G.    <u>Risk Management</u>

The Ombudsman did not note any issues or concerns related to risk management.

H.    <u>Medical Records</u>

The Facility does not maintain medical records for residents.

7833811

I.      <u>Dietary Services/Kitchen</u>

The Facility does not provide dining services as residents are responsible for their own meals.

J.      <u>Emergency Preparedness</u>

Records for preventive maintenance and fire safety were examined. Inspection of the Facility's inspection records found them to be current. Interviews with the administrator and maintenance director indicated that Arrowwood maintains favorable relationships with its vendors and can obtain services.

7833811

**Exhibit E**
Petersen Health & Wellness, LLC
Rock Falls, IL

A.     Overview

 Debtor Petersen Health & Wellness, LLC d/b/a Rock Falls Rehabilitation & Healthcare Center ("Rock Falls" or the "Facility"), is a fifty-seven (57) bed SNF licensed by the IDPH. The census at the time of the Ombudsman's visit was twenty-one (21), consisting of one (1) private pay and twenty (20) Medicaid residents. The visit took place on August 8, 2024.

The administrator reported to the Ombudsman that thirty-two (32) personnel are employed by Rock Falls, including twenty (20) clinical, four (4) dietary, two (2) housekeeping, two (2) maintenance, one (1) social service assistant, one (1) activity, and two (2) administrative staff members. No changes to the employee pool were anticipated at the time of the visit.

B.     Regulatory

 The contact information for the State and Local Long-Term Ombudsman, as well as the Resident Bill of Rights, was prominently displayed in the resident common area. Additionally, the survey results were published in accordance with regulatory requirements.

The CMS Nursing Home Compare website shows that the Facility has been assigned an aggregate rating of three stars. This is the result of a four-star Health Inspection rating, a one-star Staffing rating, and a two-star Quality Measures rating. The Nursing Home Care Compare website provides patients with the opportunity to evaluate ratings.

On December 29, 2023, the IDPH conducted a complaint survey. As evidenced by the interview and record review, the Facility failed to safeguard a resident's right to be free from misappropriation of resident medications. The IDPH approved the Facility's plan of correction and restored the Facility to substantial compliance.

7833811

As evidenced by observation, interview, and record review the Facility did not have a process in place to ensure that medications were accounted for prior to final disposition. The IDPH approved the Facility's plan of correction and restored the Facility to substantial compliance.

C.    Physical Plant and Environmental Services

The Ombudsman conducted a tour of the building and grounds at Rock Falls and found them to be well-maintained. The building is a masonry structure with an asphalt shingled roof, and both appeared to be in good condition. Landscaping was trimmed and in good order. The Facility's front entrance is equipped with an electronic lock. Two (2) resident care hallways are connected through a common area with office space, forming a "U" shape. The hallway walls were painted in a pleasing two-tone scheme of green and brown, and the floors were clean. The resident's rooms were painted in a two-tone scheme, with blue and white accents.

The washer and dryer in the laundry were observed to be operational with adequate supplies of laundry chemicals available for the residents to wash their apparel. The laundry storage area contained an adequate supply of linen and toiletries.

D.    Resident Observation/Life Enrichment

Residents were observed during both lunch and dinner service and were appropriately clothed and groomed. The dining area was well lit and clean. Staff interactions with residents were cordial and characterized by mutual respect. All staff participated in serving residents their meals, with plates removed from the serving trays and placed before resident. All residents seated at a table were served together before staff moved to the next table. Alternative meals and modified diets were available.

The Ombudsman interviewed several residents regarding their experiences at the Facility. The residents verbalized their satisfaction with the care received. The residents stated that served

7833811

meals were received at an appropriate temperature. Additional conversations with the residents did not reveal any concerns regarding Facility activities, resident transportation, and access to resident funding.

The Facility permits smoking; however, there are no residents who smoke currently. A smoking assessment is necessary and is accessible if the need arises. The smoking area entrance has a fire extinguisher nearby for emergencies.

E.    Resident Trust Fund

The resident trust fund is administered through a paper-based system. The Social Services department maintains a lock box for the purpose of conducting minor transactions and maintains each resident's funds in individual envelopes. Receipts are retained and the social services staff shops for items as authorized by the residents. The corporate office reconciles the account after receiving documentation from the Facility. The bank statements are used to reconcile the individual ledgers, generate quarterly statements, and pay interest.

F.    Clinical Services

The clinical services within the Facility are presently overseen by a temporary DON. A clinical morning meeting is conducted daily; in addition, a weekly risk topic is discussed at meetings and address resident care concerns such as injuries, wounds, and behaviors. An interdisciplinary team note is written to summarize the data from each meeting, and it is reviewed on a weekly basis and at the monthly QAPI meeting until the issue is resolved. The Ombudsman reviewed the Facility assessment document and determined that it was written specific to the Facility and would satisfy the regulations. The QAPI documentation was reviewed and found to meet regulatory standards.

7833811

Staff is scheduled on both 12-hour shift and 8-hour shifts to oversee patient care. Agency care personnel provide additional support. The administrator stated that the Facility can maintain the mandated number of nursing hours.

The Ombudsman did not find any concerns with medication administration. Narcotics were securely stored, and medication rooms and medication carts were observed to be locked and adequately stocked. Medication records reviewed are current, and there are no indications of missed medications or non-signatory nurses. The treatment nurse reported that medications and supplies are readily accessible.

The Facility offers residents dental care, vision care, and podiatry care. An external company is responsible for managing pressure injuries. They conduct weekly visits as needed. At present, there are no in-house wounds or COVID-19 cases. The most recent COVID-19 infection occurred four days prior to the visit. At present, seventeen (17) residents and three staff members have received all necessary vaccinations.

G.    Dietary Service/Kitchen

The kitchen tour found it to be clean and in good order. Dietary personnel were observed donning required hairnets and gloves. The refuse receptable was closed and properly secured. Kitchen equipment was in operating condition.

The kitchen is equipped to produce modified diets and has alternative menus available to fulfill resident desires. The Facility employs a registered dietician who conducts monthly visits to evaluate the caloric requirements of residents and any significant changes in their diets.

The Facility maintained adequate stocks of food in its storage area. Food in the refrigerators and freezers was observed to be properly stored and labeled, except for two (2) undated items found in the refrigerator and freezer. A review of logs found that food temperature checks and

4

refrigerator and freezer temperatures were being properly recorded. Chemical testing data for the dish washing machine were unable to be located.

H.    Emergency Preparedness

Preventive maintenance and fire safety records were reviewed. All safety records that were reviewed were current, including water temperature checks, electric outlet checks, and fire drill exercises. The inspections of the kitchen Ansul system, fire suppression, sprinkler system, and fire extinguishers were all current, as indicated by the records provided.

I.    Vendor Relationships

Interviews with the administrator and director of nursing indicated that vendor relationships are secure. Delivery of medical supplies and food commodities are consistently punctual.

7833811

**Exhibit F**
Petersen Health Systems, Inc.
Galva, IL

A.    <u>Overview</u>

Debtor Petersen Health Systems, Inc. d/b/a Courtyard Estates of Galva ("<u>Galva</u>" or the "<u>Facility</u>") is located at 100 Courtyard Estates, Galva IL 61434. It is licensed by the IDPH as an assisted living facility and has a licensed capacity of thirty-two (32). The census on the date of the Ombudsman's visit was twenty-four (24).

Galva has a workforce of thirty-three (33) employees. The staff consists of twenty (20) clinical personnel, seven (7) dietary employees, two (2) housekeeping employees, one (1) maintenance employee, one (1) activity staff member, and two (2) administrative staff members.

B.    <u>Regulatory</u>

The IDPH conducted an annual survey on May 11, 2024. There were no observed deficiencies during the inspection. The Facility has maintained a deficiency free status for the past six (6) years. The Resident Bill of Rights and the contact details for the State and Local Long-Term Ombudsman were displayed prominently in the resident common area. The survey findings were published in accordance with the regulation.

C.    <u>Physical Plant and Environmental Services</u>

Observation of the building and grounds of Galva found them to be well-maintained. The Facility is a single-level building of brick and aluminum siding. The Facility features a one and a half story covered entryway and a circular driveway. The roof had an "A" frame structure and was clearly visible. Ample parking was available for both homeowners and guests. No issues were observed with the roof.

Public spaces had ample illumination, and the walls and ceilings were observed to be meticulously maintained. The floors consisted of a combination of carpeting and light wood laminate, which not only had an appealing aesthetic but were well-maintained.

The Ombudsman observed a large hole in the Facility's courtyard, posing a potential hazard to residents. No signs or barrier or signs were present. The Administrator reported that the hole resulted from the removal of a fractured pond. The Ombudsman recommended displaying signage in the vicinity of the hazardous area. The administrator agreed and the Ombudsman observed signage was present upon subsequent re-inspection.

During the months of December 2023 and January 2024, Galva experienced two (2) incidents in which the fire suppression system ruptured, resulting in significant damage to the property. Remediation work has been completed and the suppression system has been repaired and inspected for functionality. The rooms located in the 300 hall that were mostly impacted have not been restored for rental purposes. Furthermore, the rooms that have been renovated still have sections beyond the apartment doorway that remain unrepaired.

D.    Resident Observation/Life Enrichment

During the Ombudsman's tour, approximately ten (10) residents were observed participating in a game of balloon volleyball and were apparently enjoying the experience. The residents were well-groomed and dressed appropriately. Staff contacts with the residents were amicable and characterized by a reciprocal sense of respect.

One (1) resident was interviewed and reported that the building was "spectacular" and mentioned visiting several other communities before choosing Galva. The resident affirmed that the staff was friendly and offered needed care services. When asked about the accessibility of resources, means of transportation, and recreational options, the resident indicated that all were

2

accessible as needed. The resident expressed a strong preference for activities, indicating that they thoroughly enjoyed them.

Smoking is prohibited on the premises.

E.    Clinical Services

Galva employs a wellness director responsible for overseeing the healthcare operations inside the Facility. The Facility uses twelve-hour and eight-hour shifts for staffing. Medication managers are employed as a substitute for LPNs to administer medication. The wellness director is available from Monday to Friday to assist with medication administration.

Medication storage was locked, and the drugs were appropriately protected. The medication records are up to date with no evidence of any missing medications or lack of staff signatures. Supply inventories were found to be adequate, and the staff confirmed the availability of supplies and the satisfactory condition of equipment. Local care providers offer care services to residents outside the Facility, except medication distribution. The Facility offers transportation for these visits as necessary.

Galva lacks a behavioral health provider. According to the wellness director, there are no behavioral problems in the facility, and if there were any, hospital resources would be utilized to address them. The primary obstacle to accessing services at present seems to be the Facility's rural location. No current residents have stageable wounds. However, in the event of a pressure wound, external assistance would be utilized. The Facility currently relies on local home health companies to provide a range of treatments including physical therapy, occupational therapy, and speech therapy. Services are offered within the confines of the resident's room due to the absence of a fitness facility in the community.

7833811

The most recent outbreak of COVID-19 inside the Facility took place on February 10, 2024. The Henry County Health Department is assisting with conducting clinics for both COVID-19 and influenza. Additionally, a local pharmacy offers services to the Facility. All twenty-three (23) staff members have had complete vaccination, although none of the staff members fulfill the same requirements.

F.      Dietary Service/Kitchen

The kitchen was observed to be clean with the floors, serving space, food preparation table, and counters well maintained. The trash can receptacle was securely closed with an attached cover. Although the kitchen equipment is older, it is fully functional and properly maintained. Alternate menu options are provided upon request. The food in refrigerators and freezers was observed to be stored and labeled correctly. The residents have an ample supply of food. Items were appropriately dated and preserved.

The Facility is properly logging food temperatures, refrigerator/freezer temperatures, and dishwasher chemical use. A registered dietician visits the Facility monthly to assess diets and any notable alterations in the residents' caloric requirements.

G.      Emergency Preparedness

The Facility has implemented a proactive maintenance plan to assure that necessary safety procedures are promptly carried out. The records for preventive maintenance and fire safety were examined. The safety records that were reviewed were current, including information on emergency exits, fire extinguishers, fire drills, and pull cords. According to the records, the kitchen Ansul system inspections and fire extinguisher inspection were up to date. However, the records pertaining to fire suppression, smoke detector, and sprinkler valves have not been updated since

4

the inspection conducted following the aforementioned incidents in the 300 hall in December 2023 and January 2024.

      H.    <u>Vendor Relationships</u>

Interviews with the administrator and director of nursing indicated that vendor relationships are secure. Delivery of medical supplies and food commodities are consistently punctual.

5

**Exhibit G**
Petersen Health Systems, Inc.
Hercher, IL

A.     Overview

Debtor Petersen Health Systems, Inc. d/b/a Courtyard Estates of Herscher ("Herscher" or "Facility") is located at 100 Harvest View Lane, Herscher, IL 60941, and is a forty-two (42) bed independent and assisted living facility licensed by the Illinois Department of Public Health ("IDPH"). The census at the time of the Ombudsman's representative's visit was thirty-seven (37). The visit took place on August 12, 2024.

The administrator has been with the Facility for approximately two (2) years and reported to the Ombudsman's representative that forty-one (41) personnel are employed by Herscher, including twenty-one (21) clinical, nine (9) dietary, three (3) housekeeping, one (1) maintenance, one (1) business office manager, one (1) marketing director, and two (2) activity employees. The Facility is currently seeking to hire a cook and a wellness director.

B.     Regulatory

IDPH conducted its most recent licensing survey on June 5, 2023, and found the Facility be deficiency-free. The Facility is due for its next inspection visit. Required postings including ombudsman information and copies of surveys were posted for public access in the Facility.

C.     Physical Plant and Environmental Services

The Facility is in a rural area of east-central Illinois. A tour of the physical plant and grounds found it to be in excellent condition with both the building exterior and grounds well maintained. There is a pond and deck in the rear of the property. The interior of the Facility was very clean and free of objectionable odors. Furnishings were in good condition.

D.    Resident Observation/Life Enrichment

The Ombudsman's representative toured the Facility and was able to observe residents engaged in their activities of daily living. Residents were appropriately groomed and dressed. Eight (8) of the residents are currently on hospice care.

The Facility allows independent living residents to smoke and there is currently one resident who smokes. The smoking assessment was current; however, no fire blanket nor smoking aprons were noted during the tour.

The Facility operates a 12-passenger bus to transport residents to medical appointments and to participate in various activities. The bus was noted to be in good operating condition. Residents are allowed to keep pets in the Facility. The Facility retains veterinary records for resident pets.

E.    Resident Interviews

The Ombudsman's representative interviewed three (3) residents during the visit. The residents did not verbalize any concerns about the care they receive. They did state that they enjoy the food, and that staff are respectful to them. The residents indicated they would like to see more variety in the activities offered by the Facility.

The Facility has an active resident council that last met on August 1, 2024. No concerns were reported by residents at that time.

F.    Clinical Services

Herscher does not provide skilled nursing services. The clinical staff works on twelve-hour shifts, with four (4) certified nurse aides ("CNA") on duty daily. The shifts are 5 am to 5 pm, 6 am to 12 pm, 4 pm to 9 pm, and 5 pm to 5 am. One of the floor nurses is covering wellness director

2

responsibilities until a permanent hire is made for that position. The Facility has been able to meet staffing needs without the use of agency staff.

Residents are assessed annually and with any change in condition. A review of service plans by the Ombudsman's representative found them to be current. Code status records were reviewed and were found to be current. Skin assessments and monitoring are ongoing and there were no issues documented. Immunizations are provided through a local retail pharmacy.

The Ombudsman's representative verified that two (2) medication carts located in the assisted living area were properly locked. Medical supplies are provided through a national vendor and the inventories maintained adequate amounts to provide proper care for residents.

G.   Risk Management

A review of infection control and COVID tracking records found them to be current. Records are maintained in a paper-based system. The log of state reportable incidents was reviewed and found to be current. There were no open issues identified.

H.   Medical Records

Resident records are maintained in a paper-based system.

I.   Dietary Service/Kitchen

A tour of the kitchen facilities found them to be clean, with equipment clean and in good repair and no evidence of pest infestation or related issues. Temperature logs for the refrigerator and freezer were current. Food storage and labeling practices were compliant with regulations. No concerns were found with the dry storage areas.

Menus are reviewed by the corporate dietician and posted in accordance with regulatory requirements. The Facility is able produce and offer modified diets; however, no current residents require dietary accommodations.

7833811

J.        <u>Emergency Preparedness</u>

Review of the maintenance logs found them to be current. Logs include generator testing and maintenance, fire drills, and the alarm system. The maintenance director keeps a binder with inspection reports properly organized and readily accessible. A review of the emergency preparedness manual determined that it was current. All exterior doors at the Facility appear to be properly secured.

7833811

**Exhibit H**
Betty's Garden HCO
Kewanee, IL

A.    Overview

Debtor Betty's Garden HCO, LLC d/b/a Betty's Garden Memory Care of Kewanee ("Betty's Garden" or the "Facility"), is a twenty-four (24) bed assisted living facility licensed by the IDPH. It is located at 141 Acorn Street South, Kewanee, IL 61443. The census at the time of the Ombudsman representative's visit was twenty-four (24). The visit took place on August 13, 2024.

Betty's Garden is overseen by a licensed nursing home administrator, and they reported to the Ombudsman's representative that thirty-five (35) personnel are employed by the Facility including clinical, dietary, housekeeping and maintenance, activity, and administrative staff members. No changes to the staff roster were anticipated at the time of the visit.

B.    Regulatory

On January 17, 2024, the IDPH conducted a complaint survey. The surveyor found no deficiencies and that the complaint was unsubstantiated.

On March 27, 2024, the IDPH conducted its annual licensure and recertification survey. No deficiencies were identified. The Facility is in substantial compliance with all applicable regulations and the Ombudsman's representative did not identify any concerns with respect to resident care and regulatory compliance.

C.    Physical Plant and Environmental Services

The Ombudsman representative inspected the building and grounds of Betty's Garden. The Facility has a grey roof and a white and grey structure. The roof was in good condition as observed

7833811

from the street. The grounds feature landscaping and outdoor seating, with landscaping of flowers, bushes and trees. There is ample parking available for both clients and visitors.

The Facility's front entrance is equipped with an electronic lock and the entry leads to a foyer with a two-story ceiling. The contact information for the Illinois Long-Term Care Ombudsman and the Resident Bill of Rights were prominently displayed in the resident common area. Additionally, Facility health inspection survey results were published in accordance with regulatory requirements.

There are two (2) hallways containing resident rooms, each equipped with a nursing station that provides an unobstructed view of the corridor. The following observations were made during the tour of Betty's Garden:

- Walls and wall coverings were clean and well maintained.

- The Facility has two laundry service areas with two (2) operational washers and dryers and an abundance of cleaning chemicals.

