# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SC HEALTHCARE HOLDING, LLC *et al.*,** | Case No. 24-10443 (TMH) |
| Debtors.[1] | Jointly Administered |

### NOTICE OF AGENDA FOR HEARING OF MATTERS SCHEDULED FOR NOVEMBER 25, 2024 AT 1:00 P.M. (ET)

> **This proceeding will be conducted remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before [or, for a first day hearing, one-hour prior to] the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**UNCONTESTED MATTER GOING FORWARD**

1. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Compromise and Agreement Between Certain Debtors and HNC/HK, Inc. (f/k/a Heritage Nursing Center, Inc.), Jackson Heights Nursing Center, Inc., and Heritage Nursing Center, L.L.C. [D.I. 1023, 11/19/24]

    Objection Deadline:   November 25, 2024 at 12:00 p.m. (ET)

    Related Documents:

    A. Order Shortening Notice with Respect to Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Compromise and Agreement Between Certain Debtors and HNC/HK, Inc. (f/k/a Heritage Nursing Center, Inc.), Jackson Heights Nursing Center, Inc., and Heritage Nursing Center, L.L.C.  [D.I. 1027, 11/20/24]

---

[1] The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584.  The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC 830 West Trailcreek Dr., Peoria, IL 61614.  Due to the large number of debtors in these Chapter 11 Cases, whose cases are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information is available on a website of the Debtors' claims and noticing agent at http://www.kccllc.net/Petersen.

2

Objections\Responses Filed:  None to date.

Status:  This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: November 21, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Shella Borovinskaya*<br>Andrew L. Magaziner (No. 5426)<br>Shella Borovinskaya (No. 6758)<br>Carol E. Thompson (No. 6936)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: amagaziner@ycst.com<br>sborovinskaya@ycst.com<br>cthompson@ycst.com<br><br>and<br><br>**WINSTON & STRAWN LLP**<br>Daniel J. McGuire (admitted *pro hac vice*)<br>Gregory M. Gartland (admitted *pro hac vice*)<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Telephone: (713) 651-2600<br>Facsimile: (312) 558-5700<br>T: (312) 558-5600<br>Email: dmcguire@winston.com<br>Email: ggartland@winston.com<br><br>and<br><br>Carrie V. Hardman (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>Email: chardman@winston.com<br><br>*Counsel for the Debtors and Debtors in Possession* |