# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SC HEALTHCARE HOLDING, LLC *et al.*, | Case No. 24-10443 (TMH) |
| Debtors.[1] | Jointly Administered |

### NOTICE OF AMENDED[2] AGENDA FOR HEARING OF MATTERS SCHEDULED FOR APRIL 17, 2025 AT 10:00 A.M. (ET)

**PLEASE NOTE COURTROOM CHANGE:
THE HEARING WILL BE HELD
IN COURTROOM NO. 7.[3]**

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

*[Continued on Next Page]*

---

[1] The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584. The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC 830 West Trailcreek Dr., Peoria, IL 61614. Due to the large number of debtors in these Chapter 11 Cases, whose cases are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information is available on a website of the Debtors' claims and noticing agent at http://www.kccllc.net/Petersen.

[2] **Amendments appear in bold.**

[3] **The Courtroom has been changed from Courtroom No. 4 to Courtroom No. 7 at the direction of the Court.**

**RESOLVED MATTER**

1. Notice of Filing of Proposed Order Approving Agreement Between the Debtors and the Bank of Rantoul [D.I. 1367, 3/27/25]

    Objection Deadline:    April 10, 2025 at 4:00 p.m. (ET)

    Related Documents:

    A. Certification of Counsel [D.I. 1387, 4/11/25]

    B. Order Approving Agreement Between the Debtors and the Bank of Rantoul [D.I. 1390, 4/14/25]

    Objections Filed:    None.

    Status:  An order has been entered.

**CONTESTED MATTER GOING FORWARD**

2. Debtors' Motion for Entry of an Order (I) Approving the Combined Plan and Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing the Deadline for Administrative Expense Claims; (III) Establishing Solicitation and Voting Procedures; (IV) Approving the Form of Ballots and Solicitation Materials; (V) Establishing the Voting Record Date; (VI) Fixing the Date, Time, and Place for the Combined Hearing and the Deadlines for Filing Objections Thereto; and (VII) Granting Related Relief [D.I. 1366, 3/25/25]

    Objection Deadline:    April 8, 2025 at 4:00 p.m. (ET), *extended for Mark Petersen, Wells Fargo, N.A., and Berkadia Commercial Mortgage, LLC to April 10, 2025 at 4:00 p.m. (ET), and for the Office of the United States Trustee and the Official Committee of Unsecured Creditors to April 15, 2025 at 11:00 a.m. (ET)*

    Related Documents:

    A. Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [D.I. 1365, 3/25/25]

    B. **Notice of Filing of Blackline of Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [D.I. 1398, 4/16/25]**

    C. **Notice of Filing of Liquidation Analysis [D.I. 1399, 4/16/25]**

D. **Notice of Filing of Revised Proposed Order (I) Approving the Combined Plan and Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing the Deadline for Administrative Expense Claims; (III) Establishing Solicitation and Voting Procedures; (IV) Approving the Form of Ballots and Solicitation Materials; (V) Establishing the Voting Record Date; (VI) Fixing the Date, Time, and Place for the Combined Hearing and the Deadlines for Filing Objections Thereto; and (VII) Granting Related Relief [D.I. 1400, 4/16/25]**

Objections Filed:

A. Objection of Column Financial, Inc. to Debtors' Motion for Entry of an Order (I) Approving the Combined Plan and Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing the Deadline for Administrative Expense Claims; (III) Establishing Solicitation and Voting Procedures; (IV) Approving the Form of Ballots and Solicitation Materials; (V) Establishing the Voting Record Date; (VI) Fixing the Date, Time, and Place for the Combined Hearing and the Deadlines for Filing Objections Thereto; and (VII) Granting Related Relief [D.I. 1380, 4/8/25]

B. United States Trustee's Objection and Reservation of Rights in Response to Debtors' Motion for Entry of an Order (I) Approving the Combined Plan and Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing the Deadline for Administrative Expense Claims; (III) Establishing Solicitation and Voting Procedures; (IV) Approving the Form of Ballots and Solicitation Materials; (V) Establishing the Voting Record Date; (VI) Fixing the Date, Time, and Place for the Combined Hearing and the Deadlines for Filing Objections Thereto; and (VII) Granting Related Relief [D.I. 1389, 4/14/25]

C. Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (I) Approving the Combined Plan and Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing the Deadline for Administrative Expense Claims; (III) Establishing Solicitation and Voting Procedures; (IV) Approving the Form of Ballots and Solicitation Materials; (V) Establishing the Voting Record Date; (VI) Fixing the Date, Time, and Place for the Combined Hearing and the Deadlines for Filing Objections Thereto; and (VII) Granting Related Relief [D.I. 1392, 4/15/25]

D. Informal Response from Mark Petersen

E. Informal Response from Wells Fargo, N.A.

F. Informal Response from Berkadia Commercial Mortgage, LLC

G. **Reservation of Rights of Mark B. Petersen With Respect to (I) Debtors' Combined Disclosure Statement and Plan of Liquidation, and (II) Motion for Entry of an Order (I) Approving the Combined Plan and Disclosure Statement on an Interim Basis for Solicitation Purposes Only; (II) Establishing the**

**Deadline for Administrative Expense Claims; (III) Establishing Solicitation and Voting Procedures; (IV) Approving the Form of Ballots and Solicitation Materials; (V) Establishing the Voting Record Date; (VI) Fixing the Date, Time, and Place for the Combined Hearing and the Deadlines for Filing Objections Thereto; and (VII) Granting Related Relief [D.I. 1396, 4/16/25]**

<u>Status</u>: The Debtors are working through the issues raised in the objections and informal responses with the objecting parties and will be prepared to update the Court at the hearing. **This matter is going forward.**

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: April 16, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Shella Borovinskaya*<br>Andrew L. Magaziner (No. 5426)<br>Shella Borovinskaya (No. 6758)<br>Carol E. Thompson (No. 6936)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  amagaziner@ycst.com<br>  sborovinskaya@ycst.com<br>  cthompson@ycst.com<br><br>and<br><br>**WINSTON & STRAWN LLP**<br>Daniel J. McGuire (admitted *pro hac vice*)<br>Gregory M. Gartland (admitted *pro hac vice*)<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Telephone: (713) 651-2600<br>Facsimile: (312) 558-5700<br>T: (312) 558-5600<br>Email: dmcguire@winston.com<br>Email: ggartland@winston.com<br><br>and<br><br>Carrie V. Hardman (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>Email:  chardman@winston.com<br><br>*Counsel for the Debtors and Debtors in Possession* |