**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re** | Chapter 11 |
| **SC HEALTHCARE HOLDING, LLC** *et al.*, | Case No. 24-10443 (TMH) |
| **Debtors.**[1] | Jointly Administered |
| | **Ref. Docket No. 1629** |

**NOTICE OF HEARING TO CONSIDER APPROVAL OF**
**CONVERTING THE DEBTORS' CHAPTER 11 CASES TO CASES UNDER CHAPTER 7**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On March 20, 2024, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**I.     THE MOTION TO CONVERT THE DEBTORS' CHAPTER 11 CASES**

On May 27, 2025, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing a Deadline for Filing Final Chapter 11 Fee Applications, and (III) Granting Related Relief* [Docket No. 1629] (the "Conversion Motion")[2] seeking the conversion of these Chapter 11 Cases to cases under Chapter 7 of the Bankruptcy Code.

**Copies of the Conversion Motion and all other documents filed in these Chapter 11 Cases may be obtained and reviewed without charge at the Debtors' case website: www.kccllc.net/Petersen.**

**II.    THE HEARING TO CONSIDER THE MOTION**

**Hearing**.  A hearing (the "Hearing") to consider conversion of these Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code will be held before the Honorable Thomas M Horan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 3rd Floor, Courtroom #7, 824 North Market Street, Wilmington, Delaware 19801, on **June 4, 2025 at 10:00 a.m. (Prevailing Eastern Time)**.  The Hearing may be continued from time to time without further notice other than the announcement by the Debtors in open court of the adjourned date at the Hearing or any continued hearing or as indicated in any notice or agenda filed with the Court on the docket in these Chapter 11 Cases and posted to the Debtors' case website at www.kccllc.net/Petersen.

**Objections**.  Objections to the Conversion Motion must be filed on the docket and served on the Debtors' undersigned counsel by June 4, 2025 at 9:00 a.m. (ET).  Unless an objection is timely presented as prescribed herein, it may not be considered by the Court.  Moreover, if no objections to the Conversion Motion are received, the Court may approve the relief sought in the Conversion Motion without a hearing.

---

[1] The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584.  The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC, PO Box 620, Delavan, IL 61734.  Due to the large number of Debtors in the Chapter 11 Cases, whose cases are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information is available on a website of the Debtors' Claims and Noticing Agent at www.kccllc.net/Petersen.

[2] Capitalized terms used but not defined in this notice have the meanings ascribed to them in the Conversion Motion.

Dated: June 2, 2025
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shella Borovinskaya*
Andrew L. Magaziner (No. 5426)
Shella Borovinskaya (No. 6758)
Carol E. Thompson (No. 6936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: amagaziner@ycst.com
sborovinskaya@ycst.com
cthompson@ycst.com

and

**WINSTON & STRAWN LLP**
Daniel J. McGuire (admitted *pro hac vice*)
Gregory M. Gartland (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: dmcguire@winston.com
Email: ggartland@winston.com

and

Carrie V. Hardman (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: chardman@winston.com

*Counsel for the Debtors and Debtors in Possession*

2