# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SC HEALTHCARE HOLDING, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10443 (TMH)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1210** |

## NOTICE OF WITHDRAWAL

Mark B. Petersen ("Petersen"), by and through his undersigned counsel, hereby withdraws the *Motion for Relief from the Automatic Stay Pursuant to Section 362(d)* [D.I. 1210] filed on January 23, 2025.

Dated: June 3, 2025

**SAUL EWING LLP**

*/s/ Paige N. Topper*
John D. Demmy (DE Bar No. 2802)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19899
Telephone: (302) 421-6800
Email: john.demmy@saul.com
      paige.topper@saul.com

-and-

Barry A. Chatz (admitted *pro hac vice*)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7100
Email: barry.chatz@saul.com

*Counsel for Mark B. Petersen*

---

[1] The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584. The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC, 830 West Trailcreek Dr., Peoria, IL 61614. Due to the large number of debtors in these Chapter 11 Cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent at ww.kccllc.net/Petersen.

55642826.1