United States Bankruptcy Court
District of Delaware
824 N. Market St.
3rd Floor
Wilmington, DE 19801

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

RECEIVED
2025 SEP 16 A 9:41
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Case: 24-10528 (TMH)-Petersen Health Care Center-Mark Petersen**

September 4, 2025

Chief Judge, Honorable Karen B. Owens;

Enclosed with this letter is a "Final Notice-Settlement Offer on Outstanding Balance" from Petersen Health Care; who has filed for Chapter 11 bankruptcy in your court system. My mother, Carolyn Lewis, was a resident at Prairie Rose Health Care in Pana, Illinois, which, until November of 2024 was owned by Petersen Health Care Center. The facility in Pana, Illinois, was sold and is now owned by an unrelated company. My mother, who is in late-stage Alzheimer's, is still a resident at the Pana, Illinois facility. When my mother entered the nursing home she was on Medicare and Medicaid. All her income (Social Security, pension) was paid directly to Petersen Health Care.

On September 3, 2025, I received the enclosed notice from Prairie Rose Health Care Center (which was the name of the facility prior to being sold). I am well aware of Petersen's financial situation, bankruptcy proceedings, and the investigation into Mark Petersen's financial shuffle game. The enclosed notice has been sent to individuals who have family members currently in a sold property or who were in a sold property of Petersen's requesting an arbitrary amount to avoid collection procedures. I immediately contacted my mother's facility for information and clarity of this situation. The facility has no access to any previous accounts with Petersen Health Care. The individuals that are/were at the facility are on Medicare/Medicaid. Just like myself, I am the Power of Attorney for my mother, but I am not a financial guarantor. This "notice" from Petersen Health Care is nothing more than a deplorable scheme to steal more money from innocent people that are vulnerable due to the situation of an elderly member of their family. At the very least this is FRAUD and a phishing scam for Mark Petersen to steal more funds for his sport's complex. Just like my mother, when you have a loved one in a home, all of their

money goes toward their care automatically; you are unable to carry an outstanding balance and the patient's care needs are a predetermined monthly cost and then adjusted by their Social Security income or other assets. The income that these individuals receive MUST go to the care facility.

I beg of this court to assign a special investigator to investigate this situation. Every person in a memory care facility has already been victimized by a disease they have no control of. They've had their memories stolen from them. Their dignity erased, and everything they ever worked for or had has become property of the states. As if that wasn't enough, now, their families are being victimized by the very health care provider they entrusted their loved ones care to. Mark Petersen, any agent on his behalf, or representatives of the now bankrupt Petersen Health Care Center, who come before you asking for absolution, should be held accountable through the Federal Penal System. I ask this court to assign a Special Prosecutor to investigate this matter and to assist the families and patients that are continuing to be victimized by Mark Petersen and his agents abhorrent actions.

Respectfully,
Susan M. Neill, POA: Carolyn G. Lewis
127 E. Belleville St.
Nashville, IL 62263
neillsusan@hotmail.com
Work email: billing@roadsidets.com
Home phone: 618-314-4219
Work phone: 314-869-9503

Cc: Patrick Neill, Ana Banda BOM Rose Garden of Pana

Prairie Rose Health Care Center
PO BOX 620
Delavan, IL 61734

| STATEMENT DATE | DUE DATE | ACCOUNT NO. |
|---|---|---|
| 08/31/2025 | 09/01/2025 | 14512 |
| RESIDENT | | |
| Lewis, Carolyn (545465) | | |
| AMOUNT DUE | | AMOUNT PAID |
| $1,308.00 | | |

Please make checks payable to: Prairie Rose Health Care Center

Susan Neil
127 E Belleville Street
Nashville, IL 62263

Prairie Rose Health Care Center
PO BOX 620
Delavan, IL 61734

## Account Details

**Resident:** Lewis, Carolyn

| Date | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| | BALANCE FORWARD | | | $1,308.00 |
| | BALANCE DUE | | | $1,308.00 |



**"Caring with a Hometown Touch"**

August 1, 2025

**Re: Final Notice – Settlement Offer on Outstanding Balance**

To Whom It May Concern:

Please find the attached statement for your review. In an effort to resolve this matter, the company is willing to accept 50% of the outstanding balance if payment is received prior to September 15, 2025.

Kindly forward payment to the address below. To pay by credit or debit card, please complete the information below and return this notice with your payment.

Please note that if payment is not received by the deadline, the full balance will be referred to a collection agency or attorney for further action.

For questions regarding the outstanding balance, please call (708) 325-8654.

Very truly yours,

Dannelle Berry, Chief Financial Officer
Petersen Health Care Management
PO Box 620
Delavan, IL 61734
Dberry@petersenhc.com

---

**Payment Amount:** $ _____

**Credit Card Number:** _____

**Card Type** *(circle)* :     Visa     Mastercard     Amex     Discover

**Name on Card:** _____

**Expiration Date** *(MM/YY)* : _____     **Security Code:** _____
*(3-digits listed on the back of the card)*

Susan Neill
127 E. Belleville Street
Nashville, IL 62263

SAINT LOUIS MO 630
10 SEP 2025 PM 4 L



United States Bankruptcy Court
District of Delaware
824 N. Market St.
3rd Floor
Wilmington, DE 19801