# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SC HEALTHCARE HOLDING, LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 24-10443 (TMH) |

### NOTICE OF AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 4, 2025 AT 11:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN

**This proceeding will be conducted remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**RESOLVED MATTERS:**

1. Liquidating Trustee's Motion for Entry of an Order Establishing Procedures for Personal Injury Claimants Seeking Relief from the Plan Injunction [Docket No. 1815, Filed September 30, 2025]

    Response Deadline: October 14, 2025 at 4:00 p.m.

    Response(s) Received: None.

    Related Documents:

    A. Certificate of No Objection to Liquidating Trustee's Motion for Entry of an Order Establishing Procedures for Personal Injury Claimants Seeking Relief from the Plan Injunction [Docket No. 1821, Filed October 21, 2025]

---

[1] The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584. The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC, P.O. Box 620, Delavan, IL 61734.

B. Order Establishing Procedures for Personal Injury Claimants Seeking Relief from the Plan Injunction [Docket No. 1822, Filed October 22, 2025]

Status: An order has been entered. No hearing is necessary.

**APPROVAL OF FINAL FEE APPLICATIONS:**

2. Final Fee Applications of Estate-Compensated Professionals

   Response Deadline: October 13, 2025 at 4:00 p.m.

   Response(s) Received: None.

   Related Documents:

   A. Certification of Counsel Regarding Omnibus Order Approving Final Fee Applications of the Debtors' Professionals [Docket No. 1818, Filed October 15, 2025]

   B. Certification of Counsel Regarding Omnibus Order Approving Final Fee Applications of Counsel to Patient Care Ombudsman [Docket No. 1819, Filed October 21, 2025]

   C. Certification of Counsel Regarding Omnibus Order Approving Final Fee Applications of Counsel to Patient Care Ombudsman [Docket No. 1820, Filed October 21, 2025]

   D. Certification of Counsel Regarding Omnibus Order Approving the Final Fee Applications of the Committee Professionals [Docket No. 1825, Filed on October 31, 2025]

Status: Electronic and paper binders containing the final fee applications and documents listed on **Exhibit A** were submitted to the Court on October 21, 2025. As listed above, estate-compensated professionals filed certifications of counsel that each included a proposed order approving the applicable final fee application(s). This matter is going forward.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: October 31, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**GREENBERG TRAURIG, LLP**<br><br>*/s/ Dennis A. Meloro*<br>Dennis A. Meloro (DE Bar No. 4435)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Telephone: (302) 661-7000<br>Email: melorod@gtlaw.com<br><br>- and –<br><br>Nancy A. Peterman (admitted *pro hac vice*)<br>Danny Duerdoth (admitted *pro hac vice*)<br>360 North Green Street, Suite 1300<br>Chicago, Illinois 60607<br>Telephone:   (312) 456-8400<br>Facsimile:    (312) 456-8435<br>Email: petermann@gtlaw.com<br>            duerdothd@gtlaw.com<br><br>*Counsel for the Liquidating Trustee* |

# Exhibit A

# INDEX OF FEE APPLICATIONS FOR FINAL FEE HEARING

**Debtor Professionals**

A. Fourteenth Monthly and Final Fee Application of Winston & Strawn LLP, as Co-Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period from May 1, 2025 Through August 7, 2025, and for the Final Period From March 20, 2024 Through August 7, 2025 [Docket No. 1805, Filed September 22, 2025]

   1. Thirteenth Monthly Fee Application of Winston & Strawn LLP, as Co-Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period From April 1, 2025 Through April 30, 2025 [Docket No. 1740, Filed July 29, 2025]

   2. Certificate of No Objection – No Order Required [Docket No. 1762, Filed August 13, 2025]

B. Sixteenth Monthly and Final Application of Young Conaway Stargatt & Taylor, LLP, Co-Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Monthly Period From July 1, 2025, Through August 7, 2025, and for the Final Period From March 20, 2024, Through August 7, 2025 [Docket No. 1803, Filed September 22, 2025]

   1. Thirteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period From April 1, 2025 Through April 30, 2025 [Docket No. 1566, Filed May 14, 2025]

   2. Certificate of No Objection – No Order Required [Docket No. 1682, Filed June 11, 2025]

   3. Fourteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period From May 1, 2025 Through May 31, 2025 [Docket No. 1691, Filed June 17, 2025]

