# Exhibit A

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

SC HEALTHCARE HOLDING, LLC,

Debtor.[1]

Chapter 11

Case No. 24-10443 (TMH)

Ref. Docket No. \_\_\_\_

## ORDER EXTENDING THE CLAIMS OBJECTION
## DEADLINE UNDER THE CONFIRMED CHAPTER 11 PLAN

Upon consideration of the *Liquidating Trustee's and Plan Administrator's First Joint Motion for Entry of an Order Extending the Claims Objection Deadline Under the Confirmed Chapter 11 Plan* (the "Motion");[2] and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated as of February 29, 2012; and it appearing that venue of the Chapter 11 Case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtor, Estates, all creditors and other parties in interest; and it appearing that notice of the Motion was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby **ORDERED, ADJUDGED, AND DECREED THAT:**

---

[1] The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584. The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC, P.O. Box 620, Delavan, IL 61734.

[2] Capitalized terms used but not otherwise defined herein shall have the same meaning ascribed to it in the Motion.

1. The Motion is GRANTED, as set forth herein.

2. The Claims Objection Deadline is extended through and including August 3, 2026.

3. This Order is without prejudice to the Movants' right to seek further extensions of the Claims Objection Deadline.

4. This Court shall retain jurisdiction to construe and enforce this Order.