# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SC HEALTHCARE HOLDING, LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 24-10443 (TMH)<br><br>Obj. Deadline: Feb. 17, 2026 at 4:00 p.m. (ET)<br>Hearing Date: TBD |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on February 3, 2026, Daniel F. Dooley, solely in his capacity as the liquidating trustee (the "Liquidating Trustee"), and David R. Campbell, solely in his capacity as the plan administrator (together with the Liquidating Trustee, the "Movants") filed the *Liquidating Trustee's and Plan Administrator's First Joint Motion for Entry of an Order Extending the Claims Objection Deadline Under the Confirmed Chapter 11 Plan* (the "Motion")[2] in the above-captioned case pending before the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed on the docket and served on the undersigned counsel to the Movants on or before **FEBRUARY 17, 2026 AT 4:00 P.M. PREVAILING EASTERN TIME.**

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **[     ] PREVAILING EASTERN TIME** BEFORE THE HONORABLE THOMAS M. HORAN, IN THE UNITED STATES

---

[1] The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584. The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC, P.O. Box 620, Delavan, IL 61734.

[2] Capitalized terms used but not otherwise defined herein shall have the same meaning ascribed to it in the Motion.

ACTIVE 718688743v1

BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS OR RESPONSES TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.**

[Signature on next page]

| Dated: February 3, 2026 | GREENBERG TRAURIG, LLP |
|---|---|
| | /s/ *Dennis A. Meloro* |
| | Dennis A. Meloro (DE Bar No. 4435) |
| | 222 Delaware Avenue, Ste. 1600 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 661-7000 |
| | Facsimile: (302) 661-7360 |
| | Email: Melorod@gtlaw.com |
| | |
| | -and- |
| | |
| | Nancy A. Peterman (admitted *pro hac vice*) |
| | Danny Duerdoth (admitted *pro hac vice*) |
| | Greenberg Traurig, LLP |
| | 360 North Green Street, Ste 1300 |
| | Chicago, Illinois 60607 |
| | Telephone: (312) 456-8400 |
| | Facsimile: (312) 456-8435 |
| | Emails: PetermanN@gtlaw.com |
| | DuerdothD@gtlaw.com |
| | |
| | **COUNSEL FOR THE LIQUIDATING TRUSTEE** |
| | |
| | -and- |
| | |
| | **YOUNG CONAWAY** |
| | **STARGATT & TAYLOR, LLP** |
| | |
| | /s/ *Andrew L. Magaziner* |
| | Andrew L. Magaziner (No. 5426) |
| | Shella Borovinskaya (No. 6758) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 571-6600 |
| | Facsimile: (302) 571-1253 |
| | Email: amagaziner@ycst.com |
| | sborovinskaya@ycst.com |
| | |
| | and |
| | |
| | **WINSTON & STRAWN LLP** |
| | Daniel J. McGuire (admitted pro hac vice) |
| | Gregory M. Gartland (admitted pro hac vice) |
| | 35 W. Wacker Drive |
| | Chicago, IL 60601 |
| | Telephone: (713) 651-2600 |
| | Facsimile: (312) 558-5700 |

T: (312) 558-5600
Email: dmcguire@winston.com
Email: ggartland@winston.com

and

Carrie V. Hardman (admitted pro hac vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: chardman@winston.com

**COUNSEL FOR THE PLAN ADMINISTRATOR**