- Supply closets are fully stocked with adequate supplies for resident care.

- Each hallway has access to a small courtyard with plentiful seating and a vegetable planter that was accessible to persons in wheelchairs.

- In the memory care area, the Ombudsman's representative noted an unsecured environmental service cart with chemicals on its top, accessible to residents. The administrator was apprised of the situation, and appropriate measures were taken to resolve it.

Betty's Garden is a smoke-free community and does not permit residents to smoke.

2

D.    Resident Observation/Life Enrichment

The Ombudsman's representative observed residents participating in an afternoon activity of reminiscence. Residents were observed to be appropriately clothed and groomed, and they interacted with staff and other residents in a manner that was appropriate. The common areas were clean and adequately lit. Staff interactions with residents were observed to be cordial and characterized by mutual respect.

E.    Resident Interviews

As this Facility serves memory care residents exclusively, the Ombudsman's representative was unable to conduct any resident interviews.

F.    Clinical Services

The clinical processes at Betty's Garden are overseen by a wellness director. The staff schedule is comprised of eight-hour shifts. LPNs are employed to distribute medication. The first and second shifts are each staffed by an LPN and four (4) aides; two (2) aides cover the overnight shift during which there is no on-site nursing support. The wellness director is available Monday through Friday to assist with the medication pass.

The Ombudsman representative's inspection found that narcotics were securely stored, and medication storage was observed to be locked. Medication records reviewed by the Ombudsman's representative were current, and there were no indications of missed medications or staff failures to sign off. The supply storage room was observed to be adequately stocked. Staff reported that the equipment was in excellent condition and that supplies were readily available.

Home health and other local care providers deliver most care services to the residents except for medication distribution. The Facility transports residents to outside appointments as needed. A local behavioral health doctor is present in the Facility on a weekly basis and as required

3

to provide support services. At present, there are no residents with stageable wounds in the Facility; however, third-party wound care services are available in the event of a pressure wound. Physical therapy, occupational therapy, and speech therapy are provided by local home health agencies. Betty's Garden lacks a gym and therefore therapy services are rendered in the resident's apartment.

The Facility experienced its most recent COVID-19 case in February 2024. COVID and influenza consultations are conducted at the Henry County Health Department. The status of COVID-19 vaccinations among residents and staff is not monitored by the Facility.

G.    Risk Management

The Facility conducts a weekly meeting to discuss any issues that occurred during the prior week. A morning meeting will be held if a risk event occurred during the evening prior such as a resident-to-resident incident, fall, etc. The Facility has a weekly meeting to discuss specific risk topics such as weight loss or fall incidents so that they can get medical intervention in place when necessary. As this is an assisted living, all medical issues are addressed outside of the Facility. A local physician comes in once each week and assists with risk interventions as appropriate.

H.    Medical Records

Betty's Garden uses a paper-based system for medical records. Staff members conduct resident assessments and develop the plans of care using that information along with extensive interaction with their client's families. Several families were present during the visit by the Ombudsman's representative.

I.    Dietary Services/Kitchen

The Facility employs a registered dietician who conducts monthly visits to assess diets and communicate any notable changes in the caloric requirements of the residents. Residents may choose meal options from a list of alternatives if they do not want to eat a scheduled menu item.

4

During the kitchen tour, the floors, serving area, and counters were found to be clean and refuse containers properly maintained. Equipment is functional and well maintained. Food stored in refrigerators and freezers was observed to be properly stored and duly labeled. However, an open container of butter, a bag of vegetables, and a package of macaroni were noted to be missing dates the product was opened.

The Facility maintains an adequate stock of food commodities to serve resident needs. The Facility is properly maintaining logs for food temperatures, refrigerator and freezer temperatures, and dishwasher chemical usage. Documents reviewed by the Ombudsman's representative were current.

J.      Emergency Preparedness

The Facility maintains a preventive maintenance schedule to ensure that all necessary safety measures are implemented in a timely manner. Preventive maintenance and fire safety records were examined by the Ombudsman's representative, who found that they were current including inspections for emergency exits, fire extinguishers, fire procedures, and pull cords. The inspections of the kitchen Ansul system, fire suppression, sprinkler system, and fire extinguishers were current as indicated by the records.

The Facility lacks an emergency generator. The administrator indicated that the Facility has a partnership with Henry County Emergency Management to assist during an emergency. In the event of an emergency, the Facility is supported by other nearby senior living communities.

7833811

**Exhibit I**
Village Kewanee HCO, LLC
Kewanee, IL

A.    <u>Overview</u>

Debtor Village Kewanee HCO, LLC d/b/a Courtyard Village of Kewanee ("<u>Kewanee</u>" or the "<u>Facility</u>"), is located at 860 Sunset Drive, Kewanee, IL 61443 and is a thirty (30) bed independent and assisted living Facility licensed by the IDPH. The census at the time of the Ombudsman's representative's visit was twenty-four (24). The visit took place on August 20, 2024.

The administrator reported to the Ombudsman's representative that twenty-eight (28) personnel are employed by Kewanee, including fourteen (14) clinical, five (5) dietary, four (4) housekeeping, one (1) maintenance, one (1) social service assistant, one (1) activity, and two (2) administrative staff members. The administrator does not have a current Illinois Nursing Home Administrator's License and is an administrator-in-training. The employee has requested and filed for a temporary license but has yet to receive this from the IDPH.

B.    <u>Regulatory</u>

The Facility annual licensure survey was conducted December 1, 2023, and was a deficiency-free survey. Since then, there have been no further survey visits to date.

C.    <u>Physical Plant and Environmental Services</u>

The physical plant tour did not reveal any concerns for resident care. The Facility is quiet, and walls, floors and ceilings are all well maintained with no signs of water damage or issues. Room #209 is staged as a model for prospective residents to view, and it is very well maintained for marketing purposes.

D.    <u>Resident Observation/Life Enrichment</u>

The Ombudsman's representatives observed several residents participating in activities throughout the community. In the dining area, two (2) groups were playing cards and interacting

7833811

with each other. At two (2) points in the Facility, residents were noted observed solving puzzles together. The Facility environment is conducive for a comfortable quality of life reflecting the preferences of the residents with areas set up and geared toward their interests. These activities include reading, puzzles, games, viewing of television and movies, and areas for visiting amongst themselves or with family and guests.

      E.      <u>Resident Interviews</u>

The Ombudsman's representatives conducted interviews with four residents. One of the residents has a cat and keeps it in their room. The resident stated that staff are very kind and assist as necessary with the cat. The resident spoke highly of the staff overall. The other three (3) residents were interviewed while socializing in the day area. They each verbalized comments that the staff are kind, food is good and it's a very quiet place to live. One remarked that the activities are fun and there is always something "going on."

      F.      <u>Clinical Services</u>

Staff reported that a file is kept of all incidents and the wellness director is notified of all falls or changes in conditions. There are few reportables in the Facility according to the wellness director.

A medication lock box is kept in each resident's room above refrigerators and the keys in a lock box behind the front desk. There are no injectables and two (2) of the residents require no assistance with their medications. Service plans are available for each of the residents and are current to date. Residents were observed to be walking around the Facility and enjoying themselves.

7833811

G.    Risk Management

A daily stand-up meeting is scheduled whereas resident's conditions or changes are discussed. Referrals and discharges are reviewed to ensure accuracy of records and physician follow-up. Staff are attentive to the needs of those living in the Facility and on-going educational training is provided and tracked on each employee.

H.    Medical Records

Medical records and service plans are in place and reflective of each resident's current level of functioning. Records are to date and kept at the nursing station. No medication is kept at a nurse's station. Supplies were noted to be well stocked.

I.    Dietary Service/Kitchen

During the Ombudsman's representative's tour of the kitchen, it was noted that the entire kitchen, including ceilings, counter preparation, stove, and refrigerator, were all clean and well maintained. Dietary equipment was antiquated but well-kept and operative. It was noted that the vent area underneath the refrigerator was open with a tray underneath it and the dietary staff member noted that it was inoperative, but the temperature was being maintained with ongoing audits of temperatures recorded. Maintenance is working on this issue to correct it. A freezer was noted as not functioning and there was no food in that freezer. The other freezer had plenty of room for additional food and had considerable quantities of food stored within it. The administrator stated that a new freezer would be coming in the next week following the Ombudsman visit.

A review of the food storage inventory found there to be sufficient food for resident care with no dented cans. The meal that was being prepared during the tour was ham salad sandwiches that looked to be freshly made, and fresh vegetables were being chopped up to be used for chicken soup.

7833811

J.      <u>Emergency Preparedness</u>

Facility is current with all required life safety drills and contracted services such as fire alarm/sprinkler systems, Ansul system, fire extinguishers, functional and sensitivity testing.

7833811

**Exhibit J**
Petersen Management Company, LLC
Toulon, IL

A.    Overview

Debtor Petersen Management Company, LLC d/b/a Toulon Rehabilitation and Health Care Center ("Toulon" or the "Facility"), is located at Highway 17 East, Toulon, IL 61483, and is a one hundred thirty-six (136) bed SNF licensed by the IDPH. This Facility has a secured unit housing a few residents. The census at the time of the Ombudsman's visit was sixty-eight (68). The visit took place on August 21, 2024.

The administrator reported to the Ombudsman's representative that seventy-two (72) personnel are employed by Toulon, including forty-one (41) clinical, eleven (11) dietary, nine (9) housekeeping, two (2) maintenance, one (1) social service assistant, one (1) activity, and seven (7) administrative staff members. The administrator does not have a current Illinois Nursing Home Administrator's License and has been employed at this Facility since March 26, 2024. The employee is an AIT and has filed for a temporary license but has not yet received this.

B.    Regulatory

The Facility currently does not have any outstanding citations. The following has a record of reportable incidents made to IDPH in the last three (3) months.

- August 17, 2024: Allegation of staff taking resident's money. Employee suspended.

- June 17, 2024: Resident struck by another resident.

- June 4, 2024: Resident was using bathroom in the shower and had an accident. The resident asked for sweatpants, but the nurse aide did not return. The Resident was dressed in just a shirt and soiled incontinence briefs. The staff member did not identify this as a resident dignity concern.

The Facility does not have survey reports available to the public within the Facility.

C.    <u>Physical Plant and Environmental Services</u>

The Facility utilizes a metal utility building directly behind the Facility for record storage. The Ombudsman's representative observed the door was ajar, revealing several file boxes stacked and falling over, spilling records. These records are not protected from the environment.

The following observations were made during a tour of the physical plant and grounds:

- The courtyard is overgrown with weeds. Weeds/grass needs to be mowed.

- The front of the building has a porch-like entry with a couple of outdoor chairs and a large white plastic container for waste.

- Cigarette butts were noted on pavement and on parking lot directly in front of the Facility.

- Grass was noted growing in the decorative rock around the building and the garage directly to the left of the building needs painting.

- Three (3) large dumpsters with lids open are located behind a fence on the parking lot; trash noted on the ground around the dumpsters.

- The property front has a large yard with pine trees and adequate signage. Ample parking space for staff and visitors.

- Roof is leaking in several different areas.

Dining area has difficulties in maintaining a comfortable temperature that is sufficiently cool.

D.    <u>Resident Observation/Life Enrichment</u>

The activity calendar was noted in the Facility and had a diverse list of options. Residents were observed by the Ombudsman's representatives participating in an activity. Residents were well groomed and dressed appropriately.

2

7833811

Three (3) months of resident council minutes were reviewed revealing the following concerns:

- No care plan session in over a year.

- Food is often cold and sometimes burnt.

- The floor in resident rooms is not always cleaned.

- The wait time is too long to go to the toilet.

- Call lights not answered timely and/or they are shut off and resident not changed.

- Nurse aides on their cell phones too often.

- Dietary manager had to cut back on food budget.

- Not enough activities.

- Medications not passed timely.

- Doctor appointments changed without being notified.

Council minutes are reviewed and critiqued by the responsible discipline and addressed to council members.

E.    Resident Interviews

Three (3) residents were interviewed by the Ombudsman's representatives. Each stated they felt comfortable at the Facility and that staff were attentive to their needs. They enjoy the food and activities. A family member was on site and interviewed. They stated their mother was well cared for. They stated that staff are sometimes short of help, but believes the staff work well together to make up for the shortage. The family member had no complaints.

F.    Clinical Services

The Facility has the following pressure injuries:

| Wound Stage | Number of Wounds |
|---|---|

3

| Stage I | 1 |
|---|---|
| Stage II | 2 |
| Stage III | 1 |
| Stage IV | 0 |

There was no indication if the residents affected were admitted with these wounds or if they were acquired in house. August pressure injury information was requested by the Ombudsman's representatives but not made available.

Nurses are scheduled with three (3) on days, two (2) on evenings and two (2) on nights. Nurse aides are scheduled with six (6) on days, four (4) on evenings and nights. The Facility is struggling to meet the RN requirement of staffing an RN for eight (8) consecutive hours a day, seven (7) days a week.

Signage is on the front door of the Facility served as notification that the building is in outbreak mode due to Covid cases. Staff were observed to determine compliance with mask requirements: some were seen wearing face mask but others without. Several wore face masks under their nose.

There are four (4) residents with indwelling catheters. Each of these were care planned with appropriate diagnosis. Residents care plan meetings are scheduled and take place; however, representatives of the residents are invited but staff state that very few show up for the meetings.

G.    Risk Management

The Facility experienced thirteen (13) falls in June 2024, eleven (11) in July 2024 and five (5) in August 2024. Four (4) residents were admitted to the hospital and one (1) with injury.

4

H.    <u>Medical Records</u>

The Facility is not fully integrated with Point Click Care (an EMR system). Only care plans and MDS data collection are managed through this program. All other records are paper-based.

I.    <u>Dietary Service/Kitchen</u>

During the tour of the kitchen facilities, the Ombudsman's representatives noted the following concerns:

- Food temperatures are not recorded current to date.

- Ice was observed in an open container with no lid with the scoop left in the ice.

- Dietary staff observed filling a water pitcher handed through the kitchen door by a staff member with ice.

- Pan of desserts left uncovered with a fly noted on it.

- Floors noted to be soiled and sticky.

- Inside of refrigerators are not clean.

- Trash can in kitchen with no lid.

- Several flies noted in the kitchen.

The Ombudsman's representative noted:

- Need new trash cans.

- Cooling log is not current to date.

- Surfaces are soiled

- Can opener base needs to be cleaned.

- Mixer side panels need cleaned.

- Ice machine needs maintenance.

- Food processor – needs cleaned.

7833811

- Spillage on right side of walk-in cooler.

- Items not labeled or covered in cooler.

- Supplements have thaw and expiration dates – need work.

- Kitchen floor/baseboards, ceiling and walls need cleaned.

- Cleaning schedules – need work. Short staffed.

Not all dietary staff have food handler's certification.

J.   <u>Emergency Preparedness</u>

The sprinkler system's last inspection was on October 18, 2023. Fire extinguisher inspections are not current to date. In addition, the Ombudsman's representative requested but was not provided with reports for fire extinguisher services, contracted fire extinguisher services, Facility assessment, and water temperature logs.

6

**Exhibit K**
CYE Bradford HCO, LLC
Bradford, IL

A.      Overview

Debtor CYE Bradford HCO, LLC d/b/a Courtyard Estates of Bradford ("<u>Bradford</u>" or the "<u>Facility</u>"), is an eighteen (18) unit assisted living facility licensed by the IDPH. It is located at 100 Courtyard Blvd, Bradford, IL 61421. The census at the time of the Ombudsman representative's visit was six (6). The visit took place on August 22, 2024.

The Facility administrator has been employed at Bradford since March 2024. The administrator reported to the Ombudsman's representative that eleven (11) personnel are employed at Bradford, including eight (8) clinical, one (1) housekeeping, one (1) maintenance, and one (1) administrative employee who also serves as a caregiver. In light of the small resident population, the administrator handles business office matters and resident activities.

B.      Regulatory

The Resident Bill of Rights and the contact information for the Illinois Long-Term Care Ombudsman and the survey findings were published in compliance with the necessary regulations.

The Facility has been grappling with several survey-related issues. Two (2) recent issues were highlighted during the visit by the administrator.

The administrator modified the care schedule to better accommodate the needs of the residents, which raised concerns for one staff member. Although the administrator was acting within their authority, the staff member notified both the Office of the Illinois Long-Term Care Ombudsman ("<u>ILTCO</u>") and the IDPH about the concerns. The staff member was reportedly informed by the ILTCO and the IDPH that the administrator was acting within their authority, but subsequently filed an anonymous complaint regarding a skin tear. The ILTCO determined that the

abuse report lacked evidence. In its investigation, the IDPH found the incident to be unsubstantiated; however, a citation was issued as the Facility did not report the issue.

On August 21, 2024, the IDPH received a second anonymous report regarding the Facility. A complaint alleged that the Facility administrator was consuming alcohol and was intoxicated while on duty. During the visit on August 22, the Ombudsman's representative spoke with the IDPH regarding the report. The IDPH determined that the complaint was unsubstantiated and acknowledged that the anonymous report was likely from a disgruntled employee.

C.    Physical Plant and Environmental Services

The Ombudsman representative's tour of the grounds found them to be well maintained. The Facility is a single-story edifice with brown aluminum siding. No roof defects were observed as viewed from the ground. Adequate parking facilities were available for both residents and visitors. The entrance features a large open common area that is one and a half stories tall. The rear of the building has many windows that admit ample natural light.

During the physical plant tour, the following issues were noted:

- At the entrance to one of the resident hallways, a substantial rug pull spanned the width of the hallway. This is a potential trip hazard. Many stains were noted in the carpeting throughout the public area. Walls and wallcoverings were visually appealing and in good condition.

- There was no indication of water damage on the ceilings.

- Each of the resident apartments was spacious and offered sufficient living area.

- Several resident rooms were observed to have "bubbling" elevated carpeting that was not adequately attached to the floor. These are potential trip hazards.

7833811

- Residents can use a central courtyard with ample sitting and attractive landscaping. Residents were utilizing two planter boxes that were of a height suitable for wheelchair access.

Smoking is prohibited within the Facility.

D.   Resident Observation/Life Enrichment

The Ombudsman's representative observed Bradford residents as they were finishing their breakfasts. The residents were observed to be suitably groomed and attired. The eating spaces were clean and afforded sufficient illumination for resident care. Meals were observed to be served promptly, and residents were seen being served different meal choices indicating the availability of alternate menu options. Staff contacts with residents were characterized by a high level of friendliness, and staff gave adequate support.

The Ombudsman's representative discovered that the Facility's van is inoperative. It requires a new battery as well as probable repairs to the brakes and tires.