   4. Certificate of No Objection – No Order Required [Docket No. 1723, Filed July 3, 2025]

   5. Fifteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2025 Through June 30, 2025 [Docket No. 1746, Filed July 31, 2025]

   6. Certificate of No Objection – No Order Required [Docket No. 1769, Filed August 15, 2025]

C. Eighth Monthly and Final Fee Application of Duane Morris LLP, Special Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Monthly Period From July 1, 2025, Through August 7, 2025, and for the Final Period From May 1, 2024, Through August 7, 2025 [Docket No. 1804, Filed September 22, 2025]

   1. Seventh Fee Application of Duane Morris LLP, as Special Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period From April 1, 2025 Through June 30, 2025 [Docket No. 1743, Filed July 29, 2025]

   2. Certificate of No Objection – No Order Required [Docket No. 1763, Filed August 13, 2025]

D. Fifth Monthly and Final Fee Application of RubinBrown, LLP as Accounting Services Provider to the Debtors, for the Monthly Period April 1, 2025 Through and Including June 30, 2025 and the Final Period May 29, 2024 Through and Including August 7, 2025 [Docket No. 1806, Filed September 22, 2025]

E. Final Fee Application of Kurtzman Carson Consultants, LLC DBA Verita Global, as Administrative Advisor to the Debtors, for the Period From March 20, 2024 Through and Including August 7, 2025 [Docket No. 1807, Filed September 22, 2025]

   1. Fifth Monthly Fee Application of Kurtzman Carson Consultants, LLC DBA Verita Global, as Administrative Advisor to the Debtors, for the Period From April 1, 2025 Through and Including April 30, 2025 [Docket No. 1695, Filed June 18, 2025]

   2. Certificate of No Objection – No Order Required [Docket No. 1724, Filed July 3, 2025]

   3. Sixth Monthly Fee Application of Kurtzman Carson Consultants, LLC DBA Verita Global, as Administrative Advisor to the Debtors, for the Period From May 1, 2025 Through and Including May 31, 2025 [Docket No. 1744, Filed July 29, 2025]

   4. Certificate of No Objection – No Order Required [Docket No. 1764, Filed August 13, 2025]

**Committee Professionals**

F. Combined Fifth and Sixth Interim and Final Fee Application of Greenberg Traurig, LLP, Counsel to the Official Committee of Unsecured Creditors of SC Healthcare Holding, LLC et al. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the: (A) Fifth Interim Period from April 1, 2025 Through June 30, 2025; (B) Sixth Interim Period from July 1, 2025 Through August 7, 2025; and (C) Final Period from April 10, 2024 Through August 7, 2025 [Docket No. 1808, Filed September 22, 2025]

   1. Thirteenth Monthly Application of Greenberg Traurig, LLP, Counsel to the Official Committee of Unsecured Creditors of SC Healthcare, LLC, et al. for Allowance of

2

Compensation for Services Rendered and Reimbursement of Expenses for the Period From April 1, 2025 Through April 30, 2025 [Docket No. 1641, Filed May 28, 2025]

2. Certificate of No Objection – No Order Required [Docket No. 1689, Filed June 13, 2025]

3. Fourteenth Monthly Application of Greenberg Traurig, LLP, Counsel to the Official Committee of Unsecured Creditors of SC Healthcare, LLC, et al. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From May 1, 2025 Through May 31, 2025. [Docket No. 1720, Filed June 30, 2025]

4. Certificate of No Objection – No Order Required [Docket No. 1734, Filed July 21, 2025]

5. Fifteenth Monthly Application of Greenberg Traurig, LLP, Counsel to the Official Committee of Unsecured Creditors of SC Healthcare, LLC, et al. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From June 1, 2025 Through June 30, 2025 [Docket No. 1739, Filed July 28, 2025]

6. Certificate of No Objection – No Order Required [Docket No. 1760, Filed August 12, 2025]

7. Combined Sixteenth Monthly Application of Greenberg Traurig, LLP, Counsel to the Official Committee of Unsecured Creditors of SC Healthcare, LLC, et al. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From July 1, 2025 Through August 7, 2025 [Docket No. 1772, Filed August 22, 2025]

8. Certificate of No Objection - No Order Required [Docket No. 1788, Filed September 8, 2025]

9. Supplement to the Combined Fifth and Sixth Interim and Final Fee Application of Greenberg Traurig, LLP, Counsel to the Official Committee of Unsecured Creditors of SC Healthcare Holding, LLC et al. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the: (A) Fifth Interim Period From April 1, 2025 Through June 30, 2025; (B) Sixth Interim Period From July 1, 2025 Through August 7, 2025; and (C) Final Period From April 10, 2024 Through August 7, 2025. [Docket No. 1816, Filed October 3, 2025]