E.   Resident Interviews

Two (2) residents were interviewed by the Ombudsman's representative. According to the interviewed residents, the staff members are friendly and effectively deliver their necessary care services. They verbalized that supplies are available when needed and they have access to activities. Both residents expressed their satisfaction with their breakfast.

F.   Clinical Services

The part-time wellness director at Bradford oversees the Facility's clinical operations, working two (2) days weekly. The wellness director carries out the managerial tasks for medication administration and other healthcare-related duties. During absences of the wellness director,

medical direction is delivered by phone communication between the administrator and the regional clinical liaison.

The Facility employs eight-hour shifts to manage schedules for resident care staff. Caregivers at Bradford have comprehensive skills including medication assistance and housekeeping and can meet all the residents' requirements. A single caregiver is scheduled on first, second, and third shifts. Caregiver duty schedules are also staggered during the hours from afternoon to early evening to ensure full coverage. These caregivers fill the role of licensed practical nurses for the purposes of medication administration.

The Ombudsman representative's inspection of the medication services found that all medication storage was locked and properly protected. Medication records were up-to-date and do not show signs of missing medications or staff signatures. Inventories were adequate for resident care. Staff reported that supplies were readily accessible, and the equipment was in good condition.

Community care providers deliver care services to the residents at their locations outside the Facility. Bradford lacks a provider of behavioral health services, but according to the Facility administrator, there are no documented behavioral care needs currently. Should behavioral health needs arise, the Facility would transport residents to the local hospital.

Currently, the community does not have any residents with stageable wounds. Home health or other third-party services would be utilized in the event a resident exhibits a pressure wound. Two (2) residents are receiving hospice care at the present time. The date of the most recent COVID-19 outbreak is unknown. Full COVID vaccinations have been administered to four (4) staff members and six (6) residents.

The visit conducted by the Ombudsman did not reveal any concerns about the quality of care.

4

G.     <u>Medical Records</u>

The Facility maintains resident records in a paper-based system. Clinical staff assess resident needs, and families and residents are invited to attend a meeting to discuss the plan of care developed through the resident's assessment. The administrator reported that most families attend and are very active in the care of their loved ones that reside at Bradford.

H.     <u>Dietary Service/Kitchen</u>

The Facility employs a registered dietician who conducts monthly visits to assess diets and communicate any notable changes in the caloric requirements of the residents. Residents may choose meal options from a list of alternatives if they do not want a scheduled menu item.

During the kitchen tour, the floors, serving area, and counters were found to be clean and refuse containers properly maintained. The equipment is functional and well maintained. The food stored in the refrigerators and freezers was observed to be properly stored and duly labeled. The Facility maintains an adequate stock of food commodities to serve the resident needs. The Facility is properly maintaining logs for food temperatures, refrigerator and freezer temperatures, and dishwasher chemical usage. The documents reviewed by the Ombudsman's representative were current.

I.     <u>Emergency Preparedness</u>

The Facility has implemented a preventive maintenance program known as a "Room Checklist" to ensure the timely completion of necessary safety measures. The Ombudsman's representative examined preventive maintenance and fire safety records and found the following systems to be current: backflow filters, pest control, and the dry sprinkler system. However, the kitchen Ansul system inspections, fire extinguisher inspections, fire drills, water temperature audits, and emergency exit signage were not up to date.

7833811

The Facility is equipped with an emergency generator that supplies electricity to power emergency lighting that extends along each hall. A backup refrigerator and freezer are connected to the generator circuit.

7833811

**Exhibit L**
Macomb, LLC
Macomb, IL

A.    <u>Overview</u>

Debtor Macomb, LLC d/b/a Country View Care Center ("<u>Country View</u>" or the "<u>Facility</u>"), is located at 400 West Grant Street, Macomb, IL 61455 and is a sixty two (62) bed SNF licensed by the IDPH The census at the time of the Ombudsman's representative visit was forty-seven (47). The visit took place on August 27, 2024.

The administrator reported to the Ombudsman's representative that fifty-one (51) personnel are employed including twenty-five (25) clinical, eight (8) dietary, nine (9) housekeeping, one (1) maintenance, one (1) social service assistant, one (1) activity, and six (6) administrative staff members. The current administrator is an AIT who has been at the Facility since May 2024. The regional director of clinical operations is currently the acting DON. The Facility plans to hire a permanent DON.

B.    <u>Regulatory</u>

Country View has an overall rating of one star on the CMS Nursing Home Care website. This is derived from a one-star health inspection rating, a one-star staffing rating, and a two-star quality measures rating. The CMS web site is displaying a "red hand" icon for this Facility which indicates a documented case of abuse. The case is related to the survey listed below.

On August 25, 2024, the IDPH conducted a follow-up survey for deficiencies cited on July 26, 2024. At that time, the Facility received an immediate jeopardy ("<u>IJ</u>") citation for an incorrect diet being provided to a resident. The diet should have been pureed and was not. As a result, the dietary manager was replaced, and the entire dietary staff was educated in food handling and compliance with diet orders. Food handling competency training was completed for dietary staff

and no dietary staff were allowed to work until the training was completed. The IJ citation removed on August 24, 2024. The IDPH approved a plan of correction, and the Facility returned to substantial compliance on August 25, 2024.

      C.    <u>Physical Plant and Environmental Services</u>

The Facility is a one-story brick structure with an A-frame roof. Visual inspection from the ground did not find evidence of disrepair. The Facility is located on a large lot with sufficient parking and pleasant landscaping. The front door has an operating alarm.

During the physical plant tour, the following observations were recorded:

- The Facility presented well with good aesthetics. The walls, floors and ceiling were undamaged and clean. The furniture was noted as functional and without defects.

- The laundry room housed one industrial washer and dryer with adequate supplies (i.e. cleaning detergent, towels, sheets, etc.). However, one concern noted was that doors were left open and unsecured in the clean utility room, laundry room and soiled utility room. This information was shared with the administrator.

- There is a generator at the Facility in the event of a power loss. The unit provides electrical power to emergency outlets, hallway lighting, and the refrigerator and freezer in the kitchen.

- Residents are allowed to smoke on site. There is a designated area, and it is supervised. Social Services completes an assessment for smokers and there are designated smoking times. Smoking aprons are available to the residents that require them.

7833811

D.    Resident Observation/Life Enrichment

During the tour of Country View approximately thirty (30) residents were observed enjoying a game of bingo. Residents were appropriately groomed and dressed, with clean hair and nails. The staff participated in the game and assisted the residents that required such assistance. The area was clean. Staff interacted with residents in a friendly manner as did the residents amongst themselves.

E.    Resident Interviews

A resident was interviewed during the bingo game. The resident stated that the staff was friendly and was happy with the care received. When asked about food, the resident verbalized that it was "okay" and that generally it was served hot and/or cold as it was supposed to be. The resident does not use transportation so no assessment could be provided. The resident uses the resident trust services and has access to those funds in a timely manner. When asked about activities, the resident stated that activities are enjoyed and the events that are attended meet the resident's needs.

F.    Clinical Services

Country View currently does not have a director of nursing to manage the clinical processes within the Facility. Clinical services are managed by the regional clinical director. Eight-hour shifts are used to staff resident care personnel. Two (2) nurses are employed on each of the three (3) shifts. A total of four (4) CNAs are utilized for the first shift, three (3) for the second shift and two (2) on the third shift. The Facility uses agency personnel to help supplement care staff. The Facility can meet registered nurse hour requirements as long as the agency staff reports to work as scheduled.

The medical director has a nurse practitioner who assists in his practice; they alternate every two (2) weeks in their visits to the Facility. A third-party behavioral health provider is used to manage behavior issues within the resident population. A provider comes every other Tuesday and has availability for emergent situations.

During inspection of medication administration services and facilities, medication carts were noted to be locked, and narcotics were appropriately secured. The new refrigerator in the medication room does not have a lock and needs one. Medication records are current with no indications of medication administration being missed or not signed off by nurses. The medical supply storage area was noted to be well stocked as were the carts. The staff that were interviewed stated that they had enough supplies and equipment available to meet the needs of the residents.

The Facility is currently experiencing an outbreak of COVID-19 which began on August 7, 2024. As of the visit date, there were fourteen (14) residents and twelve (12) staff members with active cases.

G.    Risk Management

A morning clinical meeting is held daily along with weekly risk topic meetings (i.e. behaviors, falls, wounds, etc.) held weekly. The lack of a director of nursing makes the risk process more difficult to follow and maintain. The Facility's social service director manages the resident care plan process with the residents and staff and assists with scheduling meetings that meet the requirements established by the MDS coordinator. The social service director sends invitation cards out to families who are invited to attend in-person or via telephone.

Employee payday training occurs where required training topics are provided to the staff. A sign-in sheet is utilized to maintain the list of participants. Ad-hoc training is utilized to meet special staff training needs.

7833811

H.    Medical Records

The Facility uses paper-based documentation to maintain medical records. The MDS and care plans are part of Point Click Care, an EMR system.

I.    Dietary Service/Kitchen

On July 26, 2024, the Facility received an IJ for an incorrect diet being provided to a resident. The diet should have been pureed and was not. The dietary manager was replaced, the entire dietary staff was educated in food handling and following diet orders. Food handling competency training was completed for dietary staff and no dietary staff were allowed to work until the training was completed. The IJ was removed on August 24, 2024. The IDPH approved the plan of correction and returned the Facility to substantial compliance on August 25, 2024.

During the Ombudsman tour, the kitchen was found to be clean with the floors, serving spaces and counters neatly maintained. The trash can was lacking a lid.

Most food stored in refrigerators and freezers was observed to be properly stored and labeled and were in good physical condition. There was sufficient food available for residents. Served food temperatures, refrigerator/freezer temperatures, and dishwasher chemical use were all logged properly as required.

An alternative menu is available to accommodate resident preferences, and the kitchen staff can produce food in accordance with modified diets as directed.

J.    Emergency Preparedness

Safety records reviewed were up to date including records for fire drills, fire extinguishers, hood inspections, water temperatures, ice machine cleaning, and door alarms. The inspections that are normally performed by third parties such as the kitchen Ansul system were not up to date.

However, the sprinkler system was inspected on July 10, 2024, the fire alarm was inspected on February 29, 2024, and fire functionality testing was completed on February 29, 2024.

7833811

**Exhibit M**
Havana HCO, LLC
Havana, IL

A.      Overview

Debtor Havana HCO, LLC d/b/a Havana Health Care Center ("Havana" or the "Facility"),

is located at 609 N Harpham St, Havana, IL 62644 and is a ninety-eight (98) bed SNF licensed by

the IDPH. The census at the time of the Ombudsman's visit was thirty-three (33). The visit took

place on August 28, 2024.

The administrator reported to the Ombudsman's representatives that fifty-one (51)

personnel are employed by Havana, including twenty-six (26) clinical, nine (9) dietary, nine (9)

housekeeping, one (1) maintenance, one (1) social service assistant, one (1) activity, and four (4)

administrative staff members. The acting administrator is an AIT. The AIT has submitted the

temporary license request to the state and is awaiting the IDPH approval. Currently there is no

DON, social service director, and MDS coordinator. The lead nurse is a LPN with the title of

Resident Care Coordinator.

B.      Regulatory

The Facility has an overall one-star rating on CMS Nursing Home Care website. This is

derived from a one-star Health Inspection rating, a one-star Staffing rating, and a one-star Quality

Measures rating.

Havana has a "Red Hand" icon on the CMS website signifying abuse was noted during an

IDPH survey. On June 7, 2024 the IDPH conducted its annual survey at Havana where forty-five

(45) citations were issued (statewide average is 12.5 citations).

On July 24, 2024 the IDPH conducted a complaint survey where fourteen (14) deficiencies

were noted. Based on observation and interview the Facility failed to keep copies of the most

recent survey book. The plans of correction were approved by the IDPH for both surveys and the Facility was returned to substantial compliance.

On July 30, 2024 IDPH completed a survey for a self-reported misappropriation of funds. Allegedly the business office manager embezzled $11,000 from the residents' accounts. This incident was reported to the police, Illinois Attorney General, the IDPH and the corporate office. At the time of the Ombudsman's representative visit, this survey was still open by the IDPH as the investigation was not yet complete. The business office manager has yet to be replaced.

C.    Physical Plant and Environmental Services

The Facility is a one-story brick structure, tan in color. The Facility sits on a large lot with sufficient parking and attractive landscaping. The secure front door opens into the dining area. During the physical plant tour, the following topics were noted:

- The Facility presented well. The floors were covered with light wood toned laminate. The walls were two toned, brown in color on the top and speckled tile on the bottom, without defects.

- No signs of water damage were noted in the ceiling.

- Smoking is allowed by Facility residents. Smoking is supervised and assessments are completed. The smoking area was clean, sitting on a cement pad. Ash trays were available as was a fire extinguisher in the general area.

The storage room at the end of the hallway starting with room 60 was found ajar with cleaning chemicals. No residents were found in this hallway. The administrator was made aware of the open door. No residents were living on the hallway that started with room number 74.

7833811

D.    Resident Observation/Life Enrichment

During the tour the Facility, residents were observed during the dinner meal. Residents were appropriately groomed and dressed. The staff participated in meal distribution in an "all hands-on deck" style. All residents at a table were served together, and plates were removed from the serving tray as necessary. Lunch was noted to be served on time during this visit. The dining areas were clean and provided adequate lighting. Staff interacted with residents in a friendly manner and helped each resident as they required.

E.    Resident Interview

A resident interviewed indicated that they had been at the community for two (2) years. In their opinion, the food was good most of the time. An alternative menu is available. It was posted in the dining room, and one (1) was also available in the kitchen. While group activities are available, this resident chose to enjoy independent activities as they liked to color with pencils and make jewelry. Transportation is available as needed.

F.    Clinical Services

Havana does not currently have a DON to manage the clinical processes within the Facility. The plan is to hire one. An LPN serves as the resident care coordinator who does not meet the regulatory requirements to manage the clinical processes within the Facility. Staff is scheduled with a mix of 12- and 8-hour shifts. Two (2) nurses are employed on the first shift, one (1) nurse on the second shift. There are a total of five (5) CNAs utilized for the first shift, three (3) for the second and two (2) on the third shift, each shift being eight (8) hours.

The medical director visits the Facility once each month. A behavioral care provider makes care visits once per month via telehealth. Telehealth is available as needed for special situations. The Facility uses a paper behavior tracking system where behavior acts are noted by the staff to

3

assist in their management. With this system behaviors and interventions are noted along with its effectiveness.

Risk concerns such as falls weight loss, wounds, etc. are discussed in a quality improvement meeting on a daily, weekly, and quarterly basis to assist in the management of the resident population. The Facility manages three wounds that were acquired in house. Havana does not use an outside vendor to manage the wounds.

Medication carts were locked when tested; narcotics were appropriately secured. A review found that medication records are current with no indications of administrations being missed or not signed off by nurses. The medical supply storage area was noted to be well stocked as were the carts.

Currently COVID is active at Havana Healthcare. Two (2) residents have tested positive.

G.    Risk Management

A clinical meeting is held each morning along with weekly risk topic meetings including behaviors, falls, wounds, etc. A quarterly QAPI meeting is part of the risk management process. The leadership staff, medical director and pharmacy consultant all attend QAPI.

The Facility's social service director manages the care plan process by establishing meetings with residents and family members in collaboration with the MDS coordinator. Postcard invitations are mailed to the families and representatives to invite them to these meetings.

Payday training occurs where required training topics are provided to the staff. A sign-in sheet is utilized to document the list of participants. Ad-hoc training is utilized to meet special occasions that require staff training.

7833811

H.     Medical Records

The Facility uses Point Click Care ("PCC") for medical documentation. PCC cannot upload documents, so paper charts are still employed. The administrator stated that family and residents attend care plan meetings. The Facility uses in-person gatherings and phone calls to hold meetings with families.

I.     Dietary Service/Kitchen

The tour of the kitchen did not reveal any significant care concerns. The kitchen was noted to be clean, with the floors, serving space and the counters neatly maintained. The food preparation table and steam table were clean, and food was steaming at the time of the visit. The equipment is operable and well maintained. A cleaning schedule was available and was being followed.

An alternative menu was available as were modified diets. Food in refrigerators and freezers is noted to be stored and labeled appropriately. There was some butter and hot dogs that were open and not labeled. A snack was being stored in the kitchen with white cups over each container that were not dated. Adequate food was available in the refrigerators and freezers to support resident care. The dry pantry had enough food available and no dented cans. The audits including food temperature checks, refrigerator/freezer temperatures, and dishwasher chemical use were all being completed as required. The Facility has a registered dietician that visits monthly to review diets as well as any significant changes in resident's caloric needs.

J.     Resident Trust Fund

The Ombudsman's representative reviewed preventive maintenance and fire safety records. Safety records viewed were up to date including water temperatures, generator functions, wet/dry sprinkler system, and fire drills. The outside inspections including service for the kitchen Ansul system was not up to date. The fire extinguishers were current but needed to be reviewed

5

soon. The sprinkler system service was up to date and reviewed in the past two (2) days prior to the Ombudsman visit.

**Exhibit N**
Petersen Health Care, Inc.
Havana, IL

A.    <u>Overview</u>

Debtor Petersen Health Care, Inc. d/b/a River View Estates of Havana ("<u>River View</u>" or the "<u>Facility</u>"), is an eighteen (18) apartment independent living facility licensed by the IDPH. The census at the time of the Ombudsman's visit was five (5). The visit took place on August 28, 2024.

Most independent living facilities do not provide medical care or nursing personnel, as they are designed to accommodate older adults who require minimal or no assistance with daily activities. Nevertheless, it is possible to employ in-home assistance on an individual basis as needed at the discretion of the families.

B.    <u>Regulatory</u>

There are no regulatory requirements that relate to care of the residents as an independent living community is much like an apartment dwelling.

C.    <u>Physical Plant and Environmental Services</u>

No physical issues were observed during the community tour, such as water damage, torn flooring, or damaged walls. Some apartments made use of community access showers where a call bell light was present. The resident rooms were well maintained and had plenty of supplies for care and for disinfecting after use. The apartments viewed were all in good condition.

D.    <u>Resident Observation/Life Enrichment</u>

 At the time of the visit, residents were concluding lunch. Staff were assisting as required with serving lunch and clearing empty dishes. Staff and residents were all interacting with each other in a pleasant manner.

E.    <u>Resident Interviews</u>

This Ombudsman's representative spoke to a resident and daughter. They did not note a change in the services provided since the bankruptcy, but that supplies were available, food is available, laundry is completed timely, housekeeping is completed, activities are available, transportation is available, and the food is "excellent".

F.    <u>Clinical Services</u>

Clinical Services are not provided at River View.

G.    <u>Risk Management</u>

No risk management functions are completed at River View.

H.    <u>Medical Records</u>

No medical records are maintained at River View.