G. Final Fee Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From April 11, 2024 Through August 7, 2025 [Docket No. 1809, Filed September 22, 2025]

1. Thirteenth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period From April 1, 2025 Through April 30, 2025 [Docket No. 1640, Filed May 28, 2025]

2. Certificate of No Objection - No Order Required [Docket No. 1688, Filed June 13, 2025]

3. Fourteenth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period From May 1, 2025 Through May 31, 2025 [Docket No. 1719, Filed June 30, 2025]

4. Certificate of No Objection - No Order Required [Docket No. 1733, Filed July 21, 2025]

5. Fifteenth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period From June 1, 2025 Through June 30, 2025 [Docket No. 1738, Filed July 28, 2025]

6. Certificate of No Objection - No Order Required [Docket No. 1759, Filed August 12, 2025]

**Patient Care Ombudsman Professionals**

H. Consolidated Fifth Interim Fee Application and Final Fee Application of SAK Management Services, LLC D/B/A SAK Healthcare, as Medical Operations Advisor to the Patient Care Ombudsman, for Allowance of Compensation and Reimbursement of Expenses for the Period of April 16, 2024 Through August 7, 2025 [Docket No. 1785, Filed September 5, 2025]

1. Thirteenth Monthly Fee Application of SAK Management Services, LLC D/B/A SAK Healthcare, as Medical Operations Advisor to the Patient Care Ombudsman, for Allowance of Compensation and Reimbursement of Expenses for the Period of April 1, 2025 Through April 30, 2025 [Docket No. 1573, Filed May 14, 2025]

2. Certificate of No Objection – No Order Required [Docket No. 1707, Filed June 23, 2025]

3. Fourteenth Monthly Fee Application of SAK Management Services, LLC D/B/A SAK Healthcare, as Medical Operations Advisor to the Patient Care Ombudsman, for Allowance of Compensation and Reimbursement of Expenses for the Period of May 1, 2025 Through May 31, 2025 [Docket No. 1742, Filed July 29, 2025]

4. Certificate of No Objection – No Order Required [Docket No. 1765, Filed August 13, 2025]

5. Fifteenth Monthly Fee Application of SAK Management Services, LLC D/B/A SAK Healthcare, as Medical Operations Advisor to the Patient Care Ombudsman, for Allowance of Compensation and Reimbursement of Expenses for the Period of June 1, 2025 Through June 30, 2025 [Docket No. 1768, Filed August 15, 2025]

6. Certificate of No Objection – No Order Required [Docket No. 1783, Filed September 4, 2025]

I. Consolidated July Monthly Fee Statement, August Monthly Fee Statement, Fifth Interim Fee Application, and Final Fee Application of Porzio, Bromberg & Newman, P.C., as Counsel to the Patient Care Ombudsman, for Allowance of Compensation and Reimbursement of Expenses for the Period of April 18, 2024 Through August 7, 2025 [Docket No. 1784, Filed September 5, 2025]

1. Thirteenth Monthly Fee Application of Porzio, Bromberg & Newman, P.C. as Counsel for the Patient Care Ombudsman, for Allowance of Compensation and Reimbursement of Expenses for the Period of April 1, 2025 Through April 30, 2025 [Docket No. 1572, Filed May 14, 2025]

2. Certificate of No Objection – No Order Required [Docket No. 1706, Filed June 23, 2025]

3. Fourteenth Monthly Fee Application of Porzio, Bromberg & Newman, P.C. as Counsel for the Patient Care Ombudsman, for Allowance of Compensation and Reimbursement of Expenses for the Period of May 1, 2025 Through May 31, 2025 [Docket No. 1741, Filed July 29, 2025]

4. Certificate of No Objection – No Order Required [Docket No. 1766, Filed August 13, 2025]

5. Fifteenth Monthly Fee Application of Porzio, Bromberg & Newman, P.C. as Counsel for the Patient Care Ombudsman, for Allowance of Compensation and Reimbursement of Expenses for the Period of June 1, 2025 Through June 30, 2025 [Docket No. 1767, Filed August 15, 2025]

6. Certificate of No Objection – No Order Required [Docket No. 1782, Filed September 4, 2025]