I.    <u>Dietary Service/Kitchen</u>

No concerns were noted during the tour of the kitchen facilities. The kitchen was well maintained and clean. There was adequate amounts of general supplies (paper towels, cleaning supplies, etc.) and cooking supplies (i.e. plates, glasses, serving trays, etc.), and adequate foodstuffs. A temperature log was observed on the counter by the refrigerator. The kitchen did not have an Ansul system and was set up as a home kitchen unit.

J.    <u>Resident Trust Fund</u>

The Facility did not have a sprinkler system, and it was noted that the fire extinguisher inspections requiring a third-party were out of date.

7833811

**Exhibit O**
Petersen Health Systems, Inc
Peoria, IL

A.    <u>Overview</u>

Debtor Petersen Health Systems, Inc. d/b/a Courtyard Estates of Green Valley ("<u>Green</u> <u>Valley</u>" or the "<u>Facility</u>"), is a forty (40) bed assisted living Facility licensed by the IDPH. The census at the time of the Ombudsman's visit was nine (9). The visit took place on August 29, 2024. The administrator reported to the Ombudsman's representative that fourteen (14) personnel are employed by Green Valley, including six (6) clinical, four (4) dietary, one (1) housekeeping, one (1) activity, and two (2) administrative staff members.

B.    <u>Regulatory</u>

On August 24, 2023, the IDPH conducted its annual recertification survey. The Facility could not produce proof that CPR training occurred for one (1) employee at the time of the survey. During the Ombudsman visit, it was verified that CPR certification is now up to date.

On May 28, 2024, the IDPH conducted a complaint survey due to an allegation that the care service was not being provided and the environment was dirty. This complaint was found by the IDPH to be unsubstantiated.

C.    <u>Physical Plant and Environmental Services</u>

The Facility is a one-story structure with a two-story entrance. The front door enters a grand multi-purpose area where dining, activities and one-on-one resident interaction can occur at the same time.

During the physical plant tour, the following topics were noted:

7833811

- The community is carpeted throughout. It is mostly well maintained and clean, however, two (2) pulls that run the width of the carpet were found in two (2) areas of the 200 Hall. This condition may pose a trip hazard.

- The community has a very nice outside area with a gazebo for sitting and pleasant landscape to enjoy.

- When touring another hall, it was noted that the door to the laundry room was propped open, which creates a fire hazard.

- The laundry room was set up with five (5) washers and five (5) dryers. Adequate cleaning supplies for laundering clothes were noted. Adequate supplies of house goods including towels, bedding, pillows, etc. were available for residents. Supply closets were stocked with adequate supplies of consumables such as paper towels, toilet paper, glass cleaner, toilet cleaner, etc.

Each resident apartment was set up in a dormitory style with a sleeping area, closet, small sitting area, and half bathroom. Every two (2) rooms share a shower area. These shower rooms are equipped with a call bell to summon staff when necessary. Cleaning supplies are available within the room for staff to clean after use.

The Facility lacks a backup generator in the event of a power outage. However, a church across the street has agreed to provide shelter in the event of an emergency. Green Valley is a non-smoking Facility.

D.     Resident Observation/Life Enrichment

At the time of the visit, residents were in their apartments. However, a singing group from the local church were coming to the Facility later that day to provide entertainment.

2

E.    Resident Interview

The Ombudsman's representative spoke to a resident about various aspects of resident life at the Facility. The resident verbalized that the staff provided "great" care. The food was reported to be "good" and "there is always enough, sometimes too much." When asked about activities the response was positive, as the resident verbalized "we have a lot of things to do."

F.    Clinical Services

Green Valley provides limited clinical services. No nurse is on staff and any medical care is provided though working with the regional clinical operations director. Medication is supplied by each resident's family and a locked medication timed box is prefilled by the family weekly. The only administration service provided by the staff is to remind the resident when the alarm goes off and to watch to be sure the medication is taken.

The Facility provides dining, housekeeping, maintenance, assistance with activities of daily living, laundry services and activities. All medical care such as lab work, wound care, doctor visits, and weight loss are addressed through providers outside the community. Families take the residents to these services as Facility-owned transportation is not available at Green Valley.

The Facility uses twelve and eight-hour shifts for staffing coverage. One aide is available to the residents per shift. At times staff work six-hour and twelve-hour shifts to ensure the entire day is covered and services are provided.

The Facility has not experienced a COVID outbreak since November 2023.

G.    Risk Management

Staff meets on an ad-hoc basis to address care concerns and develop interventions. At weekly meetings, risk topics are addressed such as weight loss, behaviors, falls, wounds, etc. With a small population, these issues are not occurring regularly.

7833811

This Facility uses a bi-weekly "payday meeting" to discuss education topics. Each meeting has a few of the mandatory education topics discussed and a sign-in sheet is utilized to document attendance.

H.    Medical Records

Paper medical records are utilized at the Facility. After the resident assessment is created, the plan of care is discussed with the resident and the family. Meetings occur at the availability of the residents and their families.

I.    Dietary Service/Kitchen

The tour of the kitchen facilities did not reveal any significant care concerns. The kitchen was clean, the floors, serving space and the counters were neatly maintained. There were plenty of serving supplies including plates, cups, and serving dishes. The Facility uses a posted cleaning schedule. The kitchen was fully equipped with mixing bowls, electric food processors, and other preparation equipment. Food in refrigerators and freezers was noted to be stored and labeled appropriately. There was sufficient food available for resident care. Food was properly dated and stored. Required logging of food serving temperatures, refrigerator/freezer temperatures, and dishwasher chemical use were all completed.

J.    Emergency Preparedness

The Ombudsman's representatives reviewed the Facility's preventive maintenance and fire safety records. Preventive maintenance follows a schedule. Internal safety records reviewed were up to date including fire drills (August 2024), door alarms, fire doors, generator load testing, and call bells. The preventative maintenance completed by outside vendors was up to date including the sprinkler system (July 5, 2024), fire extinguishers and the fire suppression system (December 8, 2023). No Ansul system is used in the kitchen.

7833811

**Exhibit P**
Tarkio HCO, LLC
Tarkio, MO

A.    Overview

Debtor Tarkio HCO, LLC d/b/a Tarkio Rehabilitation & Health Care ("Tarkio" or the "Facility") is located at 300 Cedar Street, Tarkio, MO 64491. The Facility is a single-story building with a basement licensed as a SNF with ninety-five (95). The Facility provides residents with 24-hour accommodation, board, and skilled nursing care and treatment services. The census was twenty-two (22) at the time of the Ombudsman's visit. Interviews with the Facility's Administrator indicated that there are no vacant positions at the time of the Ombudsman's visit, but her last day at the Facility will be June 30, 2024, and no contracted agency staff is used.

B.    Regulatory

The MDHSS is responsible for conducting federal certification surveys, inspecting facilities annually, and investigating complaints to ensure proper care and safety for residents in nursing homes, contracted by the Centers for Medicare and Medicaid Services. The Facility has an overall CMS star rating of one on a rating scale of one to five stars. Data from health inspections, staffing, and quality measures combine to calculate a Facility's star ratings enrolled with Medicare. The Facility has two-star health inspection rating based upon the current health inspection and two prior annual inspections as well as findings from the most recent three (3) years of complaint inspections and three (3) years of infection control inspections. The one-star staff rating is derived from the Facility's reporting of daily staffing hours for RNs, LPNs, CNAs, PTs, and administrators to Medicare. Medicare calculates a ratio of staffing hours per resident day, the turnover percentage (nursing staff that stop working at the Facility), and the number of administrators who have left the Facility within a given year. The Facility's reported total nurse staff hours per resident day

were below the national average but above the Missouri state average. The Facility received a two-star rating for quality measures in the performance of care areas for short- and long-stay residents, which is below average for both state and national standards. On July 31, 2023, the MDHSS conducted a complaint investigation survey, resulting in two citations for insufficient registered nurse hours. The MDHSS conducted the most recent Medicare and Medicaid recertification, life safety code, and state licensure inspection on January 6, 2023. The Facility received nineteen (19) health inspection and twenty-three (23) life safety code citations, none rising to the level of immediate jeopardy (i.e. placing the residents at risk for serious injury, harm, impairment, or death). A written plan of correction was submitted to the MDHSS and all cited deficiencies were corrected by February 20, 2023.

      C.    <u>Physical Plant and Environmental Services</u>

The Ombudsman's representative conducted a tour of the exterior and interior of the Facility. The sign at the entrance to Tarkio Rehabilitation & Health Care is easy to read, and the parking area is sufficient to accommodate emergency services, staff and visitors. The grounds surrounding the building were well maintained with outdoor seating for residents. Emergency exits were free of any obstacles. The resident smoking area had ash receptacles and fire blankets for use and was clean. The Facility's front door is electronically locked and leads to a lobby and dining area. Two (2) of the five (5) wings did not house any residents so that staff could be located efficiently for resident care. The Maintenance Director reviews work orders on a daily basis, documents completions, or escalates them to the appropriate service providers. The staff interviewed confirmed the timely completion of contracted preventative maintenance services. During the Ombudsman visit, the Facility's fire alarm monitoring company reported a failure to receive the daily test signal. The maintenance director and administrator reported that they

implemented the fire watch protocol, informed the MDHSS, and notified the regional maintenance director. The Facility's test signal failure was corrected by the end of the visit, and no additional concerns were noted. Residents interviewed during the visit reported no concerns related to housekeeping or laundry services.

        D.      <u>Resident Observation/Life Enrichment</u>

The Ombudsman's representative observed residents eating lunch in the dining room. Staff were present to serve and assist residents during the meal. The residents were well-groomed and dressed appropriately. The dining room furniture was clean and in good condition. The observed interaction between staff and residents was respectful. No resident rights violations were observed. Staff promptly responded to call lights to assist residents with their care needs. Activity calendars were posted throughout the Facility. The activity department conducts group and one-on-one activities based on resident preference. No resident concerns were reported related to the activities offered at the Facility. The Ombudsman's representative's review of the monthly resident council meetings notes found no unresolved residents request or concerns.

        E.      <u>Resident Interview</u>

Observations by the Ombudsman's representative indicated that informal interactions between Facility staff and residents were pleasant. During the formal interviews, the residents did not verbalize any complaints or concerns regarding the care and services provided at the Facility. The residents reported that they were aware of the staff members to whom they could voice any concerns or complaints. Interviewees reported that staff promptly addressed their requests and care needs. When asked by the Ombudsman, the residents were aware of the Facility's posted resident bill of rights, the State and Local Long-Term Ombudsman contact information, and the community inspection results in the lobby.

7833811

F.    <u>Clinical Staffing/Services</u>

The Facility hired a registered nurse on May 16, 2024, to serve as the DON and oversee clinical services. The administrator stated that the Facility contracts with agency staff, primarily night shift nurses. Current staff help fill vacant shifts, and recruiting efforts are ongoing. Interviews with clinical staff did not reveal any concerns about staffing shortages that might affect the provision of care and services to residents. During the tour, medication rooms and carts were verified to be properly locked.

The Facility maintains a hybrid paper and electronic record for each resident. The Ombudsman reviewed the Facility's clinical processes, procedures, and resident records. Clinical records included assessments of residents' cognitive, mood, fall, pain, bowel and bladder, and skin risks. The reviewed monthly nursing summaries included the residents' physical and mental health status, their daily living assistance requirements, their nutrition, and their weight status. If indicated, the resident's individualized care plans were updated with the identified changes. Infection control surveillance, incident reporting, and weight logs were being reviewed and updated by the DON at the time of the visit. It was reported to the Ombudsman's representative that the interdisciplinary team conducts weekly reviews of resident care areas, which include accidents and incidents, infection control and prevention, weight loss, residents with behavioral concerns, and psychotropic medication usage. Processes are in place to complete a root cause analysis of identified concerns and update resident records as indicated.

G.    <u>Quality Assurance/Risk Management</u>

The Facility provided information to the Ombudsman's representative regarding its quality assurance and risk management processes. Through the quality assurance process the Facility reviews concerns to ensure services meet regulatory standards. The Facility conducts

4

routine risk analysis and performance improvement planning as a proactive approach to monitor processes to prevent or decrease care delivery issues. The Facility identifies risk factors for each resident and incorporates them into the individualized care plan using standardized assessment tools and clinical judgment. As part of the quality assurance process, the administrative team conducts daily meetings and reviews. Areas reviewed include residents with changes in condition, admissions, discharges, and hospitalizations, staffing, as well as maintenance and housekeeping concerns. No concerns were observed or reported during the Ombudsman's visit.

H.    Dietary Service/Kitchen

The Ombudsman's representative noted monthly menus posted in the dining area and other areas of the Facility. Interviewed residents did not report any concerns with the quality or availability of choice in the meals offered at the Facility. Alternative food choices and snacks are available. The Ombudsman's representative observed staff wearing appropriate hair nets and gloves to prevent food-borne illnesses; infection control standards were maintained during the meal service. A tour of the Facility's kitchen did not identify any issues with the maintenance or cleanliness of equipment or food preparation areas. The Ombudsman's representative reviewed the cleaning and temperature logs and found they contained the appropriate documentation. The Facility stocked staple and perishable food supplies, surpassing the regulatory minimum requirement, and stored them appropriately.

I.    Emergency Preparedness

Responsibility for the oversight of the emergency management plan is delegated to the Administrative team and reviewed annually. The Ombudsman's representative examined the Facility's emergency preparedness manual and noted that it included the locations of emergency exits, disaster and evacuation plans, and the methods for maintaining care continuity to guarantee

resident safety. The administrative team in consultation with the local fire unit reviews the Facility's emergency preparedness plan annually to ensure it meets fire and evacuation requirements and provides an updated copy to the local jurisdiction's emergency management director. The Facility-documented fire drills include the time, date, staff participation, drill duration, and a narrative response to any reported concerns. Review of preventive maintenance logs for the fire alarm and suppression system did not reveal any areas of concern.

J.    Vendor Relationships

During the tour, observations of care supply storage areas revealed an adequate supply to meet resident needs. According to Facility staff, there have been past service interruptions and delivery of resident care supplies. Staff members occasionally pay for services or items that the Facility needs to maintain operations and are still waiting for reimbursement from the company, according to interviews. Receipts reviewed for unreimbursed expenses for one staff member exceeded $6,000.

K.    Resident Trust Fund

Resident trust withdrawal records were maintained on paper by the Business Office Manager. Documentation of quarterly statements was not available for review during the Ombudsman representative's visit. No residents reported concerns related to accessing personal funds managed at the Facility.

6

**Exhibit Q**
Piper HCO, LLC
Piper City, IL

A.    Overview

Debtor Piper HCO, LLC d/b/a Courtyard Estates of Piper City ("Piper City" or the "Facility"), is located at 580 S. Maple Street, Piper City IL 60959 and is a twelve (12) bed independent living facility licensed by the IDPH. The census at the time of the Ombudsman representative's visit was two (2). The visit took place on September 4, 2024.

The interim administrator reported to the Ombudsman's representative that Facility personnel are employed by Piper City Rehabilitation and Living Center and shared with Courtyard Estates of Piper City, including dietary, housekeeping and maintenance employees as well as one (1) social service assistant, two (2) activity, and five (5) administrative staff members. The regional clinical operations director oversees Piper City Rehab and Living Center until a permanent administrator is hired.

B.    Regulatory

As an independent living facility, there are no regulatory requirements except those that ordinarily would be placed on a residential apartment building, such as life safety code compliance.

C.    Physical Plant and Environmental Services

The Facility is adjacent to Piper City Rehabilitation and Living Center and shares its property. The Ombudsman's representative found the grounds to be well-maintained with ample parking for guests, personnel, and residents. No physical plant concerns were observed during the Facility tour. Overall, the interior was well maintained and pleasing to the eye. The independent

living facility has two (2) studio units, eight (8) one-bedroom units, and two (2) two-bedroom units.

Housekeeping services are provided to Courtyard Estates of Piper City, by Piper City Rehab and Living Center. The housekeeper maintains the Facility; common areas were observed to be clean during the visit. The Facility has two (2) washers and two (2) dryers. One washer is currently inoperable, but the remaining unit meets the needs of the residents.

     D.    <u>Resident Observation/Life Enrichment</u>

No life enrichment services are provided at the Facility. The Ombudsman's representative did not have an opportunity to observe meal services during the visit.

     E.    <u>Resident Interviews</u>

The Ombudsman's representative spoke to both residents currently residing at the Facility. One resident verbalized that they had "no issues.". The second resident reported that the food is good, and stated it was kept hot in its transfer to the Facility from the kitchen at Piper City Rehabilitation and Living Center located across the parking lot. They noted that the common areas were kept clean.

     F.    <u>Clinical Services</u>

No clinical services are provided at the Facility.

     G.    <u>Risk Management</u>

No risk management functions are conducted in independent living facilities.

     H.    <u>Medical Records</u>

No medical records are kept at the Facility.

7833811

I.      <u>Dietary Services</u>

All meals are delivered from Piper City Rehabilitation and Living Center and the kitchen at Courtyard Estates of Piper City is used only for dining service and not food preparation. The kitchen was clean. No issues or concerns were noted during the visit.

J.      <u>Emergency Preparedness</u>

Fire extinguishers met the appropriate maintenance requirements with tags dated November 2023 and December 2023; both are due for servicing in 2024. None were inspected internally since April 2024. The five-year fire system inspection was current as it was last inspected by a third-party contractor on January 3, 2020. The wet fire suppression was not current as it was last inspected on December 27, 2023. Testing information for the sprinkler system and emergency lighting was not provided to the Ombudsman's representative. Visit findings were reported to the regional director of clinical operations and the regional director of maintenance.

7833811

**Exhibit R**
Piper HCO, LLC
Piper City, IL

A.    <u>Overview</u>

Debtor Piper HCO, LLC d/b/a Piper City Rehab and Living Center ("<u>Piper City Rehab</u>" or the "<u>Facility</u>"), is located at 600 S. Maple Street, Piper City IL 60959 and is a sixty (60) bed SNF licensed by the IDPH. The census at the time of the Ombudsman representative's visit was thirty-two (32). The visit took place on September 3, 2024.

The acting administrator reported to the Ombudsman's representative that the Facility employees thirty-three (33) persons, including twenty (20) clinical, three (3) dietary, five (5) housekeeping, one (1) maintenance employees as well as one (1) social service assistant, two (2) activity, and two (2) administrative staff members. Piper City Rehab terminated their administrator during the week of August 26, 2024. The regional clinical operations director will oversee Piper City Rehab until a permanent administrator is hired. The rural location of the Facility makes recruitment difficult.

B.    <u>Regulatory</u>

The Facility has an overall rating of one star on the CMS Nursing Home Care website. This is derived from a one-star health inspection rating, a one-star staffing rating, and a one-star quality measures rating. The star rating in a skilled nursing facility is based on how a nursing home compares to other freestanding nursing homes and to optimal staffing levels.

On July 16, 2024, the IDPH conducted its annual survey and issued the following citations:

- Based on interview and record review the Facility failed to provide a written Notice of Medicare Non-Coverage ("<u>NOMNC</u>") for three (3) of three (3) residents

reviewed. A temporary business office manager is now in place. The manager is using a "clipboard" system to track records.

- Based on interview and record review the Facility failed to provide routine showers for one of three residents reviewed for showers. The Facility developed and now follows a shower schedule.

- Based on observation, interview, and record review the Facility failed to notify the physician and/or seek a treatment order for one (1) resident with a pressure ulcer of three residents reviewed. Currently, the wound program is being actively managed and there are two (2) residents with house-acquired wounds, both stage two.

- Based on observation, interview and record review the Facility failed to initiate resident centered fall interventions and provide supervision to prevent a fall for one resident of two residents reviewed. This failure resulted in a fall with a fractured hip requiring hospitalization and surgical repair. A fall tracking system is in place and proper interventions were noted during review.

- Based on interview and record review the Facility failed to obtain ordered urinalysis tests for two (2) of four (4) residents reviewed. While the Ombudsman's representative did not review urinary tract infections, the plan of correction related to this deficiency has been approved by the IDPH and the Facility has since been returned to substantial compliance.

- Based on observation, interview and record review the Facility failed to identify significant weight loss, implement interventions to prevent further weight loss, and failed to notify the physician, dietician and resident's representatives of significant weight loss. These failures resulted in a significant weight loss in six (6) months.

2

This failure affected three (3) of five (5) residents reviewed for compromised nutrition. While the Ombudsman's representative did not review weight loss records, the plan of correction related to this deficiency has been approved by the IDPH and the Facility has since been returned to substantial compliance.

- Based on observation, interview and record review the Facility failed to change oxygen tubing and water as ordered and failed to have the correct flow rate for two (2) of two (2) residents reviewed. Oxygen tubing that was observed during the Ombudsman visit was noted to be dated appropriately.

- Based on interview and record review the Facility failed to employ a DON for a year or more and failed to provide the services of a registered nurse for eight (8) consecutive hours, seven (7) days a week. This continues to be a deficient practice as no DON was hired at the time of the visit. The Facility continues to struggle to meet registered nurse staffing requirements.

- Based on interview and record review the Facility failed to obtain psychotropic medication consents for four (4) of six (6) residents reviewed. Although the Ombudsman's representative did not review urinary tract infections, the plan of correction related to this deficiency has been approved by the IDPH and the Facility has since been returned to substantial compliance.

- Based on observation, interview and record review the Facility failed to administer medications in accordance with physician's orders and timely for one (1) of five (5) residents reviewed. The Ombudsman's representative reviewed medication records and did not note missing medications on any medication administration records.

- Based on observation, interview and record review the Facility failed to ensure a resident was free of a significant medication error for one of one resident reviewed. Although the Ombudsman's representative did not review medication error information, the plan of correction related to this deficiency has been approved by the IDPH and the Facility has since been returned to substantial compliance.

- Based on observation, interview and record review the Facility failed to label an open insulin pen with the open date for one of one resident reviewed. During a review of the medication room and medication cart audit, the Ombudsman's representative did not find any mislabeled medications.

- Based on observation, interview and record review the Facility failed to provide the correct consistency for a pureed diet for three of three residents reviewed. The dietary department is currently substituting protein that purees easier than that which caused the deficiency.

- Based on observation, interview, and record review the Facility failed to properly label open refrigerator items, failed to clean the refrigerator and the range hood, and failed to provide residents bread without mold on it. At the time of the visit, the kitchen continued to struggle with sanitation issues. The acting administrator was made aware of the concerns noted.

- Based on interview and record review the Facility failed to ensure required personnel attended the required quarterly Quality Assessment and Assurance ("QAA") committee meetings. The Facility has a QAA committee meeting scheduled when the medical director returns to duty.

4

Based on observation, interview, and record review the Facility failed to designate an onsite certified infection preventionist who works at least part-time in the Facility. The resident care coordinator is now a certified infection preventionist.

C.    Physical Plant and Environmental Services

The Facility is a one-story, tan brick structure with a large front patio with adequate seating. The Facility is situated on a large lot with sufficient parking and attractive landscaping. The front door opens in a foyer area leading to a day room and dining area.

During the physical plant tour, the following topics were noted:

- In several locations within the Facility, the walls were noted to be damaged and required both plaster and paint repairs.

- No issues were noted in the ceiling; there were no signs of water damage or cracks or holes.

- The floors were old but were reasonably clean.

- In the laundry, two (2) operating washers and dryers were observed. Supplies including detergent, towels, wash clothes, sheets, pillows etc. were noted to be available in adequate amounts.

- There is a small generator on site capable of providing limited emergency power for necessities such as signage. However, lights, power outlets nor kitchen refrigeration are not powered.

Currently one (1) resident uses an e-cigarette, and a smoking assessment has been completed for them by the social services director. Smoking aprons are available to residents that require them if the need arises.

7833811

D.    Resident Observation/Life Enrichment

The Ombudsman's representatives entered the Facility after lunch was completed and could not observe dining service. Throughout the day residents were seen sitting in the hallways and in the Facility's community area. Occasionally they were observed watching television. The activities calendar showed that a resident council was scheduled for a 2:00pm meeting. At approximately that time, ten (10) residents were seen entering the meeting. Following the meeting, a "tea social" was held on the front patio with eight residents in attendance.

E.    Resident Interview

One (1) resident was interviewed in their room. The resident stated that the staff was friendly and was happy with the care provided. Their call bell was answered timely, and care needs were being met by the staff. The resident has an order for an altered diet and is happy with the quality of food provided, including the variety of items. They do not use Facility transportation. The resident reported that they use the Facility's trust fund services and has access to their money in a timely manner.

F.    Clinical Services

Piper City Rehab currently does not currently have a DON to manage the clinical processes within the Facility; however, the Facility is recruiting a director. The resident care coordinator is filling this position but does not meet the regulatory requirement to be the DON as they are a licensed practical nurse and not a RN. The Facility is meeting its DON requirement through the acting administrator, who is an RN.

Care givers provide services on three (3) shifts. Two (2) nurses are on duty for first and second shifts, and one (1) nurse covers the third shift. Nine (9) CNAs are employed. Currently four (4) CNAs cover the first shift, three (3) CNAs cover the second shift, and two (2) CNAs cover

6

the third shift. However, the acting administrator reported that the facility is not currently meeting required RN hours on a weekly basis.

Inspection of the Facility's medication carts found them to be locked with narcotics appropriately secured. A review of medication records determined they are current with no indications of medication administrations being missed or not signed off by nurses. The medical supply storage area was noted to be well stocked as were the carts. Staff reported that there was sufficient supplies and equipment available to meet the needs of the residents.

Currently there are no Facility residents with COVID nor any in isolation. The most recent case of COVID occurred in the winter of 2023. All but four (4) residents and all but two (2) staff members are fully vaccinated for COVID.

G.    Risk Management

A daily clinical meeting is held each morning along with a weekly risk meeting covering such topics as behaviors, falls, wounds, etc. and a quarterly QAPI meeting. The medical director and pharmacist consultant attend the QAPI meeting. The Facility's social service director manages the resident care plan process and schedules meetings in collaboration with the Facility's MDS coordinator. Payday training occurs bi-weekly where required training topics are delivered to the staff so as to meet regulatory requirements. A sign-in sheet documents attendance of participants. Ad-hoc training is utilized to meet special staff training needs.

The most recent worker's compensation claim occurred the week prior to the visit when a staff member was taking out the trash and the wheel came off of the barrel, reportedly causing the employee to fall.

7

H.    <u>Medical Records</u>

The Facility uses Point Click Care ("<u>PCC</u>"), an EMR system, for all recordkeeping. The version of PCC in use does not allow the Facility to upload documents, so paper charts are still maintained. The administrator reported that family and residents attend care plan meetings.

I.    <u>Dietary Services</u>

During the tour of the kitchen, the Ombudsman's representative made a number of observations and noted some alleged deficiencies.

- The floor was noted to be sticky and dirty.

- There were no temperature records on the two refrigerators and two freezers.

- The food in the warmers were not covered while being held.

- The hood was observed to be dirty with a greasy build-up.

- The Ansul fire suppression system inspection was not up to date.

- The lid for the Robot-Coupe (food processor used for producing compliant dietary textures) was broken.

- Substitution of meals for pureed diets was not authorized by the registered dietitian; only proteins may be substituted for each other.

- A list of residents who receive thickened liquids was not available.

- Cans were not rotated upon the receipt of a new shipment of food.

- No cleaning schedule was available.

There was enough food available in the inventory to meet care needs.

J.      <u>Emergency Preparedness</u>

The acting administrator reported to the Ombudsman's representative that the records for preventive maintenance and life safety could not be located. Therefore, these records were unavailable for review during the Ombudsman visit.

7833811

**<u>Exhibit S</u>**
Petersen Health Business, LLC
Sandwich, IL

A.    <u>Overview</u>

Debtor Petersen Health Business, LLC and Petersen Health Care XI, LLC d/b/a Sandwich

Rehabilitation and Healthcare Center ("<u>Sandwich</u>" or the "<u>Facility</u>"), is located at 902 E. Arnold

St., Sandwich, IL 60548. It is a sixty-three (63) bed SNF licensed by the IDPH. The census at the

time of the Ombudsman's visit was twenty-four (24). The visit took place on September 30, 2024.

Sandwich holds a Conditional License. When there are significant concerns or

noncompliance issues, the Facility may be granted a Conditional License by the IDPH. A

Conditional License requires the Facility to address specific conditions that are designed to rectify

deficiencies, improve care quality, and ensure resident safety. Common conditions might include

improvement of staffing ratios, addressing infection control practices, or implementing corrective

action plans.

The administrator reported to the Ombudsman that forty-five (45) personnel are employed

by Sandwich, including twenty-one (21) clinical, nine (9) dietary, eight (8) housekeeping, one (1)

maintenance, one (1) social service assistant, one (1) activity, and four (4) administrative staff

members. The director of nursing is new to the Facility as there was not one on the previous

assessment. The maintenance director and activities director are new to the Facility and have joined

the Facility since the previous Ombudsman's report dated June 14, 2024.

B.    <u>Regulatory</u>

The CMS Nursing Home Care website assigned the Facility an aggregate one-star rating.

This is the result of a one-star Health Inspection rating, a three-star Staffing rating, and a three-

star Quality Measures rating.

7833811

On July 3, 2024, the IDPH conducted a complaint survey at the Facility. A review of the complaint showed that the Facility received a deficiency for failing to prevent a drug diversion or to investigate said diversion. In the same complaint survey the IDPH cited an immediate jeopardy ("IJ") deficiency for not providing a dietitian-approved diet that resulted in the resident receiving the Heimlich maneuver to dislodge the food. The IJ was removed the same day as it was imposed. However, noncompliance remained at a Level Two because additional time was needed to evaluate the implementation and effectiveness of the in-service training.

Due to the drug diversion occurrence, the administrator stated that most of the nursing staff was replaced. The Ombudsman's representatives met the new staff members upon entering the Facility.

The IDPH conducted a complaint survey on September 11, 2024 for which they have not received their Form 2567, the formal statement of deficiencies. However, on the exit conference it was noted that they had a resident-to-resident abuse allegation where one resident hit another resident and cause a nosebleed. The alleged perpetrator is no longer at the Facility.

During the same exit conference, an elopement was cited. The administrator states that the nurse's statement gives one reason for what happened. However, the CNAs say that the resident got out of the building as the alarm went off and proceeded to a stop sign at the end of the property, which is about twenty feet from the door.

C.    Physical Plant and Environmental Services

The Ombudsman's Representative found the grounds to be well-maintained with ample parking for guests, personnel, and residents. No physical plant concerns were observed during the Facility tour. Overall, the interior was well maintained and pleasing to the eye. The independent

2

living facility has two (2) studio units, eight (8) one-bedroom units, and two (2) two-bedroom units.

Housekeeping services are provided to Courtyard Estates of Piper City, by Piper City Rehab and Living Center. The housekeeper maintains the Facility; common areas were observed to be clean during the visit. The Facility has two (2) washers and two (2) dryers. One washer is currently inoperable, but the remaining unit meets the needs of the residents.

      D.      <u>Resident Observation/Life Enrichment</u>

During the tour, residents were observed actively engaged in a bingo game in the main dining area. The residents appeared to be well-groomed and dressed appropriately. The interaction between staff members and residents was observed to be respectful and reciprocal. A posting showed an activity contest to name the new birds at the Facility.

      E.      <u>Resident Interactions</u>

Informal interactions with the Sandwich residents were pleasant and conversational. The residents asked questions regarding the Ombudsman's representatives and the purpose for being at the Facility. During the formal interviews, the residents had no complaints or concerns regarding the care and services provided at Sandwich. The residents were aware of the responsible person to whom they could voice any concerns or complaints. A review of the Facility resident council meeting minutes revealed no unaddressed resident concerns or suggestions.

      F.      <u>Clinical Services</u>

A registered nurse serves as the DON and oversees clinical services at the Facility. The new DON started on September 16, 2024. The Facility uses contracted agency staff to fill voids in scheduling. The Facility's nursing staff consists of all RNs with one LPN and meets the regulatory RN staffing requirements. Nurses work 12-hour shifts with one (1) on the first shift and one (1) on

3

the second shift. CNA coverage includes three (3) on the first shift, three (3) on the second shift, and one (1) on the third shift.

The medical director and pharmacy consultant are in the Facility monthly and attend the quarterly QAPI meeting. The interdisciplinary team conducts weekly reviews of resident care areas that include accidents and incidents, infection control and prevention, weight loss, residents with behavioral concerns, and psychotropic medication usage. A report of falls showed one fall occurring in September 2024. Sandwich uses a third-party provider to manage its wounds; currently there is one stage II, one stage III, and three stage IV wounds among residents. All are noted to be improving on the documentation. Two (2) residents with weight losses were noted per the registered dietitian consultant notes. Care plan interventions were in place for all care concerns.

Interviews were conducted with the DON and additional clinical staff, and they reported no concerns regarding staffing shortages that could impact the delivery of care and services to residents.

G.    Risk Management

The Facility conducts risk analysis as part of the quality assurance process and includes issues such as the physical plant concerns previously noted, the Conditional License, and the most recent survey with the elopement. Sandwich has four (4) Hoyer lifts with three (3) currently working. The beds are mostly mechanically operated with a crank with only approximately 20% being electric. Processes are in place to complete a root cause analysis of identified concerns and update resident records as indicated. The interdisciplinary team meets weekly to discuss currently identified issues. Specific education related to safety is provided.

7833811

H.    Medical Records

A hybrid medical record consisting of both paper-based and electronic documentation is maintained for each resident. A review of the clinical records included physicians' orders and functional assessments needed to create individualized care plans for residents. Based upon a review of some resident records by the Ombudsman's representatives, it appears the Facility staff updates the care plan information to align with the evolving needs of the residents.

I.    Dietary Services

The Facility posts monthly menus in the dining area and other areas of the Facility. The kitchen was clean with a posted cleaning schedule, and staff was wearing appropriate personal protective equipment. The pantry area was found clean overall although a couple of boxes were placed on the floor. All food was labeled and stored appropriately.

J.    Emergency Preparedness

Responsibility for oversight of the emergency management plan is designated to the administrative team and reviewed annually. The documentation examined showed the five-year fire inspection was up to date, last being completed on July 8, 2024. The fire extinguishers were in compliance and were inspected in May 2024. The most recent fire suppression inspection was completed the week prior to the Ombudsman visit as reported by the maintenance director, but the records were not available for review. The Ansul system inspection was completed on May 2, 2024. These have all been brought into compliance since the last Ombudsman visit to the Facility. The review of the Facility's emergency preparedness manual, which details the locations of emergency exits, disaster and evacuation plans, and the methods for maintaining care continuity to guarantee resident safety, found the manual to be adequate and did not show areas of concern.

5

**Exhibit T**
Jonesboro, LLC
Jonesboro, IL

A.     <u>Overview</u>

Debtor Jonesboro, LLC d/b/a Jonesboro Rehab and Healthcare Center ("<u>Jonesboro</u>" or the "<u>Facility</u>"), is a seventy-seven (77) bed SNF licensed by the IDPH. The census at the time of the Ombudsman's visit was twenty-nine (29). The visit took place on September 18, 2024.

The administrator reported to the Ombudsman's representative that thirty-six (36) personnel are employed by Jonesboro including nineteen (19) clinical, five (5) dietary, seven (7) housekeeping, one (1) maintenance, one (1) social service assistant, one (1) activity, and two (2) administrative staff members. Currently the business office manager is also working as the social services director until a new employee has been hired for that role. The Facility has an interim DON as it did during the last visit by the Ombudsman's representative.

B.     <u>Regulatory</u>

The Facility has a three-star rating on the CMS Nursing Home Care website. This rating is based on a four-star health inspection rating, one-star staffing rating, and three-star quality measures rating. A skilled nursing facility's star rating is determined by how it compares to comparable freestanding nursing homes.

The last survey was conducted by the IDPH occurred in December 2023 and the findings were discussed in the Ombudsman report filed with the Court on June 14, 2024. No complaint surveys were conducted by the IDPH at the Facility since December 7, 2023.

C.    Physical Plant and Environmental Services

Jonesboro's grounds were noted to be slightly overgrown on arrival by the Ombudsman's representative. The Facility is a one-story brick structure with a flat roof. Door damage that had been noted in the previous Ombudsman report was found to have been repaired during this visit.

The Facility's main door is electronically locked and opens onto a large dining/multi-purpose space. The Resident Bill of Rights, as well as contact information for the State and Local Long-Term Ombudsman, were displayed in the resident all-purpose area. Survey findings were published and up to date.

During the tour of the physical plant, the following topics were identified:

- The shower room was found to have old, missing tile and grout.

- The maintenance staff was stripping and waxing the hallway on the 200 hall. The 300 hall handrails were loose throughout the entire hall and this information was provided to the Administrator.

- Room 307 commode tank lid was missing. Two metal shelf brackets were found without a shelf which could pose a risk.

- Room 310 hot water faucet is inoperative.

- Wall coverings (carpet-like product) were observed to be very worn in the hallways.

D.    Resident Observation/Life Enrichment

During the visit to Jonesboro, residents were seen engaging in activities in the dining room/all-purpose area. Residents were properly groomed and dressed, and they were actively engaged in self-initiated activities such as assembling puzzles. An activity calendar was posted in each resident room.

7833811

E.    <u>Resident Interviews</u>

Two (2) residents were interviewed. One (1) was at the facility for nine (9) years and was the president of resident council. They verbalized that they kept busy with coloring, crochet, puzzles and bingo games. They stated that the food was "exceptional," and that the dietary manager "keeps it under control." An alternative diet is available to the resident, and supplies are available to meet her care needs. The second resident verbalized "I like living here." They do not participate in activities as that is their choice.

F.    <u>Clinical Staffing/Services</u>

The Facility uses 12-hour shifts for staffing, with one (1) nurse on the first and second shifts. The CNAs are on 8-hour shifts with three (3) on the first shift, two (2) on the second shift and one (1) on the overnight shift. The Facility does not meet RN staffing requirements. The orientation process for new clinical staff is thorough, with six (6) hours of orientation using training videos and paperwork. After this is completed, the new staff receives three (3) days of on-the-floor orientation. The Facility has a low turnover rate.

Currently there is not a COVID outbreak or isolation in the facility. All but two residents are fully vaccinated, but no staff is fully vaccinated.

G.    <u>Risk Management</u>

Three risk-related reports were made to the IDPH during the past three (3) months. One involved a resident-to-resident incident where no injury occurred, and the other two (2) were fall incidents with one resulting in a fractured right hip and the other in a laceration to the forehead.

The Facility had seven (7) falls within the last sixty (60) days resulting in one (1) hospitalization. Six (6) weight losses were noted with three (3) being significant. The Facility appears to be following the dietary orders, and dietary notes clearly showed the weight loss to be

7833811

directly related to past practices of the resident such as skipping breakfast or only eating foods brought in by the resident's family.

The Facility holds a monthly safety committee meeting. The worker's compensation insurance carrier sends out monthly in-service information to train staff on safety issues. A check off list is used in the event of an injury. The initial report for injuries is completed and sent to both the carrier and the corporate office. The Facility obtains witness statements where possible. Safety data sheets are in use and they are currently maintained in the kitchen and the maintenance office.

The Jonesboro staff meet daily to review risk. This daily review covers accidents, events, resident behavioral issues, skin impairment, weight concerns, wound healing progress, and clinical documentation

H.      Medical Records

The Facility maintains its records using a paper-based system except for MDS and care plans, which are maintained using an EMR system. The MDS coordinator states that invitation cards are mailed to families and responsible parties. Both in-person and telephone meetings are held to discuss care plans.

I.      Dietary Service/Kitchen

The Facility kitchen is very clean. The floors were mopped just prior to the Ombudsman visit. Prep areas were clean, and storage areas and pantry were well organized. All food was found to be properly stored and dated with proper temperature logs available. The dining menu was posted as was the cleaning schedule.

7833811

J.      <u>Emergency Preparedness</u>

Fire extinguishers were found to be compliant with respect to outside vendor inspections. The last inspection occurred in August 2024. The internal inspections were current and last occurred in September 2024.

There is a functional gas-fired electric generator which powers two (2) outlets in the Facility located near the nursing station as well as several lights in the 100 hall. The remainder of the building including the kitchen are not on generator power.

7833811

**Exhibit U**
Bushnell AL RE, LLC, CYE Bushnell HCO, LLC
Bushnell, IL

A.    Overview

 Debtors Bushnell AL RE, LLC, CYE Bushnell HCO, LLC d/b/a Courtyard Estates of

Bushnell, is a thirty-eight (38) bed nursing facility licensed by the IDPH. The census at the time

of the Ombudsman's visit was twenty-eight (28). The visit took place on September 10, 2024.

The administrator reported to the Ombudsman that forty (40) personnel are employed by

Bushnell, including twenty-four (24) clinical, twelve (12) dietary, one (1) housekeeping, one (1)

maintenance, zero (0) social service assistant, one (1) activity, and one (1) administrative staff

members. The Administrator does not have a current Illinois Nursing Home Administrator's

License. He has been employed at this facility since June 2024 and is an AIT.

B.    Regulatory

The last annual survey was July 2024 where there were serious concerns related to a

resident's fall. The Facility took no action and said the resident laid on the floor for approximately

ten (10) hours, was then transported to the hospital with a broken shoulder, and expired two days

later.

On July 11, 2024, the Facility had its annual licensure survey and follow up on a facility

reported incident. This resulted in citations due to the following: the Facility failed to transfer

residents safely with use of a gait belt; the Facility's staff failed to have documentation of an initial

health evaluation; inadequate job training; non-compliance with the Health Care Worker

Background the Nurse Aid Registry; and the Facility failed to have dementia training for its staff.

Additionally, the Facility staff neglected to provide care and assistance to a resident who

had fallen and was observed on the facility video falling and being left on the floor without care

or assistance for over ten (10) hours and the facility failed to report allegations of abuse. The Facility has had no state reportable in the last three months.

C.    Physical Plant and Environmental Services

The Administrator reported that there are several broken air conditioning units in resident rooms, the ceiling leaks, and one washing machine is inoperable. He further stated that due to the lack of funding, it's been difficult to get things replaced or repaired.

The grounds are somewhat maintained but grass needs to be trimmed around the building.

The entry area is nice and inviting. The Facility has a courtyard that is well maintained and a gazebo with a grill.

D.    Resident Observation/Life Enrichment

The residents were observed in a couple of small groups – one group was chatting and the other group was playing cards. The residents were appropriately dressed, and the temperature of the building was appropriate.

The Facility has a van that provides outings for the residents. The Facility reports that they have petty cash of up to $700. However, the activity director has not received funds in the last 16-plus months and is supposed to get $100 for memory care activities and $100 for general population activities every month. The activity director states that she uses her own money to provide activities to the residents. She has been in the community for thirteen (13) years.

There is an activity calendar that is very diversified for all residents' enjoyment.

The executive director stated that he provides receipts and documentation to corporate finance to have petty cash available for each month.

7833811

E.    Resident Interviews

Three (3) residents were interviewed, two (2) at one (1) time and one (1) at another time. They used phrases like "being at home except less work." They thought the food was very good and one even described it as being excellent. One stated that they were new to the Facility but has not found anything unsatisfactory. Two of the residents stated there are alternatives to the foods that they disliked, and agreed the facility was delightful.

The other resident, who had lived at the Facility for a couple of years, felt the food was good sometimes and not so good others time, however they agreed there were alternatives, and thought the Facility had good activities.

The staff was interviewed, such as the dietary person who was there for two weeks, and said there was enough supplies and food, and that she had no issues with the equipment. Two (2) caregivers were interviewed about the Facility and, except for a broken washer, felt positive about the Facility.

F.    Clinical Staffing

Clinical scheduling consists of one (1) nurse, the wellness director, and four (4) certified aides on the first shift with one (1) nurse and four (4) nurse aides on the second shift, and two (2) nurse aides on the midnight shift with the wellness director on call. The Facility does not use agency staffing.

The Facility is currently experiencing a Covid outbreak and at the time of the assessment, eight (8) employees and seven (7) residents had confirmed cases of Covid.

3

G.    <u>Risk Management</u>

The Facility has a daily stand-up meeting where they discuss relevant topics, new planned referrals, discharges, and changes in resident's conditions. In addition, any applicable referrals are reviewed.

The Covid documentation is very good and current to date. The Facility has a planned immunization clinic to be scheduled.

The Facility has an active grievance policy with no noted grievances at this time. There were two (2) resident incident accident reports that were reviewed on June 16, 2024. Appropriate follow up was noted for both with follow through by clinical staff.

H.    <u>Medical Records</u>

The Facility's care plans and assessments are on paper, and the Facility uses communication books. An assessment is completed upon a resident's entrance and, after two weeks of observation, the assessment is revised/reviewed. A care plan is then developed with any changes from assessments. That information is provided in a meeting via a phone call or in person as a care plan.

The Facility uses a daily notebook for each resident. It uses monthly tracking QAPI reports and resident incident reports, and the staff meets one time weekly to assess risk. The Facility uses a mitigate risk binder and notebooks. Resident behaviors and falls are also tracked in a notebook.

I.    <u>Dietary Service/Kitchen</u>

Overall, the kitchen was in very good shape. The floor and prep area were clean, and a cleaning schedule is being followed. Temperatures are not recorded to date on the refrigerator/freezer.

4

7833811

The foods are labeled appropriately. The pantry was well stocked. Dietary cards were available and there is a steam table with piping hot food in prep for lunch.

Some dietary staff were noted as not wearing face masks and hairnets. Several staff were noted walking through the kitchen to go outside. However, they are not kitchen employees and were also not wearing hairnets.

J.    Emergency Preparedness

The Facility does not have an emergency generator; however the city of Bushnell has an emergency generator, and power can be supplied to all residents including the facility in the event of a power outage.

There was a life safety fire functional test May 23, 2024. Midwest lock and alarm fire sensitivity testing occurred on  May 23, 2024. Ansul testing was completed. The last fire protection noted was completed by Pipco on May 31, 2022.

Fire drills were completed but inconsistent with only day shift drills in April, May, and June. Fire extinguishers were updated by an outside vendor May 2024, and the last internal update was September 5, 2024.

7833811

**Exhibit V**
Lebanon HCO, LLC
Lebanon, IL

A.        Overview

 Debtor Lebanon HCO, LLC d/b/a Lebanon Care Center ("Lebanon" or the "Facility"), is a ninety (90) bed SNF licensed by the IDPH. The census at the time of the Ombudsman's visit was fifty-two (52). The visit took place on August 25, 2024.

The administrator reported to the Ombudsman that the Facility employs seventy-nine (79) personnel, comprising of the following employees: fifty-three (53) clinical, ten (10) dietary, eight (8) housekeeping, one (1) maintenance, one (1) social service assistant, one (1) activity, and five (5) administrative staff members.

B.        Regulatory

As reported by the Facility's Administrator, there are no outstanding citations at this time. The last annual licensure survey by the IDPH was completed February 28, 2024, and the date of the last complaint visit by the IDPH was July 30, 2024, where they found no findings. There have been no Immediate Jeopardy citations or Civil Money Penalties in the last ninety (90) days.

C.        Physical Plant and Environmental Services

The Facility's curb appeal presents well. There is a circular drive with convenient parking at the front of the building and the Facility's sign is at the center of the circle. The grounds are attractive with several large shade trees at the front of the building and two (2) exterior areas furnished with patio furniture. A few residents were observed enjoying this area.

There are many physical plant issues throughout the Facility. Shower rooms/bathrooms have flooring with chipped paint or missing ceramic tiles. Some of these rooms are also used for storage and many resident rooms are not even used. The floor surfaces in many parts of the Facility are very sticky.

Bathrooms adjoining resident rooms have many structural issues with metal door frames rusted near the floor, leaving large gaps between the hanging door frame and the floor, thereby exposing sharp metal edges. Many of the doors and frames have a black stain and are very soiled. There is a significant odor in many of the rooms.

Fire extinguishers throughout the entire Facility do not have a current inspection card. Fire Alarm pull stations are encased within a locked plastic cover with the key tied to the box. Staff reported this kept residents from pulling the fire alarms. No residents were noted ambulating throughout the Facility during this Ombudsman's visit.

There were two (2) public bathrooms with "out of order signs" taped to the doors. Staff reported these bathrooms have been out of order for a long time. Cove base is missing in several areas of the Facility and the floor is noted to have a strong buildup of old wax and dirt. Call light covers are missing above many of the resident doors.

There were wet rags behind the washing machine/dryers, and the laundry employee stated she didn't know why these were there. She also didn't know if the washing machines were leaking water. A steady stream of water was observed at the sink/faucet in the laundry room. The laundry employee stated that the sink has been dripping for some time, although there was a stream of water coming from the faucet.

The beauty shop door was unlocked and there were many items noted to be "kept out of reach of children" but were accessible to residents. This room also houses the Facility's copy machine.

The staff were noted going into residents' rooms without knocking on doors and did not close curtains when providing care.

7833811

The therapy room door was unlocked and a hydrocollator was left unattended. The exterior of the hydrocollator surface was noted to be extremely hot and was accessible to residents.

D.     <u>Resident Observation/Life Enrichment</u>

Residents were well groomed and many were watching television in their rooms. While an activity calendar is taped to each resident's door, no activities occurred during this visit.

E.     <u>Resident Interviews</u>

Three (3) residents were interviewed and while somewhat passive, did communicate they liked living at the Facility - the food was good, and the staff was attentive to their needs. A resident's spouse was interviewed, and they stated that for the most part, they were content with the spouses' care. This Facility also has a secured memory care unit. Residents in this unit were clean and all of them were in the dining room awaiting lunch. A nurse aide was conversing with the residents and keeping their attention while waiting for lunch.

F.     <u>Clinical Services</u>

The facility has eight (8) hour shifts with two (2) nurses on day shift, evenings and nights, in addition to six (6) nurse aides on days, five (5) on evenings and four (4) on nights. The Facility is currently meeting the Registered Nurse requirement (eight (8) consecutive hours a day, seven (7) days a week). The Facility has not had a Covid Outbreak for many months. 50% of the residents are current with Covid immunization and zero (0) employees are current.

There is one (1) stage three pressure injury admitted with and the Facility has Amera-Wound services visiting every week to assess the skin integrity of residents.

Assessment of resident rooms noted the following areas of concern: no oxygen signage on doors of resident rooms where oxygen concentrators were in use; oxygen cannulas observed touching the floor when not in use; a suction machine with grayish liquid contents on a bedside

3

table with the suction catheter touching the floor. The clean utility room was well organized but the soiled utility rooms had odors and the floor was sticky. Medication rooms were well organized and clean. Medical and treatment carts were also clean and stocked.

G.    Risk Management

There has been twenty-eight (28) falls in the last two (2) months with several residents sent to the emergency room. The Ombudsman representative interviewed nurses that stated it was because they were so short staffed and often nurse aides are pulled to other wings leaving areas unsupervised. Care plans address falls with new interventions in place.

The Facility maintenance director was interviewed, and he could not address when safety meetings were held. There were no documented records to support any such meetings.

The administrator stated that they receive in-service material from their workers' comp carrier each month and this is utilized for staff training. Safety data sheets are on hand and available at the nurse's station.

H.    Medical Records

Point Click Care is not fully integrated as only the care plans and minimum data sets are incorporated into this currently. All other departmental documentation is on paper.

I.    Dietary Service/Kitchen

Several areas of the kitchen are in disrepair. Wet and stained bath blankets were on the floor near the base of the cabinet housing the coffee maker. Staff stated that they believed the drainage pipe under the floor had collapsed and as a result, it backflows.

The garbage disposal has been removed as it stopped working. When discarded food is put into the sink, the staff take it out and put the discarded food in the trash can. All trash cans in the kitchen were without lids. Gnats were in the dish machine area. The dish machine leaks as the shut

4

off mechanism is not working, and it continues to fill therefore causing an overflow of water to spill onto the floor. The ceiling vent directly above the three-compartment sink was covered with lint and grease. The steam table will not drain as staff suspect this drain has also collapsed under the floor. A shop vac is used to empty the water from the steam table.

The walk-in freezer had a huge buildup of ice on the door and about three (3) feet into the unit on the floor. The dietary manager stated it has been like this for some time.

The kitchen suppression system did not have a current tag on it indicating the date of last inspections. The maintenance director provided documents from Tri-State Fire Protection of a service report dated November 17, 2023. This report documents that the kitchen hood is heavily soiled with grease, and that the pull station needs to have conduit and cable rerun.

Many of the wheels on the carts are either broken, soiled, or coming loose from the carts. The toaster in the kitchen was dirty with crumbs and grease-like substance on the surface. The grease trap backs up into the kitchen, creating a sewer gas-like smell.

The dietary a/c on the roof has a broken fan blade although it continues to be used. One (1) dietary male with facial hair was noted to be without a beard guard. There were dietary staff noted without hairnets. There were dietary staff touching food without wearing gloves. As noted by the last Registered Dietitian Consultant report dated August 26, 2024, three (3) residents had experienced weight loss: (i) 7.2 % over the course of one (1) month, 12.8% over the course of six (6) months, which is significant; (ii) 13% weight loss over the course of three (3) months; and (iii) 4.5% weight loss over the course of one (1) month, 8% weight loss over the course of three (3) months, and 13.4% weight loss over the course of six (6) months, which is significant. Diet order changes were recommended for each of the three (3) residents. The dietary manager states that she shares the Registered Dietitians report with nursing for follow-through.

5

J.        <u>Emergency Preparedness</u>

Fire extinguishers throughout the Facility are out of date. There were no Safety Meetings recorded to date. The Facility assessment is not current to date. The staff could not report that they participate in fire or emergency drills.

7833811

**Exhibit W**
Shawnee Rose, LLC
Harrisburg, IL

A.    Overview

Debtor Shawnee Rose, LLC d/b/as Shawnee Rose Care Center ("<u>Shawnee Rose</u>" or the "<u>Facility</u>") is a sixty-eight (68) bed nursing facility licensed by the IDPH. The census at the time of the Ombudsman's visit was thirty-one (31). The visit took place on September 19, 2024.

The administrator reported to the Ombudsman that thirty-three (33) personnel are employed by Shawnee Rose, including twenty (20) clinical, five (5) dietary, four (4) housekeeping, one (1) maintenance, zero (0) social service assistant, one (1) activity, and two (2) administrative staff members. The Administrator does not have a current Illinois Nursing Home Administrator's License. She has been employed at the Facility since September 2023 and is an AIT. She has filed for her temporary license but has not yet received it.

B.    Regulatory

The Facility currently does not have any outstanding citations since their annual survey, which was conducted in March of 2024.

C.    Physical Plant and Environmental Services

There are many noted brown spots on the ceiling of the Facility and as reported by the staff, the roof leaks. One shower room has chipped paint and a black substance around the bottom tile in the shower area. In other shower rooms, corner guards were coming off of the wall, as well as cove base around the floor.

The soiled utility room door was propped open.

There are missing tiles at the entrance to the laundry room. There are missing ceiling tiles in the conference room as a result of a leaking roof. There are missing or broken ceramic tiles in bath/shower rooms.

There are several rusted door frames at base line.

Oxygen signage is missing at resident rooms where oxygen is in use.

There are cubicle curtains missing in resident rooms.

There are oxygen canisters directly on the floor and not secured.

D.      <u>Resident Observation/Life Enrichment</u>

There was an activity going on at 10:00 a.m. as scheduled on the calendar. It was titled Nails and Music. There were eight (8) women in attendance and staff was assisting in interacting appropriately with the residents, however no music was playing at the time of observation. All residents were appropriately dressed, and the temperature of the Facility was comfortable.

The Facility does have an active resident council with several residents attending each month. There are currently no grievances noted with an outcome that has not been followed through with. There are four (4) to five (5) activities per day on the weekdays and two (2) activities per day on the weekends per the calendar.

E.      <u>Resident Interviews</u>

One (1) interviewed resident stated that they have lived at the Facility since December of 2022. They claimed that the food is pretty good and there is variety. The food is hot when supposed to be and cold when supposed to be.

Another resident stated that staff are kind to them, and they enjoy participating in the activity programs. They also stated that they were content living at the Facility.

F.      <u>Clinical Services</u>

The medication room is small but clean and organized. Medication and treatment carts were locked and noted to be well stocked. Medication administration records were current to date.

The clinical staffing schedule consists of one (1) nurse on the day shift and one (1) nurse on the night shift. They work 12-hour shifts.  In addition, they have two CNAs on the first, second, and third shift. The facility does not meet the RN requirement. The nurses complete three (3) days of on-the-job training for new hires.

The Facility has a COVID outbreak in the building that started on September 10, 2024. Some staff are noted as wearing mask while others are not. Six (6) residents are fully vaccinated as well as one (1) staff member. Currently they have one (1) resident with a urinary tract infection, and one (1) resident with cellulitis with no pressure injuries in-house.

The DON has decided to step down in this position unless she can be talked into staying. Currently the Facility needs two (2) nurses for day shift. These needs are currently being filled by the DON and the MDS.

G.    Risk Management

The Facility conducts a daily stand-up meeting with all interdisciplinary staff in attendance. In this meeting, they review a specific area of care each day that is applicable to the needs of the residents.  There are on-going educational in-services provided for all departments and records of attendance are kept.

H.    Medical Records

Point Click Care ("PCC") is not fully integrated. They use paper for clinical documentation. The MDS and care plans are in PCC. Chart surfaces were noted to be very soiled and contents very disorganized to the tabs insertion. The nurses' notes were reflective of the residents' care and there appeared overall to be appropriate follow through with the five (5) records that were reviewed.

3

7833811

I.      <u>Dietary Service/Kitchen</u>

At 10:30 a.m. there was one dietary employee that had just come in to prepare lunch for the residents. This employee stated that she was ill but agreed to come in and work since there were no other available dietary employees. The maintenance man was also in the kitchen prepping the trays with dietary cards. He was not wearing a hairnet or beard guard.

The dietary staff member reported that she was going to switch the lunch meal and the dinner meal as it would be easier to prepare since she was running behind. She also stated because dietary is short staff, they are often substituting meals. The kitchen does not keep records when there are meal substitutes.

The triple sink area was dirty with vegetables and crumbs in one of the sinks and a package of meat being defrosted, floating in water in another sink. The water was warm to touch and the meat in the package was noted to be soggy.

The microwave in the dietary department was dirty with baked on food residue.

Refrigerator / freezer temperatures were not recorded to date on any records attached to the units.

There was a towel-like large linen cloth draped across an entire prep table by the sink that held serving utensils. This towel was noted with many wet stains.

The floor was in the process of being stripped but dirty overall.

Flies were noted in the kitchen swarming above an open garbage receptacle.

The soap container to dish machine is empty.

The dish machine is leaking.

The base of the prep table is badly rusted.

The drainage pipe remains across the floor of the kitchen and poses a tripping hazard.

4

J.        Emergency Preparedness

The Facility does not have a safety committee but plans to put one in place in the next few weeks. The fire alarm test and fire extinguishers are current to date. Contracted inspections, sprinkler system, fire extinguisher, sensitivity and functional testing is current to date.

7833811

**Exhibit X**
Petersen Health Care, LLC
Collinsville, IL

A.      Overview

Debtor Petersen Health Care, LLC d/b/as Collinsville Rehab and Healthcare ("Collinsville" or the "Facility") is a ninety-four (94) bed SNF licensed by the IDPH. The census at the time of the Ombudsman's visit was fifty (50). The visit took place on September 26, 2024.

The administrator reported to the Ombudsman that fifty-six (56) personnel are employed by Collinsville, including three-four (34) clinical, six (6) dietary, eight (8) housekeeping, one (1) maintenance, one (1) social service assistant, one (1) activity, and eight (8) administrative staff members. The Administrator does have a current Illinois Nursing Home Administrator's License. She has been employed at the Facility since July 25, 2022.

B.      Regulatory

The Facility currently has no open citations. The last annual licensure survey was November 17, 2023. Since this inspection, there has been one complaint survey dated September 3, 2024,  regarding inadequate cooling, where no deficiencies were cited. Current survey inspections are in a binder available for public access. Plans of corrections have been followed and remain intact.

C.      Physical Plant and Environmental Services

The Facility's curb appeal is very nice and the lawn well-manicured. There is convenient parking directly in front of the Facility leading to the main entrance. Overall, the Facility's interior and exterior are very nice. The floors are well maintained, including the resident rooms, bathrooms, and storage rooms. No odors were noted during this assessment. The stock and storage rooms were well organized and clean. All applicable doors were noted to be securely locked. The

fire extinguishers' attached cards are not current to date for monthly checks by maintenance. The handrails are missing end caps exposing sharp edges.

D.    Resident Observation/Life Enrichment

The residents were observed participating in activities and enjoying themselves. The September calendar has a wide variety of activities geared toward resident interests. The resident council is scheduled, and council minutes are reflective of resident participation with no noted concerns. Council minutes were reviewed for meetings that took place on August 21, and September 18. Weekend activities consist of television and music in the dining room each Saturday and weekend packets or television in the dining room each Sunday. Activity staff are not present on the weekends, but weekend packets and plans are made for the residents if they wish to participate on their own. Residents were appropriately dressed, hair groomed, nails manicured.

E.    Resident Interviews

A total of three (3) residents were interviewed. Collectively, they are pleased with the clinical services they receive. They enjoy the food, and it is always served hot. If there is a food they dislike, they are given a food substitute choice. No residents expressed dissatisfaction with any department.

A daughter of a resident was also interviewed. She stated the facility is good and staff were very attentive to the resident's needs. The daughter also stated that she is pleased that staff are responsive to calling her or letting her know if there is a change in condition for her parent.

F.    Clinical Services

The medication administration records were current and to date. The medical storage room is clean and well organized. There are ample medical supplies on hand, including personal protective equipment. There have been zero COVID cases for some time at the Facility. A clinic

is being set up with a Healthcare Provider to administer the next round of COVID vaccinations. The medication and treatment cart, as well as the medicine room, were noted to be locked.  The Soiled and Clean utility rooms were locked and noted to be very clean.

The Facility operates with eight (8) hours shifts for the clinical team with two (2) nurses on days, evenings and nights. Additionally, there are five (5) nurse aides on days, four (4) on evenings and four (4) on nights. The Facility is meeting the Registered Nurse requirement. Currently there are no pressure injuries in-house and one foley catheter.

There were fourteen (14) falls in August with one (1) requiring hospitalization, and two (2) falls in September. Several of the residents have flu-like symptoms and sometimes there is unstable staffing.

G.    Risk Management

There are no active workers' compensation claims, and the administrator reports that there has not been a claim in a long time. She attributes this success to the orientation that the staff receive upon hire and the continued in-service training that the Facility provides. Likewise, the administrator deemed that there are no incidents or accidents with residents that need to be reported to the IDPH. The administrator is not aware of any pending lawsuits.

H.    Medical Records

The Facility is not fully Point Click Care integrated and only care plans and MDS are integrated through this program. All other records are paper. Medical records and assessment are current to date.

I.    Dietary Service/Kitchen

The kitchen is very clean and the dates noted on refrigerator and freezer are current. The prep area is notably clean. The cleaning schedule on hand is being followed. Hairnets are worn by

3

all staff. Substitutes are available to residents with food dislikes. There are tray cards available and being used. The pantry is well stocked.

J.    <u>Emergency Preparedness</u>

Life safety documents with contracted inspections are current to date. The Facility has excellent document tracking practices in place to monitor timely inspections. All doors are affixed with electronic alarm mechanisms. The exit lights are operable and in place. The fire extinguishers are in applicable locations and inspected by contracted services. Water temperatures are monitored and recorded. Fire drills and disaster drills are documented and tracked for effectiveness.

4

**Exhibit Y**
Petersen Health Network, LLC
Rochelle, IL

A.      Overview

Debtor Petersen Health Network, LLC d/b/a Rochelle Gardens Care Center ("Rochelle Gardens" or the "Facility"), is a seventy-four (74) bed SNF/ICF licensed by the IDPH. The census at the time of the Ombudsman's visit was fifty-six (56). The visit took place on October 1, 2024.

The administrator reported to the Ombudsman that the Facility employes forty-seven (47) personnel, including twenty-five (25) clinical, six (6) dietary, seven (7) housekeeping, one (1) maintenance, one (1) social service assistant, two (2) activity, and six (6) administrative staff members.

B.      Regulatory

January 10, 2024, three (3) complaint investigations resulted in findings where the Facility failed to: (i) monitor and assess a non-pressure wound; (ii) ensure staff who tested positive for COVID were not allowed to work; and (iii) ensure testing was completed for all staff and residents when a positive COVID case was identified.

On February 23, 2024, a complaint investigation resulted in a finding that the Facility failed to ensure that a resident's medical record was complete with documentation from outside services that the resident was receiving.

February 28, 2024, a complaint investigation determined the Facility failed to obtain physician orders to ensure a resident received their pain medication, and the Facility failed to ensure a resident's medical care was being overseen by a primary care physician.

April 4, 2024, two (2) complaint investigations resulted in findings that the Facility failed to: (i) notify a resident's family/contact person regarding two (2) falls and the resident being sent

to a local hospital for evaluation; and (ii) ensure that a resident on anticoagulant therapy was sent out to a local hospital for evaluation after having a fall with a head injury.

On April 30, 2024, an investigation resulted from a reported incident where the Facility was cited a deficiency for failure to immediately report an injury of unknown origin to the abuse coordinator/administrator and failed to thoroughly assess a resident following an injury of unknown origin.

On May 23, 2024, an Annual Licensure and Certification survey was conducted where the Facility was cited deficiencies for failure to: (i) provide a window covering or provide a window covering in good repair; (ii) ensure a resident was free of abuse (iii) provide wound care as ordered by the wound care physician; (iv) identify a wound on a resident's foot; and (v) document details regarding a resident's death.

Additionally, the Facility failed to: (i) ensure a resident's respiratory care equipment was stored and administered in a manner to prevent cross contamination; (ii) date a vial of insulin when it was opened; (iii) serve all menu items to a resident on a puree diet; (iv) wash and sanitize food preparation equipment in between food items; (v) have interventions in place to mitigate the growth and spread of legionella and maintain logs of interventions; (vi) ensure residents were provided influenza and pneumococcal immunizations as required; (vii) ensure residents were provided COVID immunizations as required; and (viii) ensure a resident corridor had a section of handrails in place.

On July 2, 2024, as a result of a reported incident, the Facility was cited an Immediate Jeopardy for failing to ensure a resident at high risk for elopement did not leave the Facility unsupervised.

On September 1, 2024, the Facility failed to treat a resident's pain as ordered by the physician, and failed to timely reorder a controlled substance pain medication that the pharmacy required a new prescription from the physician.

      C.      Physical Plant and Environmental Services

Throughout the Facility, the door facings are badly marred with several having exposed wood. A shower room door frame had exposed bare wood on the interior wall and the dry wall surface was non-existent.

There is a crack going the entire length of the maintenance room's ceiling. The maintenance man stated he did not know what caused this. There is also a hole in the outside exterior wall in this room stuffed with a cloth used to cover the opening.

The linen hampers were noted to be full of soiled linen, presenting odors in the hallways. A resident was observed getting ice out of an ice chest located in the hallways and they placed the scoop inside the chest once finished. No one was monitoring this ice chest or the resident.

The dining room wall was marred with drywall replacement that was unfinished nor painted.

The staff reported that there is a leaking sprinkler pipe causing a large open hole in the ceiling of the therapy room. This will be the second time that this has occurred.

There is a garage on the property adjacent to the nursing home with a discarded air conditioner unit on the ground and other miscellaneous items piled up.

The Clean utility room contained burnt out lightbulbs on ceiling fixtures. Due to the Facility having insufficient funds, the electronic door alarms were non-functional, so the Facility administrator put battery operated alarms on all exit doors. Electronic mechanisms are now working.

7833811

Several boxes (18) were observed stacked in a resident's hallway. The maintenance director stated that these are cases of diapers, which are more accessible to staff when needed if kept in this location.

Observations related to specific resident rooms are as follows:

•    Resident Room #38 – Wall damage around the wall a/c unit.

•    Resident Room #30 – The door to this room drags against the floor when opened.

•    Resident Room #31 – There is a strong odor of cigarette smoke. This was brought to the attention of the maintenance director.

•    Resident Room #33 – Signage on this door stated the bathroom is out of order – this is used for a storage room very disorganized with multiple items discarded on the floor. The carpet is very stained with odor noted in multiple areas of the building.

The hallway lighting is poor with multiple light bulbs burnt out.

D.    Resident Observation/Life Enrichment

The residents were appropriately dressed and noted to be involved in an activity. A review of the activity calendar indicated that no activities are scheduled on the weekends and mostly repeated each week per the activity schedule. The Resident Council is not scheduled on the calendar and there are no special events held in the Facility by the department or volunteers.

E.    Resident Interviews

Resident council meeting notes were reviewed for August and September with a total of 5 grievances resolved. Two (2) residents were interviewed. They had no complaints about their living arrangement. They also stated the food was good and that the staff treated them well.

7833811

F.      Clinical Services

The medication cart was locked but the treatment cart was unlocked, which is where medication/ointments are stored. Medication bottles were observed on top of the medication cart and was unsupervised. The medication room was well organized and clean.

Currently the Facility has five (5) catheters in-house with supporting documentation for each.  There are two (2) pressure injuries, a stage IV house acquired, and a stage II house acquired. A wound doctor comes to the Facility each week from Vohra.

G.      Risk Management

The administrator reported that the Facility does not have a formal safety committee. There was no survey binder available in a prominent location for review. The administrator stated it was impossible that she could do it all with surveyors in the building almost weekly and/or monthly. The administrator stated that she tries to schedule activities but staff turn-over is an issue. There is a daily meeting with the interdisciplinary team to discuss a different topic relevant to resident needs each day.

H.      Medical Records

Medical records are in clinical binders for each resident. Point Click Care is integrated for MDS and Care plans. Care plans were not current and per a review with nursing staff, all falls are not kept current with updated interventions per the care plan team.

I.      Dietary Service/Kitchen

The last Registered Dietician Consultation was September 10, 2024. As documented per her report, there were five (5) residents with significant weight loss and five (5) with significant weight gain. Her recommendations were to continue with the current plan of care and two (2) of

5

the residents were to be reweighed. Dietary and Clinical staff work together on following the Registered Dieticians ("RD") recommendations and communicate well.

In addition, the RD did a dietary sanitation quality assurance review and the kitchen complied in all areas. A tour of the kitchen revealed partial floor surfaces uncovered with floor tile missing in front of the dish machine and circling around the outer wall. This is because of a drain issue whereas the concrete flooring had to be broken up, and new piping installed. All of this has been corrected with the exception of replacing tile.

Dietary staff complied with wearing hairnets, using gloves when handling food, temps were recorded for the refrigerators/freezers. The pantry was not clean or organized, and boxes were stacked on shelves too close to the ceiling. Dietary staff report that there are two (2) air handlers in the kitchen not working that also impact the temperature in the dining room. During this assessment it was not overly hot outside so the temperature in the interior of the kitchen and dining area was somewhat comfortable.

J.     Emergency Preparedness

Upon request, the Facility did not provide contract inspection reports or internal inspections completed by the maintenance department.

The administrator confirmed that the sprinkler system failed the last contracted inspection. She did not have a copy of the inspection but stated that there are multiple holes in the sprinkler pipes and that the contracted service could not run a complete test due to the possibility of leakage. The administrator also stated that due to the lack of funds, the Facility's electronic door alarms were inoperable for thirty (30) days but are now functional. This was confirmed by the Ombudsman representatives on the day of their visit.

7833811

**Exhibit Z**
Swansea HCO, LLC
Swansea, IL

A.      Overview

Debtor Swansea HCO, LLC d/b/a Swansea Rehabilitation and Care Center ("Swansea" or
the "Facility"), is a ninety-four (94) bed SNF licensed by the IDPH. The census at the time of the
Ombudsman's visit was thirty-three (33). The visit took place on September 24, 2024.

The administrator reported to the Ombudsman that forty-seven (47) personnel are
employed by Swansea, including twenty-five (25) clinical, seven (7) dietary, nine (9)
housekeeping, one (1) maintenance, one (1) social service assistant, one (1) activity, and four (4)
administrative staff members. The DON is new to the Facility as there was not one employed
during the previous assessment. The Maintenance Director and Activities Director are new to the
Facility and replaced those employees from the previous assessment. The other management staff
remained the same.

B.      Regulatory

The CMS Nursing Home Care website assigns the Facility an aggregate 1-STAR rating.
This is the result of a 1-STAR Health Inspection rating, a 1-STAR Staffing rating, and a 3-STAR
Quality Measures rating. The comparison of a nursing home to other freestanding nursing homes
and to optimal staffing levels is the basis for a 5-star rating in a SNF. In order to obtain five (5)
stars, a nursing home must satisfy or surpass the CMS staffing study thresholds for both the number
of registered nurses and the total number of nursing hours per resident day. The Nursing Home
Care Compare website provides patients with the opportunity to evaluate ratings.

The IDPH was at Swansea on August 6, 2024, for a complaint investigation. Swansea
received the following deficiency: Environmental Conditions for a roof leak. Swansea has made
certain repairs, including to the roof, since this survey. While no active ceiling damage was noted

7833811

during the audit, an interview revealed that some leaking still occurs during rainstorms. The Plan of Correction following the investigation was approved, and the IDPH has since brought the Facility back into full compliance.

The IDPH was subsequently at Swansea on September 5, 2024, for a complaint investigation. Swansea received the following deficiency:  Free from abuse. A memory care resident with conditions related to impaired cognition hit another resident with a safety floor sign, causing a laceration. The perpetrator of the incident had no knowledge of the situation after it occurred. The Plan of Correction following the investigation was approved, and the IDPH has since brought the Facility back into full compliance.

C.    Physical Plant and Environmental Services

Swansea is a one-story brick building with a flat roof and sufficient parking in a gravel parking lot. The entrance is on the side of the building where one walks into a hallway after entry through a coded alarmed door.

The facility tour was basically uneventful. Overall, the Facility was found clean with maintained floors, wall and most ceilings. Some ceilings were found with brown spots consistent with water damage, while no active water damage was viewed at the time of the assessment. Enough supplies were noted during the tour. However, the door containing the medical supplies was open but not ajar. The clean utility room was also found open but not ajar.

D.    Resident Observation/Life Enrichment

Upon entrance, there were residents participating in board games in the main dining area. The residents were appropriately groomed and dressed, and they actively engaged with the staff. In several locations in the Facility, the community posted activity calendars on bulletin boards. The calendar posted noted two activities per day and one on each weekend day.

7833811

E.    Resident Interview

The Ombudsman's representatives interviewed one (1) resident who has been at the Facility since November 2023. The resident revealed no concerns about the quality of care and services provided at Swansea. The resident stated, "I love it here, they got me walking again."  The resident noted the food to be tremendous, "I gained 40 pounds over the year I have been here."

F.    Clinical Services

A new DON was hired and has the responsibility of the Facility's clinical aspects. Interviews were conducted with clinical staff, and they reported no concerns regarding staffing shortages that impact the delivery of care and services to residents. Two (2) nurses are scheduled for the first shift and one (1) for the second shift. CNAs are scheduled at the rate of four (4) the first shift, three (3) for the second shift and two (2) for the third shift. An agency is used to assist with nurse coverage.  Regulatory RN coverage is met through RNs and DON coverage.

Doctor Asad Zaman is the Medical Director and comes to the Facility one (1) time per month for QAPI purposes. Dr. Zaman has a nurse practitioner who attends the Facility weekly to manage the patient population. Falls and wound data was reviewed. Three (3) falls were noted in September and two (2) in August, all had root cause analysis and interventions in place. Three (3) wounds were noted, one (1) of which is a pressure. The notes proved by the wound provider Vohra, showed the wound improving. Weights were stable per the dietitian report.

The most recent case of COVID occurred two (2) weeks ago, where one (1) resident tested positive. Sixteen (16) residents are fully vaccinated and one (1) staff member is fully vaccinated.

G.    Risk Management

The interdisciplinary team conducts weekly reviews of resident care areas that include accidents and incidents, infection control and prevention, weight loss, residents with behavioral

concerns, and psychotropic medication usage. Processes are in place to complete a root cause analysis of identified concerns and update resident records as indicated. Residents are assessed for smoking safety and compliance with smoking rules. Receptacles for discarding smoking materials are readily available and in good working condition.

Swansea uses Kuhl as its workers' compensation insurance carrier. Currently, there are no outstanding claims. If an incident would occur, a "workers comp packet" is available to assist in creating the initial claim. An investigation, obtaining statements, and a drug test are part of the process. Safety meetings are held on a monthly basis with the interdisciplinary team. When asked, the administrator stated that they don't have a light duty policy in the event of an injury.

H.    Medical Records

A hybrid medical record is maintained for each resident. A review of the clinical record included written advanced directives, physicians' orders and functional assessments needed to create individualized care plans for residents. Care Plan meetings occur throughout the week at Swansea. The process is managed by the social service director who uses the MDS coordinator's assessment cycle to determine meeting dates. Post cards are used to invite responsible parties to the care plan meetings.

I.    Dietary Service/Kitchen

Swansea furnishes three (3) meals a day, offers alternative meal selection and snacks. The Facility posts menus in the main dining room along with an alternative menu. The tour of the kitchen revealed an adequate supply of food. The kitchen holds three refrigerators and three (3) freezers. The documentation on the temperature and cleaning logs was inconsistent. A dishwasher temperature log was available and up to date. Food workers were dressed appropriately with gloves and hair nets.

4

J.      <u>Emergency Preparedness</u>

The Resident Care Ombudsman representative examined Swansea's emergency preparedness data, which was up to date. The Ansul hood in the kitchen, the fire suppression system, and the fire extinguishers were last inspected in August of 2024. During the last review, these required inspections because the previously listed inspections were found to be out of compliance.

7833811

**Exhibit AA**
Rosiclare HCO, LLC
Rosiclare, IL

A.        Overview

Debtor Rosiclare HCO, LLC d/b/a Rosiclare Rehab and Health Care Center ("Rosiclare" or the "Facility") is a sixty-two (62) bed SNF licensed by the IDPH. The census at the time of the Ombudsman's visit was thirty-five (35). The date of this Ombudsman visit was September 19, 2024.

B.        Regulatory

The Facility had a complaint investigation on June 10, 2024; Complaint No. 2454104/Il173586:

• Based on observation, interview and record review, the Facility failed to ensure residents' rights were protected due to a failure to ensure resident privacy by not providing a curtain or door to cover the commode stall area in the women's common area bathroom.

• Based on interview and record review, the Facility failed to ensure residents were able to choose what time they got up in the morning.

• Based on interview and record review the Facility failed to report an allegation of staff to resident abuse to the State Survey Agency.

• Based on interview and record review the Facility failed to thoroughly investigate an allegation of staff to resident abuse.

• Based on observation, interview, and record review the Facility failed to provide timely incontinence care.

• Based on observation, interview, and record review, the Facility failed to implement interventions to prevent the development of new pressure ulcers for a resident at high risk and failed to timely identify a new pressure ulcer.

7833811

•       Based on observation, interview, and record review, the Facility failed to ensure interventions to prevent falls were implemented and followed.

•       Based on observation, interview, and record review, the Facility failed to provide incontinence care per current standards of practice.

•       Based on observation, interview, and record review, the Facility failed to store food in accordance with professional standards for food service safety and maintain floors, walls and equipment in a safe and sanitary condition.

•       Based on observation, interview, and record review, the Facility failed to maintain an effective pest control program.

First Certification Revisit to Complaint No. 2454104/Il173586, on July 10, 2024, with two repeat citations:

•       Based on observation, record review, and interview, the Facility failed to maintain equipment in safe and sanitary manner to prevent potential contamination and failed to maintain a kitchen free of pest.

•       Based on observation, interview, and record review the facility failed to maintain an effective pest control program to rid the facility of flies and roaches.

First Complaint Certification Revisit to survey date 07/10/24. Complaint No. 2454104/Il173586:

•       Based on observation, interview, and record review the Facility failed to follow the recommendations of the pest control company to ensure an effective pest control program was in place.

•       Based on observation, interview, and record review the Facility failed to maintain a working hot water heater and keep the kitchen free from pests. This failure resulted in the Facility

2

going without hot water in the kitchen for weeks and during that time not putting a procedure in place to properly clean and sanitize dishes, equipment and food contact surfaces as well as adhere to proper hand hygiene protocols all the while having an infestation of roaches putting residents at risk for harmful disease-causing pathogens.

Second Complaint Certification Revisit to survey date 06/10/24. Complaint number #2454104/Il173586 with two repeat citations:

•       This Complaint was subject to an Immediate Jeopardy indication and severity level of L.

•       Based on observation, interview, and record review, the Facility failed to follow the recommendations of the pest control company to ensure an effective pest control program was in place.

•       The administrator stated they were working very hard to be "rid of the roaches" in dietary. It was verified that hot water was available in the dietary department.

C.      Physical Plant and Environment

The grounds are clean with patio-like furniture at the front entrance. The front door drags against the concrete entrance area and will only open partially. The administrator reported that a new door is supposed to be ordered.

The floors were clean throughout the Facility and no odors were noted. Several unoccupied rooms are used for storage and are cluttered. A wall air-conditioner was missing, and the opening was partially covered with wood allowing for penetration points around the seal. Many flies were in the Facility and the administrator reported that they have additional "fly lights" to combat this.

Several of the exit door seals are cracked and broken thereby allowing flies to enter the building. All applicable doors were locked, soiled and clean utility, maintenance closet, electric

3

7833811

room. The temperature was comfortable, and all ceiling fans were operational in the two halls. Bathroom fixtures were in good repair with  no odors. Resident rooms were neat, and clutter free for the most part. Cubicle curtains afford privacy and call lights were in place as needed. Communal bathroom/showers were in good condition.

       D.     <u>Resident Observation/Life Enrichment</u>

The residents were clean and appropriately dressed. Several of them were enjoying a game of bingo in the afternoon. An activity calendar is posted with a diverse number of activities. The Facility has an active Resident Council with good involvement from those attending each month. The Residents elect to go on outings as noted in the Council Minutes.

       E.     <u>Resident Interviews</u>

Upon review of the resident grievances on August 14, 2024, and September 11, 2024, concerns were made known of missing clothes in the laundry, nurse aides needing to answer call lights timelier, and those wearing protective undergarments would like to be changed more often. In addition, food is almost always served cold. There were eight (8) grievances filed in June - 5 in July, and 2 in August.

       F.     <u>Clinical Services</u>

The Facility currently has a LPN covering for the DON while they search for applicants to fill this position. In addition, the facility administrator is an AIT. She reported that she is taking her administrator exam next month.

Currently the Facility has twenty-three (23) CNAs, and eleven (11) nurses (split between LPNs and RNs) that make up the nursing schedule. They do not have sufficient RN coverage to meet the regulatory requirement of an RN being on staff eight (8) consecutive hours a day, seven (7) days a week. Staffing consists of twelve (12) and eight (8) hours shifts with two (2) nurses on

days and evenings and one (1) on nights: four (4) nurse aides on days, three (3) on evenings, and two (2) on nights. The clinical department does a 3-day orientation process for nurses and nurse aides.

The Facility is in COVID Outbreak as of September 15, 2024, where two (2) employees tested positive. The Facility staff were noted to be wearing masks. The Facility is in the process of scheduling with a Healthcare Provider to visit the facility for COVID vaccinations for residents and staff.

Based on record review, there have been seven (7) falls in the last sixty (60) days resulting in a fractured hip (August 3, 2024) and a fractured L1 vertebral (August 24, 2024). Interventions were appropriate per care plans.

A wound doctor is not available to the Facility so any resident requiring this service is transported to Eldorado Primary Care. Currently there is one (1) stage II pressure injury – house acquired. The staff were noted to timely pass the residents' medication and the medicine cart was well organized. The medical room is locked, and only licensed staff have access to the key.

G.   Risk Management

The Facility continues to have daily stand-up meetings with a different topic relative to cares of the residents, *i.e.*, catheter care, pressure injuries, weight-loss, etc. The Facility also manages the documentation of grievances from residents and family/representatives with prompt follow through. In addition, condition changes of residents are reviewed daily in the morning stand up meeting with follow-through to the resident's physician or other inter-disciplines as applicable.

H.   Medical Records

The Facility utilizes Point Click Care for the residents' care plans and minimum data assessments. All other documentation is paper. Clinical records revealed nurses' notes, physician

7833811

notifications, therapy notes, dietary, and activity/social services. Medication administration and treatment records were current and to date, and reflective of the status for each resident.

I.    <u>Dietary Service/Kitchen</u>

The kitchen was clean at prep time for the dinner meal and the menu was being followed. The pantry was well stocked and can goods rotated according to labeled dates. The refrigerator and freezers likewise were well stocked, and temperatures were recorded. There were flies noted in the kitchen and gaps were around the kitchen back exit door that would allow passage. Also, the base of this kitchen exit door frame is rusted. The staff reported that all equipment is working and there is no longer issues with hot water.

J.    <u>Emergency Preparedness</u>

The Facility maintenance director is responsible for the emergency preparedness of the Facility. Fire extinguishers were noted to be currently up to date, including the dietary Ansul system. Interviewed staff stated that they received training on fire drills and emergency evacuation procedures and that this is on-going. Fire extinguishers are accessible, and exits were not blocked.

6

**Exhibit BB**
Petersen Management Company, LLC
Mount Vernon, IL

A.    Overview

Debtor Petersen Management Company, LLC d/b/a Mt. Vernon Health Care Center ("Mt. Vernon" or "Facility"), is a one hundred six (106) bed SNF licensed by the IDPH. The census at the time of the Ombudsman's visit was forty-seven (47). The visit took place on September 25, 2024.

The administrator reported to the Ombudsman that fifty-seven (57) personnel are employed by Mt. Vernon, including thirty-nine (39) clinical, five (5) dietary, six (6) housekeeping, one (1) maintenance, one (1) social service assistant, one (1) activity, and four (4) administrative staff members. The acting administrator is an AIT. The AIT has submitted the temporary license information and is awaiting the IDPH's approval. The DON provided notice of resignation, dated October 15, 2024. A new DON was hired, and the Facility is finalizing the details for her start date.

B.    Regulatory

The Facility has an overall 2-STAR rating on the CMS Nursing Home Care website. This is derived from a 2-STAR Health Inspection rating, a 3-STAR Staffing rating, and a 2 STAR Quality Measures rating. A 5-star rating in a skilled nursing facility is based on how a nursing home compares to other freestanding nursing homes and to optimal staffing levels. To earn 5 stars, a nursing home must meet or exceed CMS staffing study thresholds for both RN and total nursing hours per resident day. Residents can review ratings on the Nursing Home Care Compare website.

Mt. Vernon has a "Red Hand" on the CMS website signifying abuse was noted during an IDPH survey. On the March 11, 2024, an annual survey was conducted by the IDPH.

7833811

On June 27, 2024, a complaint survey occurred where one federal deficiency was received. The deficiency was due to a substantiated abuse claim. The failure resulted in a fractured rib, a skin tear and sustaining discoloration to the left cheek bone of a resident all due to a resident-to-resident incident. The alleged perpetrator has a low Brief Interview for Mental Status score and has no knowledge of any of the events occurring. This resident has not had any negative altercations since this occurrence (May 17, 2024). The IDPH returned since the first deficiency, the Plan of Correction was approved, and the Facility was returned to substantial compliance.

C.    Physical Plant and Environmental Services

Mt. Vernon is a one-story brick building painted tan and brown, with a flat roof. The shrubs and plants are well kept. The alarmed door opens to a lobby that is light grey/blue in color with an electric fireplace where the administrator's office is located. The area is clean, has plenty of seating, is well kept, and has nice décor. During the tour it was noted that the tile throughout the Facility (a linoleum-based product) was kept clean and contained no holes or chipping. The doors housing supplies were locked throughout the Facility. Sufficient supplies were found to be available. No odors were noted during the tour.

The memory care shower room was missing tile and lotions were noted. Ceiling tiles were noted to have spots consistent with water damage. When asked, a care giver confirmed that there are leaks in the Facility from time to time with rain. The patio area in the memory care unit was found to be overgrown and had several plastic cups scattered throughout. The smoking area was found well-kept and now containing a smoking receptacle for finished cigarettes that was not the case in the last audit.

The air conditioning in the middle hall is not functioning. During an interview, the maintenance director stated that the problem is due to freon. The thermostat near the maintenance

2

office is functioning and is checked daily by the maintenance director. When asked, the maintenance director could not produce a temperature log for the temperatures in the middle hall. The Regional Director of Maintenance were available to the maintenance director, nursing department, kitchen and environmental services department. The laundry area is clean, and the machines were both operational. No lint buildup was noted and plenty of supplies were available within.

### D.    Resident Observation/Life Enrichment

During the Facility tour, residents were observed during lunch in both the memory care unit and the skilled unit. Sixteen (16) residents with four (4) staff members were found in the memory care unit while fifteen (15) residents with four staff members were in the skilled area enjoying lunch. Residents were appropriately groomed and dressed. The staff participated in meal distribution in an "all hands-on deck" style. Tables were served together, and plates were removed from the serving tray as necessary. Lunch was noted to be served on time during this audit.

The areas were clean and provided adequate lighting. Staff interacted with residents in a friendly manner and provided assistance to each resident as they required. The chicken meal that was served matched the menu. Alternative meals and specialized consistency meals were also noted. The activity calendar was reviewed, a car show is planned for October 15, and a fair with local venders scheduled for the next day.

### E.    Resident Interview

The residents were well groomed and in good spirits completing activities of their choosing. The residents overall kept to themselves and were not very talkative. The resident that the Ombudsman's representative spoke to had been in the at the Facility over a year. The resident did not have any care issues, and stated that the food is okay.

3

7833811

F.    Dietary Services/Kitchen

The kitchen tour was mostly unremarkable. The floors while older, were clean, as were the counters and equipment. The toaster was found with excessive crumbs and the microwave needed to be cleaned. The garbage receptacle needed a lid. The kitchen held multiple refrigerators and freezers, all of which had plenty of food that was wrapped and dated, and appropriate audits being conducted in a timely manner. Overall, there were four (4) freezers, and four (4) refrigerators, some of which were double. Alternative menus were posted. The garbage disposal is not functioning.

G.    Clinical Services

An RN acts as the DON and oversees the nursing department. She has previously provided notice of resignation, and a new DON has been hired.  The Facility also employs a Resident Care Coordinator, an LPN.

The Ombudsman's representative reviewed fall incident/accident reports, weekly wound reporting, any state reportable within the last three months, and the Facility resident council minutes. All of these had appropriate interventions and root cause analysis completed.

There is one catheter in house with appropriate diagnosis and care planned.

Medication and treatment carts were clean and observed to be locked with plenty of medication. Medication administration records were reviewed and found to be free of missed medications.

The Facility is agency free and is consistently meeting the RN coverage requirements. Two nurses are employed during the first shift and one on the second shift. Five (5) CNAs are used for the first shift, five (5) for the second, and three (3) for the third.

4

H.    Risk Management

The Facility has daily morning meetings to address risk issues. On a weekly basis, specific risk issues *i.e.*, fall, weights, wounds, behaviors, etc. are discussed and addressed. The Medical Director and pharmacy consultant are available on a quarterly basis for a QAPI meeting to address past concerns and determine if appropriate measures were taken and how to improve the process.

To address the behavioral management concerns, Bespoke Wellness Partners is utilized and comes to the Facility monthly and manages emergent situations that arise on an as needed basis.

The grievance log and resident council minutes were both reviewed. Most issues concerned food likes and dislikes and missing clothing items. Appropriate and consistent remedies were put in place.

I.    Medical Records

Mt. Vernon uses a paper system to manage medical records. Only MDS and care plans are electronic through Point Click Care. The Social Service Director calls the resident representative to invite them to care plan meetings which are held in person or via phone call. Care plan meetings are held multiple times per week, but do not have much participation per the Social Services Director and the MDS Coordinator. Notes from each meeting are forwarded to the resident representative so they are apprised of topics addressed at the meeting.

J.    Emergency Preparedness

Emergency preparedness plans are in place. Required drills are current and have been conducted timely with sign-in sheets for participants. An individual ledger is used to track required education. All inspection reports are current to date.

7833811

At the prior audit, it was noted that fire extinguisher tags needed to be replaced as the sections that identified the correct dates needed to be completed. This has since been corrected and the inspections are now up to date.

7833811

## **CONCLUSION**

As stated above, the Ombudsman is monitoring all facilities, and visited twenty-eight (28) facilities and did not observe any significant concerns during this Report Period. The Ombudsman continues to work with the Debtors' employees to facilitate information flow, and the Debtors' employees have been cooperative. The Ombudsman will submit her next report within sixty days and will inform the Court if there are any critical concerns discovered prior to that time, as necessary. The Ombudsman will submit detailed information on additional facilities on a rolling basis as she continues to monitor all the Facilities.

7833811